**FILED**
CLERK, U.S. DISTRICT COURT

**11/14/2018**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DD _____ DEPUTY

1  LAURA A. ZUCKERWISE
   NY Bar No. 4731188; lzuckerwise@ftc.gov
2  BRIAN N. LASKY
   NY Bar No. 3993417; blasky@ftc.gov
3  DARREN LUBETZKY
   NY Bar No. 4932976; dlubetzky@ftc.gov
4  FEDERAL TRADE COMMISSION
   One Bowling Green, Suite 318
5  New York, NY 10004
6  (212) 607-2804 (Zuckerwise)
7  (212) 607-2822 (fax)
8
9  FAYE CHEN BARNOUW (local counsel)
   CA Bar No. 168631; fbarnouw@ftc.gov
10 FEDERAL TRADE COMMISSION
   10990 Wilshire Blvd., Suite 400
11 Los Angeles, CA 90024
12 (310) 824-4300
13 (310) 824-4380 (fax)
14
15 Attorneys for Plaintiff
   FEDERAL TRADE COMMISSION
16

**LODGED**
CLERK, U.S. DISTRICT COURT

**11/13/2018**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DD _____ DEPUTY

17              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| 19 **FEDERAL TRADE COMMISSION,** | **FILED UNDER SEAL** |
| 20 | |
| 21 Plaintiff, | Case No. CV 18-9573-JFW(JPRx) |
| 22 v. | **PLAINTIFF'S *EX PARTE* APPLICATION FOR** |
| 23 **APEX CAPITAL GROUP, LLC**, et al., | **(1) TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE,** |
| 24 Defendants. | **APPOINTMENT OF A RECEIVER, OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY** |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1

INJUNCTION SHOULD NOT
ISSUE AND (2) ORDER
WAIVING NOTICE
REQUIREMENT

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Civil Rules 65-1 and 7-19.2, Plaintiff, the Federal Trade Commission ("FTC"), hereby applies to this Court for a non-noticed *ex parte* temporary restraining order ("TRO") with an asset freeze, appointment of a temporary receiver, and other equitable relief. In support of this application, the FTC states the following:

1.       As alleged in Plaintiff's Complaint, and described more fully in the Memorandum of Points and Authorities in Support of Plaintiff's *Ex Parte* Application for TRO and accompany exhibits, Defendants are operating an international Internet marketing scam. Defendants market and sell over the Internet more than 50 different products, mainly personal care products and dietary supplements that purportedly promote weight loss, hair growth, clear skin, muscle development, sexual performance, and cognitive abilities. Defendants claim to offer "free" trials of these products for just the cost of shipping and handling, typically $4.95. In fact, Defendants charge consumers' credit and debit cards $80-$100 approximately two weeks after the consumers order the trials, and place recurring monthly charges for additional product shipments on consumers' credit and debit cards without their knowledge or consent. Defendants have been able to continue this scam for more than four years by employing dozens of dummy entities and straw persons to unlawfully obtain access to the credit card payment system. Defendants have taken over $22 million from consumers. This scam is ongoing.

2.       Defendants' actions have violated and are likely to continue violating Section 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 45(a); Section 4 of the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8403;

Section 907(a) of the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693e(a); and Section 1005.10(b) of EFTA's implementing Regulation E, 12 C.F.R. § 1005.10.

3. The FTC therefore seeks an *ex parte* TRO:

a. Temporarily restraining Defendants from further violations of the FTC Act, ROSCA, EFTA, and Regulation E in connection with advertising, marketing, promoting, or offering for sale any goods or services;

b. Temporarily restraining Defendants from releasing customer information;

c. Temporarily freezing Defendants' assets;

d. Restraining and enjoining Defendants and certain third parties from destroying or concealing documents, and from transferring, concealing, or otherwise disposing of assets;

e. Requiring Defendants to identify all assets, repatriate assets located outside the United States, and make an accounting of their present financial condition and certain business information;

f. Appointing a temporary receiver over the "Receivership Entities" as that term is defined in the accompanying proposed *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of a Temporary Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue;

g. Requiring Defendants to provide immediate access to their business premises for inspection and preservation of evidence;

h. Permitting the FTC and the Receiver to take expedited discovery for the purpose of discovering the nature, location, and extent of Defendants' assets and business transactions and operations;

i. Providing other equitable relief; and

j.     Requiring Defendants to show cause why this Court should not

issue a preliminary injunction extending such temporary relief

pending adjudication on the merits.

4.     The FTC has not provided notice of this application to Defendants.
As discussed in the accompanying memorandum and exhibits thereto, as well as in
the Certification and Declaration of Counsel in Support of *Ex Parte* Applications
for: (1) Temporary Restraining Order; (2) Order Waiving Notice Requirement; and
(3) Order Temporarily Sealing Case File, advance notice of this action to
Defendants would likely lead to dissipation or concealment of assets and
destruction of documents, causing immediate and irreparable harm by impeding
the FTC's efforts to seek meaningful relief for Defendants' law violations.

5.     Issuing the TRO with an asset freeze and other requested relief
without notice will preserve this Court's ability to award full and effective relief by
preserving the *status quo* pending a hearing on the requested preliminary
injunction.  Conversely, immediate and irreparable injury, loss, or damage will
result to consumers and Plaintiff's ability to seek effective relief if notice is
provided to Defendants.  Thus, the interests of justice require that this application
be heard without notice, pursuant to Federal Rule of Civil Procedure 65(b) and
Local Civil Rules 65-1 and 7-19.2.

6.     Lodged concurrently is a proposed TRO.

WHEREFORE, the FTC respectfully requests that this Court grant this
application by entering the proposed TRO without notice to Defendants.

Respectfully submitted,

Dated:  November 13, 2018

LAURA A. ZUCKERWISE
BRIAN N. LASKY

4

DARREN LUBETZKY
Federal Trade Commission
One Bowling Green, Suite 318
New York, NY 10004
(212) 607-2804 (Zuckerwise)
(212) 607-2822 (Fax)
lzuckerwise@ftc.gov

FAYE CHEN BARNOUW
FEDERAL TRADE COMMISSION
10990 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
(310) 824-4300
(310) 824-4380 (fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

# EXHIBIT 1

**Declaration of Samuel Berg**
**Pursuant to 28 U.S.C. § 1746**

I, Samuel Berg, declare that:

1.   I am a citizen of the United States and I am over 21 years of age.  I live in Portland, Oregon.

2.   Except as otherwise indicated, I have personal knowledge of the facts stated herein, and, if called, I would testify competently to them.  I understand that this declaration may be used by the Federal Trade Commission in a law enforcement proceeding.

3.   On February 3, 2017, I was looking at Twitter and an advertisement popped up.  The advertisement looked official, and it mentioned the movie, "Limitless," which was about taking a smart drug to unlock the powers of the mind.  The advertisement was offering NeuroXR, which it described as "the Limitless Pill."  I understood from the advertisement that NeuroXR would increase mental focus and concentration.

4.   I clicked a link in the advertisement, and it brought me to a NeuroXR website.  There was a picture of a man who looked like a professor, and the website said that NeuroXR had been seen on NBC and other news channels.  The website offered a free trial of NeuroXR, and said you would only have to pay a small amount of money for shipping and handling.  I read the fine print, which as I recall was on a separate terms and conditions page accessed through a hyperlink at the bottom of the website, and it said that if I didn't cancel within seven days by calling a phone number that was provided, then I would be charged the full amount, and there would be an auto-renewal.

5.   I purchased the free trial of NeuroXR.  I saw that the company was also going to send me a free trial of a sleep product, and I thought it was a buy-one-get-one-free deal.  I wasn't interested in the sleep product; I was more interested in the mental-focus product.

6.   After I purchased NeuroXR, I decided to call the phone number that was provided in the terms and conditions immediately because I only wanted to be charged the small amount for the trial, and I did not want my credit card to be rebilled.  I called the phone number, but it went to some other company's call center and it became clear to me that it was a false number.  I did speak with a customer service representative, but they said that they could not find my confirmation number.  The customer service representative said I should call back in a few days, as it was possible I was not in the system yet.

7.   On February 4, 2017, I was charged $4.95 twice; the first with the billing descriptor "neuroxrmtn8448440095," and the second with the billing descriptor "neuroxrcap8448934640."  A true and correct copy of my February 2017 credit card statement, reflecting these transactions and redacted to protect my privacy, is attached as Exhibit A.

8.   I waited a day or two, because I thought maybe my order was not in their system yet, and I called the same phone number from the website's terms and conditions again, but they still could not find me anywhere.

9.   I then searched for the NeuroXR company on the internet and I found an entry about them on the website RipOffReport.com. That website had a different phone number for the company, and when I called that number and spoke with a customer service representative, they were finally able to find my account. I told them I only wanted to be charged the small amount for the shipping and handling of the trial, I did not want to be billed the full amount for the product, and I did not want my credit card to be rebilled. The man I spoke with had a thick foreign accent. He pushed back and would not allow me only to be charged the small amount for the free trial. He said that since I had not even received the product, I couldn't know if I liked it yet. Although I was unhappy with his position, I agreed then to pay the full amount for the first charge, and he agreed not to rebill my credit card after that.

10.  I received two bottles of supplements in the mail a few days after my February 3, 2017 order. The first bottle was NeuroXR and the second was called NeuroSleep. Each package contained a "Dispatch Note." True and correct copies of the "Dispatch Notes," redacted to protect my privacy, are attached as Exhibits B and C. I tried NeuroXR, and it did not have any effect on me except that I felt like I had had some coffee. It struck me as a very expensive caffeine pill. I tried NeuroSleep, too, and it was just like other melatonin products. I took both products once or twice.

11.  A few weeks later, on February 25, 2017, my credit card was charged $79.97, with the billing descriptor "neuroxrtactic8773841216." On March 2, 2017, my credit card was charged $89.78, this time with the billing descriptor "aceneuroxr8446212329." A true and correct copy of my March 2017 credit card statement, reflecting this transaction and redacted to protect my privacy, is attached as Exhibit D.

12.  In March, I received in the mail another shipment, and on March 27, 2017 my credit card was charged $79.97 again, with the billing descriptor "neuroxrtactic8773841216." A true and correct copy of my April 2017 credit card statement, reflecting this transaction and redacted to protect my privacy, is attached as Exhibit E. I had not agreed to receive any additional shipments of either product, and I had already called and spoken with the company to make sure my credit card would not be charged again.

13.  When I saw I had been charged again, I called my credit card company and told them that it was fraud and I asked what to do. They set up a three way call with me, my credit card company, and a representative of NeuroXR. During that call, I told the NeuroXR representative that I wanted all of my accounts to be completely closed, and he agreed. Following the call, I expected that the March 27, 2017 charge for $79.97 would be immediately cancelled, but much to my frustration the charge remained.

14.  My credit card company then organized another three way call, and during that call I asked the NeuroXR representative for a refund. The NeuroXR representative tried to tell me he would only give me a partial refund, but I told him I should never have received the March

Ex. 1
FTC-000003

27, 2017 charge, since the auto-renewal was supposed to have been cancelled already. Eventually he agreed to give me a full refund, but only for the March 27, 2017 charge, and that refund appears in my April 2017 credit card statement.

15. My credit card company followed up with me and suggested I replace my credit card.  I did so, and I have not had any recurring charges since that.

16. I submitted a complaint to the Better Business Bureau on April 11, 2017.  Even though I got some of my money back, I never got a refund for the February 4, February 25, and March 2 charges.  I regret that I fell for the scam, and I want to help others from being scammed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4-20-18_____

_____
Samuel Berg

3

# Exhibit A



Page 1 of 2

Jan. 28 - Feb. 27, 2017    31 Days in Billing Cycle

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
| --- | --- | --- |
| Minimum Payment | | |

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00.

Signature                                    Account ending in

NEW BALANCE          MINIMUM PAYMENT          DUE DATE

PLEASE PAY AT LEAST THIS AMOUNT

Revolving Credit Limit:                 Cash Advance Credit Limit:

Available Revolving Credit:              Available Credit for Cash Advances:

| Previous Balance | - | Payments and Credits | + | Fees and Interest Charged | + | Transactions | = | New Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

## TRANSACTIONS

PAYMENTS, CREDITS & ADJUSTMENTS FOR SAMUEL C BERG
1
2

TRANSACTIONS FOR SAMUEL C BERG
1
2
3
4
5
6
7
8
9
10
11
12
13
14

Transactions continue on page 2

## REWARDS INFORMATION - SAMUEL C BERG

PREVIOUS AVAILABLE REWARDS BALANCE

REWARDS EARNED THIS PERIOD
(reflects transactions posted during this billing cycle)

AVAILABLE BALANCE AS OF 02/27/2017

For up-to-date rewards tracking, visit

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR)  is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| Purchases | | | |
| Cash Advances | | | |

P,L,D,F = Variable Rate. See reverse of page 1 for details

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO                    TO MAKE YOUR PAYMENT ONLINE.

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
| --- | --- | --- | --- |
| Mar. 24, 2017 | | | . |

Account ending in

PLEASE PAY AT LEAST THIS AMOUNT

**ENJOY 24/7 ACCESS TO YOUR ACCOUNT**
Log in and manage your account online at

• Pay bills
• Check your balance
• Review transactions

400018

SAMUEL C BERG



Page 2 of 2

Jan. 28 - Feb. 27, 2017   31 Days in Billing Cycle

■ Signature                         Account ending in ■

NEW BALANCE        MINIMUM PAYMENT        DUE DATE

Revolving Credit Limit:
Available Revolving Credit:
Cash Advance Credit Limit:
Available Credit for Cash Advances:

Previous Balance  −  Payments and Credits  +  Fees and Interest Charged  +  Transactions  =  New Balance



**TRANSACTIONS CONTINUED**

TRANSACTIONS FOR SAMUEL C BERG #■ (CONTINUED)

| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | 04 FEB  neuroxrmtn8448440095 | $4.95 |
| 32 | 04 FEB  neuroxrcap8448934640 | $4.95 |
| 33 | | |
...
| 83 | 25 FEB  neuroxrtactic8773841216 | $79.97 |



TRANSACTIONS FOR SAMUEL C BERG #■ (CONTINUED)

Total for SAMUEL C BERG #■

▶ **Total Transactions This Period**

**FEES**                    Total Fees This Period

**INTEREST CHARGED**        Total Interest This Period

**TOTALS YEAR TO DATE**     Total Fees This Year
                            Total Interest This Year

# Exhibit B

# Dispatch Note

690 S. Hwy 89 Ste 200
Jackson, WY 83001

Order Date: 02/03/2017
Ship Date: 02/06/2017

Order No:  4395051

| SKU | Product Description | QTY |
|---|---|---|
| NEUROXRTRIALINITIAL | NEUROXR - US TRIAL INITIAL | 1 |

amuel Berg

number - 43.43

Ex. 1
FTC-000009

# Exhibit C

Ex. 1
FTC-000010

# Dispatch Note

690 S. Hwy 89 Ste 200
Jackson, WY 83001

Order Date: 02/03/201
Ship Date: 02/06/201

Order No: 4395052

| SKU | Product Description |
| --- | --- |
| NEUROSLEEPTRIALI NITIAL | NEUROSLEEP - US TRIAL INITIAL |

Samuel Berg

king number - 35.35

Ex. 1
FTC-000011

# Exhibit D

Ex. 1
FTC-000012





Page 2 of 3

Feb. 28 - Mar. 27, 2017   28 Days in Billing Cycle

**Visa Signature**                    Account ending in

| Revolving Credit Limit: |
| Available Revolving Credit: |
| Cash Advance Credit Limit: |
| Available Credit for Cash Advances: |

NEW BALANCE        MINIMUM PAYMENT          DUE DATE

Previous Balance  −  Payments and Credits  +  Fees and Interest Charged  +  Transactions  =  New Balance



**TRANSACTIONS CONTINUED**

TRANSACTIONS FOR SAMUEL C BERG # (CONTINUED)

13   02 MAR aceneuroxt8446212329         $89.78



TRANSACTIONS FOR SAMUEL C BERG # (CONTINUED)

Total for SAMUEL C BERG #

► Total Transactions This Period

**FEES**                    Total Fees This Period

**INTEREST CHARGED**        Total Interest This Period

Transactions continue on page 3



Page 3 of 3

Customer Service

Feb. 28 - Mar. 27, 2017     28 Days in Billing Cycle

Signature                                          Account ending in

Revolving Credit Limit:
Available Revolving Credit:
Cash Advance Credit Limit:
Available Credit for Cash Advances:

NEW BALANCE          MINIMUM PAYMENT          DUE DATE

Previous Balance        Payments and Credits        Fees and Interest Charged        Transactions        New  Balance

－                    ＋                    ＋                    ＝

TRANSACTIONS CONTINUED

TOTALS YEAR TO DATE

Total Fees This Year
Total Interest This Year

# Exhibit E

Ex. 1
FTC-000016

■ **Signature Account Ending in** ■
Mar. 28, 2017 - Apr. 27, 2017 | 31 days in Billing Cycle

## Payment Information

**Payment Due Date**

### May 24, 2017

For online and phone payments, the deadline is 8pm ET.

| New Balance | Minimum Payment Due |
|---|---|
| ■ | ■ |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | ■ |
| Payments | ■ |
| Other Credits | ■ |
| Transactions | ■ |
| Cash Advances | ■ |
| Fees Charged | ■ |
| Interest Charged | ■ |
| **New Balance** | ■ |
| | |
| Credit Limit | ■ |
| Available Credit (as of Apr. 27, 2017) | ■ |
| Cash Advance Credit Limit | ■ |
| Available Credit for Cash Advances | ■ |



| Rewards Balance | Track and redeem your rewards with our mobile app or on |
|---|---|
| ■ | |
| Previous Balance | Earned This Period | Redeemed This Period |
| ■ | ■ | ■ |

## Account Notifications

ⓘ  Check this out – just a quick reminder that your account number has changed. So activate your card, and if you've set up automatic payments with any merchants or utilities, be sure to give them your new number. That way, your ■ card will continue to automatically pay your bills, and you will continue to save time and money. As always, thanks for choosing ■

Pay or manage your account on our mobile app or at ■   Customer Service ■   See reverse for Important Information

Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly. Allow at least seven business days for delivery.

400035

Make a statement.
**Go paperless.**
Stop waiting for your bill to arrive in the mail and go paperless today.

Log in to your account to make the **switch to paperless.**

Payment Due Date: **May 24, 2017**   Account Ending in ■

| New Balance | Minimum Payment Due | Amount Enclosed |
|---|---|---|
| ■ | ■ | $ _____ |

SAMUEL C BERG

Ilıull

**Signature Account Ending in** ▮▮▮
Mar. 28, 2017 - Apr. 27, 2017 | 31 days in Billing Cycle

## Transactions

Visit ▮▮▮▮▮▮ to see detailed transactions.

**SAMUEL C BERG** ▮▮▮ : Payments, Credits and Adjustments

| Date | Description | Amount |
|------|-------------|--------|

**SAMUEL C BERG #** ▮▮▮ : Payments, Credits and Adjustments

| Date | Description | Amount |
|------|-------------|--------|
| Mar 27 | PURCHASE ADJUSTMENT | - $79.97 |
| Apr 12 | | |
| Apr 23 | | |

**SAMUEL C BERG** ▮▮▮ : Payments, Credits and Adjustments

| Date | Description | Amount |
|------|-------------|--------|
| Mar 31 | | |
| Apr 1 | neuroxrtactic8773841216 | - $79.97 |

**SAMUEL C BERG** ▮▮▮ : Transactions

| Date | Description | Amount |
|------|-------------|--------|

**SAMUEL C BERG #** ▮▮▮ Transactions

| Date | Description | Amount |
|------|-------------|--------|
| Apr 1 | | |
| Apr 2 | | |
| Apr 4 | | |
| Apr 4 | | |
| Apr 5 | | |
| Apr 6 | | |
| Apr 7 | | |
| Apr 9 | | |
| Apr 9 | | |
| Apr 9 | | |
| Apr 9 | | |
| Apr 10 | | |
| Apr 10 | | |
| Apr 10 | | |
| Apr 10 | | |
| Apr 11 | | |

## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Apr 11 | | |
| Apr 11 | | |
| Apr 11 | | |
| Apr 12 | | |
| Apr 12 | | |
| Apr 13 | | |
| Apr 13 | | |
| Apr 14 | | |
| Apr 15 | | |
| Apr 15 | | |
| Apr 15 | | |
| Apr 15 | | |
| Apr 15 | | |
| Apr 16 | | |
| Apr 16 | | |
| Apr 16 | | |
| Apr 16 | | |
| Apr 16 | | |
| Apr 17 | | |
| Apr 17 | | |
| Apr 18 | | |
| Apr 18 | | |
| Apr 19 | | |
| Apr 19 | | |
| Apr 19 | | |
| Apr 19 | | |
| Apr 19 | | |
| Apr 19 | | |
| Apr 20 | | |

**Transactions continue on the back of this page**



## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Apr 20 | | |
| Apr 20 | | |
| Apr 21 | | |
| Apr 21 | | |
| Apr 22 | | |
| Apr 22 | | |
| Apr 22 | | |
| Apr 23 | | |
| Apr 24 | | |
| Apr 24 | | |
| Apr 25 | | |
| Apr 26 | | |
| Apr 26 | | |
| Apr 27 | | |
| Apr 27 | | |
| Apr 27 | | |

**SAMUEL C BERG #** ■ **: Total**

**SAMUEL C BERG #** ■ **: Transactions**

| Date | Description | Amount |
|------|-------------|--------|
| Mar 27 | | |
| Mar 27 | | |
| Mar 27 | | |
| Mar 27 | | |
| Mar 27 | | |
| Mar 27 | neuroxrtactic8773841216 | $79.97 |
| Mar 28 | | |
| Mar 28 | | |
| Mar 28 | | |
| Mar 29 | | |
| Mar 29 | | |
| Mar 29 | | |

## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Mar 29 | | |
| Mar 29 | | |
| Mar 29 | | |
| Mar 30 | | |
| Mar 31 | | |
| Apr 1 | | |
| Apr 2 | | |
| Apr 2 | | |
| Apr 2 | | |
| Apr 3 | | |
| Apr 3 | | |

**SAMUEL C BERG #** ■ **: Total**

**Total Transactions for This Period**

### Fees

| Date | Description | Amount |
|------|-------------|--------|
| **Total Fees for This Period** | | |

### Interest Charged

| | Amount |
|---|--------|
| Interest Charge on Purchases | |
| Interest Charge on Cash Advances | |
| Interest Charge on Other Balances | |
| **Total Interest for This Period** | |

### 2017 Totals Year-to-Date

| | Amount |
|---|--------|
| **Total Fees charged in 2017** | |
| **Total Interest charged in 2017** | |

Additional Information on the next page

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | ███ | ███ | ███ |
| Cash Advances | ███ | ███ | ███ |

P,L,D,F = Variable Rate. See reverse of page 1 for details.



# EXHIBIT 2

Declaration of Dennis Brown
Pursuant to 28 U.S.C. § 1746

I, Dennis Brown, declare that:

1. I am a citizen of the United States and I am over 21 years of age. I reside in Dayton, PA.

2. Except as otherwise indicated, I have personal knowledge of the facts stated herein, and, if called, I would testify competently to them. I understand that this declaration may be used by the Federal Trade Commission in a law enforcement proceeding.

3. In November 2017, I received an email that looked like it was from my daughter, with information about a brain supplement. The email contained pictures of Bill O'Reilly and Stephen Hawking, who seemed to be endorsing the supplement.

4. The email contained a link to a webpage. I clicked the link, and it brought me to the website tryneuroxr.com. I did not spend a lot of time looking at the website, because I thought the email was from my daughter, and I assumed she was sending it to me so that I would buy the supplement for my wife. ▮▮▮▮▮▮

5. I decided to purchase a sample of the brain supplement. I was charged $4.95 on November 13, 2017 for the initial trial, with the billing descriptor "TRYUP SMARTY 877-479-8565CA". A true and correct copy of an excerpt from my credit card statement from October to November 2017 is attached as Exhibit A.

6. I thought I was purchasing a product called Neuro XR, because that was what was described on the website. Instead, I received bottles of two different products. One was called Limitless Mind Formula, and the other was called Focus ZX1. I never actually got the Neuro XR.

7. After I made my purchase I started to receive a lot of junk spam email, so I believe they must have sold my email address.

8. After I was charged the $4.95 for the sample of Neuro XR, I thought that was it. I did not expect that they would charge me more later. I did not see anything on the website about charging me for the full amount of the product after a trial period. I also did not notice anything about future orders or future charges. But on November 27, 2017, I was charged $89.78 with the same TRYUPSMARTY billing descriptor. A true and correct copy of an excerpt from my credit card statement from November to December 2017 is attached as Exhibit B.

9. I learned that my daughter had not sent me the email containing the advertisement for Neuro XR. I learned that the email I received was fake.

10. I did internet research and learned that Bill O'Reilly and Stephen Hawking had both said that they did not really endorse any of these products.

11. I took the products I had received to ███████████████, and after she looked at the ingredient list, she told me they were just multivitamins.

12. On December 27, 2017, I was again charged $89.78 with the same TRYUPSMARTY billing descriptor. A true and correct copy of an excerpt from my credit card statement from December 2017 to January 2018 is attached as Exhibit C.

13. I called the company to ask for a refund. I spoke to someone with a heavy accent that was hard to understand. I told them I would dispute the charge with my credit card company.

14. I disputed the charge with my credit card company about a week after the December 27, 2017 charge, and I was refunded $89.78.

15. I filed a complaint with the Federal Trade Commission and with the Better Business Bureau.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on   _05/26/2016_


_Dennis Brown_

Dennis Brown

# Exhibit A

**DENNIS BROWN**

## CARDHOLDER SUMMARY

**DENNIS BROWN**  Card ending in
**New Charges**

## BUSINESS ACCOUNT SUMMARY

| Sale Date | Post Date | Description | Amount |
|---|---|---|---|

**Payments, Credits and Adjustments**

**DENNIS BROWN**
**Standard Purchases**



Year To Date:

Total Earned:

| 11/13 | 11/13 | TRYUPSMARTY | 877-479-8565CA | $4.95 |
|---|---|---|---|---|

**Fees Charged**

**TOTAL FEES FOR THIS PERIOD**

**Interest Charged**

**TOTAL INTEREST FOR THIS PERIOD**

» Visit
for more information

**DENNIS BROWN**

## 2017 totals year-to-date

| | |
|---|---|
| Total fees charged in 2017 | |
| Total interest charged in 2017 | |

### Billing Disputes

THE FOLLOWING CONDITIONAL CREDIT WAS REVERSED
SINCE IT WAS DETERMINED TO BE A VALID CHARGE -
ADJUSTMENT MADE BELOW

## Interest charge calculation

Days in billing cycle: 32

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| | | | |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

# Exhibit B



DENNIS BROWN

Customer Service
TTY-hearing-impaired services only

Page 2 of 3

## CARDHOLDER SUMMARY

**DENNIS BROWN**
**New Charges**

Card ending in
$

## BUSINESS ACCOUNT SUMMARY

| Sale Date | Post Date | Description | Amount |
|-----------|-----------|-------------|--------|

**Payments, Credits and Adjustments**

-$

**DENNIS BROWN**
**Standard Purchases**

| 11/27 | 11/27 | TRYUPSMARTY | 877-479-8585CA | $89 78 |

**Fees Charged**

TOTAL FEES FOR THIS PERIOD

**Interest Charged**

TOTAL INTEREST FOR THIS PERIOD

| 2017 totals year-to-date | |
|--------------------------|---|
| Total fees charged in 2017 | |
| Total interest charged in 2017 | |

# Exhibit C

Ex. 2
FTC-000029



**DENNIS BROWN**

Customer Service
TTY-hearing-impaired services only

Page 2 of 3

## CARDHOLDER SUMMARY

**DENNIS BROWN**
**New Charges**

Card ending in

## BUSINESS ACCOUNT SUMMARY

| Sale Date | Post Date | Description | Amount |
|---|---|---|---|

Payments, Credits and Adjustments

| 12/26 | | CONDITIONAL CREDIT FOR DISPUTE | -$89.78 |

**DENNIS BROWN**
**Standard Purchases**

| 12/27 | 12/27 | TRYUPSMARTY    877-479-8565CA | $89.78 |

**Fees Charged**

TOTAL FEES FOR THIS PERIOD

**Interest Charged**

TOTAL INTEREST FOR THIS PERIOD

**2018 totals year-to-date**

| Total fees charged in 2018 | |
| Total interest charged in 2018 | |

**DENNIS BROWN**
████████

**Billing Disputes**

THE FOLLOWING DISPUTE IS NOW CONSIDERED
RESOLVED

| 12/27 | TRYUPSMARTY | 877-479-8555 CA | | $89 78 |

### Interest charge calculation

Days in billing cycle. 29

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | ████████ | | |
| **ADVANCES** | | | |
| Standard Adv | ████████ | | |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by
(V) may vary. Balances followed by (D) are determined by the daily balance method (including
current transactions).

### Account messages

# EXHIBIT 3

**Declaration of Michael Darlington**
**Pursuant to 28 U.S.C. § 1746**

I, Michael Darlington, declare that:

1.  I am a citizen of the United States and I am over 21 years of age. I reside in Raleigh, North Carolina.

2.  Except as otherwise indicated, I have personal knowledge of the facts stated herein, and, if called, I would testify competently to them. I understand that this declaration may be used by the Federal Trade Commission in a law enforcement proceeding.

3.  In December 2016, I was searching for weight loss products online when I came across a website called www.topwellnesspro.com. The website contained an advertisement for a product called Celexas. Celexas appeared to be marketed towards people my age who were trying to lose weight and improve sexual function. The website offered a 30-day trial supply for only the $4.95 cost of shipping and handling.

4.  I decided to try Celexas because of the 30-day trial offer. I believed that the trial offer would allow me to test whether Celexas could really help me lose weight at an affordable price of under five dollars. Additionally, I also believed that Celexas could also help ███████████████████████

5.  Through my work, I have significant experience with computers and the internet and I am aware that some trial offers disclose additional terms hidden in fine print or through hyperlinks to another page. I looked for any possible additional terms prior to placing my order. I do not remember seeing, selecting, or agreeing to any additional terms indicating that I would be entering into a monthly subscription with recurrent payments for Celexas.

6.  I entered my credit card information and placed an order for a 30-day trial supply of Celexas. My understanding was that I would only be liable for the $4.95 shipping and handling cost, and that if I liked it, I could order more.

7.  About a week later, I received my 30-day trial supply of Celexas. The blue and white packaging on the bottle listed l-arginine, hydrochloride, maca root, and yohimbe as ingredients. I have taken products with similar ingredients before and suffered no adverse effects.

8.  On December 25, 2016, I decided to try Celexas for the first time. My family and I were going to my mother-in-law's house for lunch, and I believed that Celexas would help curb my appetite. I followed the instructions on the bottle and took one pill with food.

9.  Not long after taking Celexas, I started to suffer adverse physical effects. While at lunch with my family, I began experiencing ████████████████████████████████ ███████, causing my family to become concerned for me.

1

Ex. 3
FTC-000033

10. Later that night, I began experiencing ████████████████████████
█████████████████████████████████████████████████

11. My wife, a certified nursing assistant, became concerned and took my blood pressure. She informed me that ████████████████████████████ ██████ and that this was likely the cause for my symptoms. The symptoms did not subside until the following day.

12. A few days after my symptoms subsided, I decided to call Based Capital Limited, which I understood to be the seller of the product, to complain about my experience with Celexas. I found their customer service number on Celexas' website.

13. I spoke to a male representative and told him about my experiences with Celexas. He was very apologetic and claimed that he had not heard of anyone having the same side effects as me.

14. A few days after this call, I noticed an eighty-dollar credit card charge from earlier that month from Based Capital Limited. The charge occurred approximately ten days after I had ordered Celexas.

15. Upon noticing the eighty-dollar charge, I called Based Capital Limited to inquire into the additional charge and to get a refund. The customer service representative told me that I had to return the unused portion of the product to get a refund.

16. Per the customer service representative's instructions, I returned the unused portion of Celexas to Based Capital Limited's address in California. I paid the shipping and handling necessary to return the product.

17. By January 11, 2017, I still had not received a refund for the initial eighty-dollar charge. As a result, I filed an online complaint with the San Jose, California Better Business Bureau ("BBB").

18. Before the end of January 2017, I received another shipment of Celexas and was again charged eighty dollars.

19. At that time, I called the customer service line again. I told the representative that I had returned the first shipment and requested a refund, but never received one. Additionally, I also complained about receiving the second shipment of Celexas and about the second eighty-dollar charge.

20. The customer service representative claimed that the company had never received the returned product. However, the customer service representative told me that I would receive a refund for the first eighty-dollar charge in seven to ten business days, but I would not receive a refund for the second charge until I returned the second shipment.

2

Ex. 3
FTC-000034

21. Per the customer service representative's instructions, I returned the second shipment of Celexas to Based Capital Limited's address in California. Once again, I paid the shipping and handling necessary to return the product.

22. The BBB made several attempts to contact Based Capital Limited, but received no response. On January 27, 2017 and February 7, 2017, I received emails from the BBB, stating that the BBB had not received a response from the company. True and correct copies of the emails I received from the San Jose BBB, dated January 27, 2017 and February 7, 2017, redacted to protect my privacy, are attached as Exhibit A.

23. Around the middle of February 2017, one month after filing my complaint with the BBB, I finally received a refund via direct deposit for both eighty-dollar charges from Based Capital Limited.

24. To date, I still have not received a refund for any of the shipping and handling charges that I had incurred returning the two items to Based Capital Limited.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _April 29, 2018_

_Michael Darlington_

Michael Darlington

Ex. 3
FTC-000035

# Exhibit

# A

Ex. 3
FTC-000036

**From:**    Mike Darlington <████████████████████>
**Sent:**    Wednesday, September 27, 2017 10:15 AM
**To:**
**Subject:**    Fw: BBB Complaint Case# 530151 (Ref#11-633899-530151-6-320)


On Friday, January 27, 2017 1:06 PM, Better Business Bureau <sanjose.lmp@bbb-email.org> wrote:


Complaint ID#: 530151
Business Name: Based Capital Limited

You recently requested our help concerning a problem with the company named above.

The company has not responded to BBB to date. If you have heard from the company please contact BBB at (408)278-7400.

We encourage you to use our ONLINE COMPLAINT system to keep up with the progress of this complaint.

To go directly to your complaint click on the following website link:
http://sanjose.app.bbb.org/complaint/view/530151/c/n9ym28.


Sincerely,

Lena Palacios
Consumer Services
BBB Complaint Department

1

**From:**       Mike Darlington <                       >
**Sent:**       Wednesday, September 27, 2017 10:16 AM
**To:**
**Subject:**    Fw: BBB Complaint Case# 530151 (Ref#11-633899-530151-9-500)


On Tuesday, February 7, 2017 8:03 AM, Better Business Bureau <sanjose.imp@bbb-email.org> wrote:


Complaint ID#: 530151
Business Name: Based Capital Limited

BBB has made several attempts to contact the business regarding the above referenced complaint. We regret to inform you that we have not received a response from the company.

BBB develops and maintains Reliability Reports on companies in our service area. This information is available to the public and is frequently used by potential customers. In the case of your complaint, the company's failure to promptly give attention to the matter will be reflected in the report we give to consumers about them.

If the company has contacted you in the interim, please notify BBB immediately.


Sincerely,

Lena Palacios
Consumer Services
BBB Complaint Department

Ex. 3
FTC-000038

# EXHIBIT 4

### Declaration of Diahann Jensen
### Pursuant to 28 U.S.C. § 1746

I, Diahann Jensen, declare that:

1.  I am a citizen of the United States and am over 21 years of age.  I reside in Holladay, Utah.

2.  Except as otherwise indicated, I have personal knowledge of the facts stated herein, and, if called, I would testify competently to them. I understand that this declaration may be used by the Federal Trade Commission in a law enforcement proceeding.

3.  On May 9, 2014, I saw an advertisement on accuweather.com while checking the weather on my mobile phone. The advertisement offered a free thirty-day supply of a "secret" wrinkle-removing product that claimed to be endorsed by Ellen DeGeneres.  I clicked on a link in the ad and was taken to a webpage that promoted trial offers of a face serum called Dermanique and an eye cream called Lumera.

4.  From that initial webpage, I navigated to a second page where I entered my shipping information and then to a third page where I was prompted to enter my billing information.  Before entering my debit card information, I reviewed each of the three webpages in detail to confirm they contained no information about additional costs or obligations associated with these offers, beyond the shipping cost of a few dollars.  I did not see any disclosure on the webpages explaining that signing up for the free trial would automatically enroll me in a monthly shipment program.  I understood from the webpages that, if I entered my mailing information and paid $2.95 for shipping each product, I would receive free thirty-day trial supplies of Dermanique and Lumera. With this understanding, I entered my debit card information on the webpage to pay the shipping cost.  Upon reaching the checkout page, I realized the shipping cost for each product was $4.95 rather than the $2.95 I had seen in the advertisement.  Despite the higher shipping cost, I ordered the trial supplies.

5.  On May 19, 2014 and May 21, 2014, I received samples of Lumera and Dermanique, respectively.  On May 27, 2014, I noticed two charges on my debit card statement for $97.88 and $87.67 and immediately called the telephone number for customer service provided in the shipment packaging for the products.  I spoke to a representative who told me I had not cancelled my shipment within fourteen days of ordering the products so I was billed for monthly supplies of Dermanique and Lumera.  He claimed the company's website disclosed the terms of the trial offers, including that I would be billed these amounts fourteen days after I purchased the products. I explained to the representative that I ordered the trial supplies through an advertisement, rather than through the company's website, and had not seen any information regarding automatic charges.  I called customer service again later that day and asked to speak to a supervisor.  I asked the supervisor for a full refund but he offered me several, increasingly large refunds instead as the call progressed.  I refused the refunds and told him I would be reversing the charges through my bank.

6. I called my bank and successfully charged back both the $97.88 and $87.67 payments. I then filed a complaint with the Better Business Bureau regarding my experiences with this trial program.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8-25-2018___          _____
                                              Diahann Jensen

2

# EXHIBIT 5

### Declaration of Karen Johnson
### Pursuant to 28 U.S.C. § 1746

I, Karen Johnson, declare that:

1. I am a citizen of the United States and am over 21 years of age. I reside in Atlantic Beach, Florida.

2. Except as otherwise indicated, I have personal knowledge of the facts stated herein, and, if called, I would testify competently to them. I understand that this declaration may be used by the Federal Trade Commission in a law enforcement proceeding.

3. On October 25, 2014, I saw an advertisement on Facebook for an eye cream called Rejuvius. To the best of my recollection, I clicked on a link in the Facebook ad and was taken to a webpage that promoted a 14-day trial offer of Rejuvius and an additional 14-day trial offer of a face serum called Juveliere. I understood from that webpage that, if I entered my mailing information and paid the approximately $5 cost for shipping each product, I would receive free 14-day trial supplies of Rejuvius and Juveliere. I did not see any information on the webpage about any additional costs or obligations associated with these offers, beyond the shipping cost. Furthermore, I did not see any information explaining that the 14-day trial period would begin when I placed the order rather than when I received the products. With this understanding, I entered my debit card information on the webpage to pay the shipping cost and ordered the trial supplies. I received an order confirmation email for each product that day. True and correct copies of the confirmation emails for Rejuvius and Juveliere, redacted to protect my privacy, are attached as Exhibit A and Exhibit B, respectively.

4. On October 27, 2014, my debit card was charged $4.95 for each product's shipping cost. A true and correct copy of my debit card statement, reflecting these transactions and redacted to protect my privacy, is attached as Exhibit C.

5. Roughly a week after my order, I received shipments of Rejuvius and Juveliere. Several days later, my financial institution contacted me regarding a suspicious charge on my debit card. I reviewed my debit card statement and saw that, on November 10, 2014 I had been charged $97.88 for an order of Juveliere and $87.67 for an order of Rejuvius, even though fewer than fourteen days had passed since I received my trial products. A true and correct copy of my debit card statement, reflecting these transactions and redacted to protect my privacy, is attached as Exhibit D.

6. I contacted a customer service representative for the products, who informed me that I was charged for a month's supply of both Rejuvius and Juveliere because I had not cancelled the shipment within fourteen days of placing my order. Furthermore, he claimed I had agreed to the terms and conditions of the trial offers, which he said explained that the 14-day trial period began when I ordered the products. In addition, he claimed those terms disclosed that I would be automatically charged for monthly shipments if I did not cancel within the allotted time.

7. The customer service representative advised that I visit the Rejuvius webpage to review the terms of the offer. I visited the page but it appeared different than the website I accessed through the Facebook advertisement. For example, this webpage required me to scroll to the bottom of the page and click to accept the offer's terms and conditions before moving on to a page where I could fill in my payment information. Furthermore, this webpage displayed text next to the terms and conditions clickbox. This text stated that the recipients of the trial offers are automatically billed on a monthly basis if they do not cancel their orders within fourteen days. I did not remember having to click a box signaling that I agreed to the terms and conditions, nor did I remember having to scroll down to the bottom of the webpage before entering my payment information when I ordered the trial shipment. I also did not recall seeing a disclosure statement regarding automatic billing when I signed up for the trial shipment.

8. The customer service representative told me I was not eligible for a full refund because I had opened the products. He offered partial refunds, which I refused.

9. A few days later, I visited Rejuvius's Facebook page and noticed several complaints from consumers describing similar experiences with their trial offers. One comment mentioned that consumers who were unhappy with their trial offers should complain to the Better Business Bureau. That day, I wrote a complaint to the Better Business Bureau. A representative from the Better Business Bureau contacted me to discuss my experiences with Rejuvius and Juveliere and, several days later, told me the Bureau had secured me a refund. My bank account was then refunded the $97.88 charge for Juveliere and the $87.67 charge for Rejuvius.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __8/4/18__

_Karen Johnson_
Karen Johnson

2

# Exhibit
# A

New    Reply    Delete    Archive    Junk    Sweep    Move

orders@rejuvius.com

## Order Confirmation #1783698

**Folders**

Archive

Junk 1

Drafts

Sent

Deleted

Search Results

New folder

 **Rejuvius Eye Cream** (orders@rejuvius.com)   Add to contacts 10/25/14
To: Karen Johnson

Order Confirmation - F

**Order Number: 1783698**                    Ordered On: 10/25/2014

Bill to   Karen Johnson              Ship to   Karen Johnson

Items in Your Order

**Rejuvius Diamond Collection - Eye Cream**

**Order Total:** $4.95

View all

Terms    Privacy & cookies    Developers    English (United States)

Ex. 5
FTC-000046

11/10/20

# Exhibit
# B

New   Reply   Delete   Archive   Junk   Sweep   Move

juveliere

**Folders**

Archive

Junk  1

Drafts

Sent

Deleted

Search Results

New folder

## Order Confirmation #1783694

 Juveliere Face Serum (orders@juveliere.com)   Add to contacts 10/25/14
To: Karen Johnson

### Order Confirmation - J

**Order Number:** 1783694                    Ordered On: 10/25/2014

Bill to   Karen Johnson                Ship to   Karen Johnson

                            

Items in Your Order

**Juveliere - Gold Infused Face Serum**

                                        **Order Total:** $4.95

View all                    Terms   Privacy & cookies   Developers   English (United States)

# Exhibit C



| Date | Ref/Check No | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 11/01/2014 | | | | | |
| 11/01/2014 | | | | | |
| 10/31/2014 | | | | | |
| 10/31/2014 | | | | | |
| 10/31/2014 | | | | | |
| 10/30/2014 | | | | | |
| 10/30/2014 | | | | | |
| 10/30/2014 | | | | | |
| 10/30/2014 | | | | | |
| 10/29/2014 | | | | | |
| 10/29/2014 | | | | | |
| 10/29/2014 | | | | | |
| 10/28/2014 | | | | | |
| 10/28/2014 | | | | | |
| 10/28/2014 | | | | | |
| 10/27/2014 | | | | | |
| 10/27/2014 | | | | | |
| 10/27/2014 | | | | | |
| 10/27/2014 | | Debit Card W/D 8446198681FACECREAM 844-6196681 WY Date 10/25/14 028103 5977 | -$4.95 | | |
| 10/27/2014 | | Debit Card W/D 8446317916MYREJUVIU 844-6317916 WY Date 10/25/14 047067 5977 | -$4.95 | | |
| 10/27/2014 | | | | | |
| Totals: | | | | | |

# Exhibit D

Ex. 5
FTC-000051

| | | | Current Balance: | | Available Balance |
|---|---|---|---|---|---|

CHEC        Current Time: 11/10/14 1:06:47 PM

| Date | Ref/Check No | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 11/10/2014 | | | | | |
| 11/10/2014 | | Debit Card W/D 8446072490JUVELIERE 844-6072490 WY Date 11/08/14 096080 5977 | -$97.68 | | |
| 11/10/2014 | | Debit Card W/D 8446317916MYREJUVIU 844-6317916 WY Date 11/08/14 047038 5977 | -$87.87 | | |
| 11/08/2014 | | | | | |
| 11/08/2014 | | | | | |
| 11/07/2014 | | | | | |
| 11/07/2014 | | | | | |
| 11/07/2014 | | | | | |
| 11/07/2014 | | | | | |
| 11/05/2014 | | | | | |
| 11/05/2014 | | | | | |
| 11/05/2014 | | | | | |
| 11/05/2014 | | | | | |
| 11/04/2014 | | | | | |
| 11/04/2014 | | | | | |
| 11/04/2014 | | | | | |
| 11/04/2014 | | | | | |
| 11/04/2014 | | | | | |
| 11/03/2014 | | | | | |
| 11/03/2014 | | | | | |
| 11/03/2014 | | | | | |
| 11/03/2014 | | | | | |
| 11/01/2014 | | | | | |
| Totals: | | | | | |

# EXHIBIT 6

### Declaration of Joseph Gonzales
### Pursuant to 28 U.S.C. § 1746

I, Joseph Gonzales, declare that:

1. I am a citizen of the United States and am over 21 years of age. I reside in Salt Lake City, Utah.

2. Except as otherwise indicated, I have personal knowledge of the facts stated herein, and, if called, I would testify competently to them. I understand that this declaration may be used by the Federal Trade Commission in a law enforcement proceeding.

3. I am a senior citizen and a veteran of the United States Air Force.

4. In approximately November 2017, I saw an advertisement on Facebook for a dietary supplement called Biogenic XR. When I clicked on a link in the Facebook ad, I was taken to a webpage that promoted a 30-day trial offer of Biogenic XR. I understood from that webpage that if I entered my mailing information and paid the approximately $7 cost for shipping the product, I would receive a free 30-day trial supply of Biogenic XR. I did not see any information on the webpage about any additional costs or obligations associated with this offer, beyond the shipping cost. With this understanding, I entered my credit card information on the webpage to pay the shipping cost and ordered the trial supply.

5. Within a week of my order, I received shipments of two products: Biogenic XR and a product called Elite Pro. I do not know why I received the supply of Elite Pro, as I had only intended to order Biogenic XR. After a couple of days, I tried Biogenic XR, but I didn't find it effective, so I stopped using it.

6. To my surprise, within a few weeks of placing my order for Biogenic XR, I learned that the seller of Biogenic XR had tried to charge my account twice, once in the amount of approximately $79 and once in the amount of approximately $89. My credit card company blocked these charges, however, so they did not cost me any money. I then obtained a new credit card with a different account number.

7. After I saw these attempted charges, I called the customer service number for Biogenic XR. I asked the customer service representative why the company had tried to charge me for the product. He responded that I would not be charged again.

8. I called the Federal Trade Commission's consumer call center to complain about my experience with Biogenic XR on November 27, 2017.

9. On January 29, 2018, my new credit card was charged approximately $99 without my authorization. The billing descriptor for this charge on my account statement was "CPD*ZENLIFESKIN 855-838-4918 UT." Although I am not certain that this charge is

related to my prior order of Biogenic XR, I am not aware of any other reason for this charge. A true and correct copy of my January 2018 account statement, reflecting this charge and redacted to protect my privacy, is attached as Exhibit A. I am now disputing this unauthorized charge with my credit union. As of the date of this declaration, I have yet to hear back from my credit union about the resolution of this dispute.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _3-21-18_                          _Joseph Gonzales_
                                                        Joseph Gonzales

2

# Exhibit A

Ex. 6
FTC-000056



Account Number: ▮▮▮▮▮   Page: 1
Statement Date: 1/1/2018 - 1/31/2018

**Ending Balances at a Glance:**
Share Savings
Checking
Term Certificates
Loans
VISA Cards

JOSEPH GONZALES

## CHECKS CLEARED AT A GLANCE:

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| | | | | | | |

### SHARE ID 90: SMART CHECKING

| Date | Transaction Description | Debit | Credit | Balance |
|------|------------------------|-------|--------|---------|
| 01/01/2018 | | | | |
| 01/02/2018 | | | | |
| 01/02/2018 | | | | |
| 01/02/2018 | | | | |
| 01/03/2018 | | | | |
| 01/03/2018 | | | | |
| 01/03/2018 | | | | |
| 01/04/2018 | | | | |
| 01/04/2018 | | | | |
| 01/04/2018 | | | | |
| 01/05/2018 | | | | |
| 01/05/2018 | | | | |
| 01/05/2018 | | | | |
| 01/07/2018 | | | | |
| 01/08/2018 | | | | |



Account Number: ▮▮▮▮   Page: 2
Statement Date: 1/1/2018 - 1/31/2018

**SHARE ID 90: SMART CHECKING Continued**

| Date | Transaction Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 01/08/2018 | | | | |
| 01/08/2018 | | | | |
| 01/08/2018 | | | | |
| 01/09/2018 | | | | |
| 01/09/2018 | | | | |
| 01/09/2018 | | | | |
| 01/10/2018 | | | | |
| 01/11/2018 | | | | |
| 01/12/2018 | | | | |
| 01/12/2018 | | | | |
| 01/12/2018 | | | | |
| 01/16/2018 | | | | |
| 01/16/2018 | | | | |
| 01/17/2018 | | | | |
| 01/18/2018 | | | | |
| 01/23/2018 | | | | |
| 01/23/2018 | | | | |
| 01/24/2018 | | | | |
| 01/25/2018 | | | | |
| 01/26/2018 | | | | |
| 01/26/2018 | | | | |
| 01/26/2018 | | | | |
| 01/26/2018 | | | | |
| 01/26/2018 | | | | |
| 01/29/2018 | | | | |
| 01/29/2018 | Withdrawal Debit Card Visa Debit CPD*ZENLIFESKIN 855-838-4918 UT | -99.33 | | |
| 01/29/2018 | | | | |
| 01/29/2018 | | | | |

# EXHIBIT 7

FTC-000059
Ex. 7

**Declaration of Ann Kleiman**
**Pursuant to 28 U.S.C. § 1746**

I, Ann Kleiman, declare that:

1. I am a citizen of the United States and am over 21 years of age.  I reside in Long Grove, Illinois.

2. Except as otherwise indicated, I have personal knowledge of the facts stated herein, and, if called, I would testify competently to them.  I understand that this declaration may be used by the Federal Trade Commission in a law enforcement proceeding.

3. In approximately November 2014, I saw an online advertisement for an eye cream, I believe on Facebook, that provided a link to the website.  The website stated that I could order a sample of the eye cream by paying $4.95 for the shipping and handling fees.  The words, "free samples," were displayed on the website in a very large font.  After reviewing the details provided on the website, I decided to order Rejuvius and Juveliere eye and skin creams.  I used my credit card to pay $4.95 for this order.  When I ordered the two samples online, the website did not disclose that if I did not cancel within a certain period, I would receive more products monthly.

4. Later that month, I received the two sample products via mail.  I tried Rejuvius and Juveliere skin creams and I did not notice any improvements or changes.

5. I later noticed that, on approximately November 30, 2014, an $87.67 charge was applied to my credit card account.  This transaction was identified by the billing descriptor "8446426039 LUMERA JACKSON WY."

6. In December 2014, I received additional skin and eye creams from Juveliere and Rejuvius, even though I had not ordered any additional products.  Around that time, I also reviewed my credit card statement and noticed that two charges of $97.88 and $87.67 were applied to my account.  These two transactions were identified by the billing descriptors "8446072491MYJUVELIERE JACSKSON WY," and "8446426039 LUMERA JACKSON WY."

7. Shortly after reviewing my credit card statement, I told my husband, Ronald Kleiman, about these transactions, and he searched online to find a telephone number to call the company to request full refunds.  My husband and I then repeatedly tried to call the company at the telephone numbers he found online.  For several days, we were unable to reach anybody at the company.  On one instance, we were able to leave a voice mail message, but no one returned our call.  We continued to call the company, and a few weeks later, I was finally able to speak to a representative.  During this call, I told the representative that I wanted to cancel and return the skin and eye creams to the company.  The representative told me that I could not return the creams, and that I had to continue with the monthly subscription.  The representative also told me that I had passed the cancellation period and that there was no way to stop the monthly charges.

1

8. After speaking with the representative, I called my credit card company and spoke to a representative named Kirby to dispute the charges. The credit card company automatically reversed the charges by applying temporary credits to my account. I kept Kirby's contact information just in case I needed to contact him in the future. A true and correct copy of a portion of my January-February 2015 credit card statement reflecting most of the transactions and credits applied to my account, redacted to protect my privacy, is attached as Exhibit A.

9. On January 15, 2015, my husband filed a complaint with the BBB against Juveliere and Rejuvius.

10. In February 2015, my credit card company reversed most of the temporary credits that were applied to my account. Since these credits were reversed, my husband called the company again to cancel the monthly subscription and request full refunds. The company representative told my husband that the company would cancel my monthly subscription, but I could not return the products and receive a refund since I had filed a dispute with my credit card company. While on the phone with the company representative, my husband and I called Kirby from my credit card company, to include him in the conversation with the company representative. The company representative told us that the only way the company would allow me to return the products to the company was if I dropped my dispute with the credit card company. During this conference call, Kirby said that he strongly recommended against dropping my dispute and explained that if I dropped the dispute I would not receive a partial or full refund. As a result of Kirby's advice, we decided not to drop our credit card dispute.

11. Shortly thereafter, my credit card company applied permanent credits to my account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8.15.18_____

_____
Ann Kleiman

2

# Exhibit

# A



Account number ending in
Open Date: Jan 24, 2015 · Close Date: Feb 23, 2015
Cardmember Since

Page 1 of 4

## ACCOUNT SUMMARY

Previous Balance
Payments and Credits
Purchases
Balance Transfers
Cash Advances
Fees Charged
Interest Charged
New Balance

Credit Line
Credit Line Available
Cash Advance Credit Line
Cash Advance Credit Line Available

You may be able to credit interest on Purchases.
See reverse for details.

## PAYMENT INFORMATION

New Balance
Minimum Payment Due
Payment Due Date                    March 18, 2015

## REWARDS

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**Payment Coupon**
Please do not fold, clip or staple.        Pay Online        Pay by Phone

ANN   KLEIMAN

Account number ending in
Minimum Payment Due
New Balance
Payment Due Date                    March 18, 2015
Amount enclosed

Account number ending in
Open Date: Jan 24, 2015 - Close Date: Feb 23, 2015
Page 3 of 4

## CONTACT US

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| **Payments and Credits** | Dec 30 | Feb 19 | TRY LUMERA | $ | -87.67 |
| | Dec 31 | Feb 19 | DERMANIQUE OFFER | | -97.88 |
| | Feb 16 | Feb 18 | 8446426039 LUMERA JACKSON WY | | 87.67 |
| | Feb 16 | Feb 18 | 8446426039 LUMERA JACKSON WY | | -87.67 |
| | Feb 16 | Feb 18 | 8446072491 MYJUVELIERE JACKSON WY | | -97.88 |
| | Feb 16 | Feb 18 | 8446700746 DERMANIQUE JACKSON WY | | -97.88 |
| | Feb 18 | Dec 23 | 8446426039 LUMERA | | -87.67 |
| | | | AN ADJUSTMENT TO YOUR ACCOUNT | | |
| | Feb 18 | Dec 23 | 8446072491 MYJUVELIERE | | -97.88 |
| | | | AN ADJUSTMENT TO YOUR ACCOUNT | | |
| **Merchandise** | Nov 30 | Feb 17 | 8446426039 LUMERA JACKSON WY | $ | 87.67 |
| | | | REVERSAL OF TEMPORARY CREDIT | | |
| | Dec 1 | Feb 18 | 8446072491 MYJUVELIERE JACKSON WY | | 97.88 |
| | | | REVERSAL OF TEMPORARY CREDIT | | |
| | Dec 1 | Feb 20 | 8446072491 MYJUVELIERE | | 97.88 |
| | | | REPOST OF DISPUTED TRANSACTION | | |
| | Dec 30 | Feb 17 | 8446426039 LUMERA JACKSON WY | | 87.67 |
| | | | REVERSAL OF TEMPORARY CREDIT | | |
| | Dec 30 | Feb 20 | 8446426039 LUMERA | | 87.67 |
| | | | REPOST OF DISPUTED TRANSACTION | | |
| | Dec 31 | Feb 17 | 8446700746 DERMANIQUE JACKSON WY | | 97.88 |
| | | | REVERSAL OF TEMPORARY CREDIT | | |

| **Fees** | TOTAL FEES FOR THIS PERIOD | $ |
|---|---|---|
| **Interest Charged** | TOTAL INTEREST FOR THIS PERIOD | $ |

## 2015 Totals Year-to-Date

| | | |
|---|---|---|
| | TOTAL FEES CHARGED IN 2015 | $ |
| | TOTAL INTEREST CHARGED IN 2015 | $ |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period: 31 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | | | |
| Cash Advances | | | |

V=Variable Rate

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FTC-000064
Ex. 7

# EXHIBIT 8

FTC-000065
Ex. 8

**Declaration of Richard Michael Philson**
**Pursuant to 28 U.S.C. § 1746**

I, Richard Michael Philson, declare that:

1. I am a citizen of the United States and I am over 21 years of age. I reside in Salina, Kansas.

2. Except as otherwise indicated, I have personal knowledge of the facts stated herein, and, if called, I would testify competently to them. I understand that this declaration may be used by the Federal Trade Commission ("FTC") in a law enforcement proceeding.

3. In approximately October 2016, while searching the Internet, I came upon a website that invited me to enter an online contest. After I entered the contest, I was offered three "deals" as a prize. One of these deals was a one-month, free sample of a supplement called Celexas. The website stated that I would only have to pay $4.95 for shipping and handling. I decided to claim my prize by ordering the sample of Celexas. While entering my contact and credit card information online, the website offered to include a free sample of a testosterone supplement. I decided to include this free sample with my order, and as provided for on the website, I paid an additional $5.99 for shipping and handling of this product. When I ordered these two sample products online, I did not see any information stating that I was enrolling in a monthly subscription. The website also did not disclose that if I did not cancel within a certain period, my credit card would be charged beyond the shipping and handling costs. I have ordered trial items online before, and I remember that when placing my orders on those prior occasions, the websites would specify that by ordering the trial items, I was enrolling in an automatic subscription and would be billed monthly. When I ordered the Celexas and the testosterone supplement sample products, I looked for this information; however, it was not provided.

4. On approximately November 3, 2016, I received an email stating that my order was shipped.

5. On November 3, 2016, the $5.99 for shipping and handling of the testosterone supplement was applied to my credit card account. An additional charge of $1.99 was also applied to my credit card account, although this charge was not disclosed on the website when I ordered the sample. These two transactions were reflected on my account statement by the billing descriptor, "BODY MAX TESTO855-888-4304NY."

6. In addition, that same day, the $4.95 for shipping and handling of Celexas was applied to my credit card account. This transaction was reflected on my account statement by the billing descriptor "CGRP*PROMAX 855-373-7546CA." A true and correct copy of a portion of my October-November 2016 credit card statement reflecting all of these transactions, redacted to protect my privacy, is attached as Exhibit A.

7. Shortly thereafter, I received the samples of Celexas and the testosterone supplement via mail. Shortly after receiving these samples, I started using the products. The Celexas tablets were packaged in a box. I took pictures of the tablets and the box. The side of the Celexas box provided the website address, "CELEXAS.COM." The back of the Celexas box

1

provided the following information, "**Distributed By:** Sky Media Group, LLC, 690 S US Highway 89, Suite 200 Jackson, WY 83001." The back of the box provided the following return address, "12924 Pierce Street Pacoima, CA 91331." True and correct copies of the pictures I took of the Celexas tablets and box are attached as Exhibit B.

8. After I received the sample products, I decided not to order an additional supply of Celexas or the testosterone supplement. I did not contact the customer service department because neither the website nor the special deal mentioned anything regarding automatic shipping or monthly billing when I ordered the two sample products.

9. While reviewing my credit card account online, I noticed that on November 17, 2016, my account was charged $89.99 by "BODY MAX TESTOSUPPORT @ BOLDBNY." That same day, my account was also charged $89.78 by "CGRP*PROMAXCONTACT@CORNICA." A true and correct copy of my November-December 2016 credit card statement reflecting these transactions, redacted to protect my privacy, is attached as Exhibit C.

10. On November 29, 2016, I sent an email to Celexas' email address, contact@celexas.com, which the company had used to email the shipping confirmation to me. In my email, I stated that I was surprised to see that Celexas had charged my credit card for a continuing subscription that I had never requested. I also stated that I found this behavior deceptive and that I would be submitting a report to the FTC regarding the company's activities. I stated in my email that I had only ordered a trial of Celexas and that I had not requested any further shipments. I also stated that there was no indication of continuing charges in the advertisement, even though I had looked carefully for this information when I had placed my online order. The company never responded to my email. A true and correct copy of the email I sent to Celexas' customer service department, dated November 29, 2016, redacted to protect my privacy, is attached as Exhibit D.

11. On November 30, 2016, I filed an online complaint with the FTC against Celexas.

12. Around this time, I also called my credit card company to dispute the two charges. My credit card company credited the two November 17, 2016, charges to my account. I also received a credit of $89.99 from "BODY MAX TESTO855-888-4304NY." It is not clear to me whether this credit corresponds to the same purchase as the credits I received from my credit card company. These credits are reflected in Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Apr. 11, 2018_____

_Richard Michael Philson_
Richard Michael Philson

2

# Exhibit
# A



Page 1 of 3

Customer Service ▮

Oct. 18 - Nov. 17, 2016   31 Days in Billing Cycle

Account ending in ▮

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
| --- | --- | --- |
| | | Dec 14, 2016 |

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
| --- | --- | --- |
| Minimum Payment | 19 Years | |
| | 3 Years | |

PLEASE PAY AT LEAST THIS AMOUNT

Estimated savings if balance is paid off in about 3 years:

If you would like information about credit counseling services, call

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to

| Revolving Credit Limit | Cash Advance Credit Limit: |
| --- | --- |
| Available Revolving Credit: | Available Credit for Cash Advances: |

| Previous Balance | – | Payments and Credits | + | Fees and Interest Charged | + | Transactions | = | New Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

## TRANSACTIONS

PAYMENTS, CREDITS & ADJUSTMENTS FOR RICHARD PHILSON

TRANSACTIONS FOR RICHARD PHILSON ▮

| 12 | 03 NOV BODY MAX TESTO855-888-4304NY | $5.99 |

Transactions continue on page 2

## REWARDS INFORMATION - RICHARD PHILSON

For up-to-date rewards tracking, visit

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| Purchases | | | |
| Cash Advances | | | |

P,L,D,F = Variable Rate. See reverse of page 1 for details

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO ▮ TO MAKE YOUR PAYMENT ONLINE.

Account ending in ▮

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
| --- | --- | --- | --- |
| Dec. 14, 2016 | | | |

PLEASE PAY AT LEAST THIS AMOUNT

## ENJOY 24/7 ACCESS TO YOUR ACCOUNT

Log in and manage your account online at

- Pay bills
- Check your balance
- Review transactions

RICHARD PHILSON



Page 2 of 3

Customer Service

Oct. 18 - Nov. 17, 2016     31 Days in Billing Cycle

Account ending in 4003

NEW BALANCE          MINIMUM PAYMENT          DUE DATE

Dec 14, 2016

Revolving Credit Limit:
Available Revolving Credit:
Cash Advance Credit Limit:
Available Credit for Cash Advances:

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| | − | | + | | + | | = | |

## TRANSACTIONS CONTINUED

TRANSACTIONS FOR RICHARD PHILSON ▮▮▮ (CONTINUED)

| 13 | 03 NOV | BODY MAX TESTO855-888-4304NY | $1.99 |
| 14 | 03 NOV | CGRP*PROMAX855-373-7546CA | $4.95 |



Total for RICHARD PHILSON ▮▮▮

▶ Total Transactions This Period

FEES
    Total Fees This Period

INTEREST CHARGED
    Total Interest This Period

TOTALS YEAR TO DATE
    Total Fees This Year
    Total Interest This Year

# Exhibit B

FTC-000071
Ex. 8



FTC-000072

6688L01 REV1

# CELEXAS

## MAXIMUM PERFORMANCE

**KEEP OUT OF REACH OF CHILDREN**

# Exhibit
# C

FTC-000074
Ex. 8



Page 1 of  3

Customer Service

Nov. 18 - Dec. 17, 2016    30 Days in Billing Cycle

Account ending in

**MINIMUM PAYMENT WARNING:**   If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 15 Years | |
| | 3 Years | |

Estimated savings if balance is paid off in about 3 years:

If you would like information about credit counseling, call

**LATE PAYMENT WARNING:**   If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| | | Jan 14, 2017 |

PLEASE PAY AT LEAST THIS AMOUNT

Revolving Credit Limit:                     Cash Advance Credit Limit:

Available Revolving Credit:                 Available Credit for Cash Advances:

| Previous Balance | – | Payments and Credits | + | Fees and Interest Charged | + | Transactions | = | New  Balance |
|---|---|---|---|---|---|---|---|---|

## TRANSACTIONS

**PAYMENTS, CREDITS & ADJUSTMENTS FOR RICHARD PHILSON**

| 1 | 17 NOV  PURCHASE ADJUSTMENT | ($89.78) |
|---|---|---|
| 2 | 17 NOV  PURCHASE ADJUSTMENT | ($89.99) |
| 5 | 02 DEC  BODY MAX TESTO855-888-4304NY | ($89.99) |

**TRANSACTIONS FOR RICHARD PHILSON**

| 1 | 17 NOV  BODY MAX TESTOSUPPORT@BOLDBNY | $89.99 |
|---|---|---|
| 2 | 17 NOV  CGRP*PROMAXCONTACT@CORNICA | $89.78 |

Transactions continue on page 2

## REWARDS INFORMATION - RICHARD PHILSON

PREVIOUS AVAILABLE REWARDS BALANCE

REWARDS EARNED THIS PERIOD
(reflects transactions posted during this billing cycle)

AVAILABLE BALANCE AS OF 12/17/2016

For up-to-date rewards tracking, visit

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR)  is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | | | |
| Cash Advances | | | |

P,L,D,F = Variable Rate. See reverse of page 1 for details

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO                          TO MAKE YOUR PAYMENT ONLINE.

**Account ending in**

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Jan. 14, 2017 | | | . |

PLEASE PAY AT LEAST
THIS AMOUNT

### ENJOY 24/7 ACCESS TO YOUR ACCOUNT

Log in and manage your account online at

• Pay bills
• Check your balance
• Review transactions

RICHARD PHILSON

FTC-000075

Ex. 8

# Exhibit
# D

FTC-000076
Ex. 8

| | |
|---|---|
| **From:** | Mike Philson < ▮▮▮▮▮▮▮ > |
| **Sent:** | Thursday, December 14, 2017 11:33 AM |
| **To:** | ▮▮▮▮▮ |
| **Subject:** | Fw: credit charge for Trial product, order # 3892252 |

----- Forwarded Message -----
**From:** Mike Philson < ▮▮▮▮ 
**To:** contact@celexas.com <contact@celexas.com>
**Sent:** Tuesday, November 29, 2016, 10:03:35 AM CST
**Subject:** credit charge for Trial product, order # 3892252

I was surprised to see that you charged my credit card for a continuing subscription that I NEVER requested.  I find this behavior very deceptive, and will be submitting a report to the FTC regarding your activities.  I specifically ordered a TRIAL of your product and DID NOT request any further shipments, and there was NO indication of continuing charges on the advertising, because I looked very carefully for that.  I will never use your services again.


R. Michael Philson


Let us help you plan your next vacation or celebration!  Whether you're looking for a vacation, family get-away or reunion, or a fundraiser for a nonprofit or charity, I'll be happy to help you plan a fantastic experience for you or a group of family, friends or colleagues!

1

# EXHIBIT 9

**Declaration of Scott Schuette**
**Pursuant to 28 U.S.C. § 1776**

I, Scott Schuette, declare that:

1. I am a citizen of the United States and I am over 21 years of age. I reside in Hernando, Florida.

2. Except as otherwise indicated, I have personal knowledge of the facts stated herein, and, if called, I would testify competently to them. I understand this declaration may be used by the Federal Trade Commission in a law enforcement proceeding.

3. In January 2017, while browsing the web for auto parts, I came across an advertisement for a product called NeuroXR. The advertisement stated that NeuroXR was "the breakthrough pill of the century" and claimed that NeuroXR was a "smart pill" guaranteed to improve both IQ and memory. The advertisement also contained pictures and purported testimonials from celebrities, including Bill Gates, endorsing the benefits of NeuroXR.

4. I tried to research NeuroXR on the Internet, but could not find much information about the product. At the time, I believed this was because NeuroXR was a relatively new product. I ultimately decided to try NeuroXR because I believed it could help improve my memory.

5. The advertisement offered a 30-day trial supply of NeuroXR for only the cost of shipping and handling. I clicked the trial offer and was brought to an online order form. The form asked me for my name, phone number, delivery address, billing address, and credit card information. I entered my information and placed an order for the trial bottle.

6. My understanding when I purchased this product was that I would only be charged the $4.95 shipping and handling cost and that I could place an additional order if I liked the product and wanted more. I do not remember seeing or reading anything indicating that I was agreeing to pay the full price for NeuroXR or that I was consenting to make further recurring payments as part of a monthly subscription.

7. The next day I attempted to visit the NeuroXR website to learn more about NeuroXR, but was unable to locate it. I tried running a Google search for "NeuroXR," but could only locate a few advertisements and not the website where I had placed the order.

8. The NeuroXR trial bottle did not arrive within the initial five days after my order. At this point, I believed that I was not going to receive the product and that I had lost the $4.95 I had paid for shipping and handling.

9. Several weeks later, I received a box containing NeuroXR. I proceeded to try NeuroXR for one week at the recommended dosage of two pills per day. I felt no effects during this time.

10. About three weeks after receiving the trial supply of NeuroXR, I received another shipment. The shipment contained NeuroXR and another product. The second product stated that it was

designed to "improve sexual function." I do not recall ever seeing or ordering this second product.

11. Unlike the previous shipment, the box also contained an order form. The order form stated I had subscribed to a recurring monthly subscription of NeuroXR and that I would be charged the full purchase price of $90 if I did not cancel within thirty days of placing the initial trial order. The order form contained all of my billing information including my name and credit card number. By this time, the thirty-day period after my initial trial order had expired and I found that I had been charged the $90 purchase price.

12. The NeuroXR bottle and the order form listed 1-844-893-4640 as the company's customer service line. I called the customer service line to cancel the subscription and dispute the $90 charge.

13. I spoke to a female NeuroXR customer service representative. She informed me that I did not read the "fine print" and that, when I placed the initial trial order, I had checked a box on their website indicating that I signed up for recurring monthly subscription of NeuroXR at the full purchase price. As a result, she told me she could not cancel my subscription or the $90 charge. I do not remember seeing or checking a box agreeing to a subscription.

14. Eventually, I was transferred to a male supervisor. I informed him that I had ordered a trial bottle of NeuroXR and that I never knew about, wanted, or signed up for a recurring monthly subscription for NeuroXR at the full purchase price.

15. Once again, I was told that I had subscribed to monthly recurring shipments of NeuroXR at the full purchase price of $90. The supervisor also told me that notice of the subscription payments was on the website and that I was obligated to pay the charges.

16. After speaking with the customer service representatives, I called my credit card company and asked them to cancel the charge. I also asked them not to pay any charge from this company in the future. To my knowledge, my credit card company cancelled the charge, and has not authorized any other charges relating to NeuroXR.

17. On February 9, 2017, at the advice of my credit card company, I filed a complaint with the Federal Trade Commission about NeuroXR.

18. I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/3___ 2018

Scott Schuette

# EXHIBIT 10

**Declaration of Eric Simon**
**Pursuant to 28 U.S.C. § 1746**

I, Eric Simon, declare that:

1. I am a citizen of the United States and am over 21 years of age. I reside in Chicago, Illinois.

2. Except as otherwise indicated, I have personal knowledge of the facts stated herein, and, if called, I would testify competently to them. I understand that this declaration may be used by the Federal Trade Commission ("FTC") in a law enforcement proceeding.

3. In approximately mid-December 2016, while searching the Internet, I read an article about the NeuroXR supplement on a news website. The article stated that NeuroXR was a brain supplement that provided several benefits. The article stated that NeuroXR contained caffeine with herbs and folic acid, and to my recollection, described it as "Red Bull® in a pill" that would increase energy levels, focus, and concentration. At the time, I was working two jobs and was looking for a health supplement that would give me extra energy.

4. After reading the article, I used Google to search for websites that sold the NeuroXR supplement. I found a website that offered a free trial of the NeuroXR supplement. To order the free trial, the website stated that I only had to pay $4.95 for shipping and handling. I decided to order this product online and I used my debit card to pay for the shipping and handling costs. When I ordered the product, I did not see any information on the website stating that, by ordering the free trial of NeuroXR, I would be auto-enrolled in a monthly subscription program.

5. After ordering the free trial of NeuroXR, I did not receive an email from the company confirming my order.

6. On December 23, 2016, the $4.95 for shipping and handling was deducted from my bank account. This deduction was reflected on my account statement by the billing descriptor "HEALTH SHOP 1 844 523 9142 CA." A true and correct copy of a portion of my December 2016 bank statement reflecting this transaction, redacted to protect my privacy, is attached as Exhibit A.

7. Shortly after December 25, 2016, I received the trial NeuroXR supplement via mail.

8. Shortly after receiving this trial offer, I started using the product.

9. Months later, I reviewed my January 2017 bank statement and noticed that on January 5, 2017, $89.78 was deducted from my bank account. This transaction was identified by the billing descriptor "AMGBIOGENICXR 8442991434" on my account statement. I do not remember if I had received an additional supply of the NeuroXR supplement in January 2017. A true and correct copy of my January 2017 bank statement reflecting this transaction, redacted to protect my privacy, is attached as Exhibit B.

1

10. In approximately February 2017, I received an additional bottle of NeuroXR in the mail. Enclosed with this order was a "Dispatch Note," from the company. The dispatch note provided the following address, "690 S. Hwy 89 Ste 200 Jackson, WY 83001." The dispatch note also provided the following SKU and Product Description, "NEUROXRTRIALONG NEUROXR-US TRIAL ONGOING REBILL." The air bill for the package indicated a shipping date of February 3, 2017 and listed the following address for the sender: "Rapid Fulfillment, Inc. 12924 Pierce Street, Pacoima, California 91331." True and correct copies of the dispatch note and air bill I received with the order, redacted to protect my privacy, are attached as Exhibit C.

11. The same day I received the additional bottle of NeuroXR supplements, I checked my bank statement online and noticed that on February 5, 2017, my back account was charged $89.78 by "AMGBIOGENICXR 8552991434," a similar billing descriptor to the one on my January 2017 statement. A true and correct copy of my February 2017 bank statement reflecting this transaction, redacted to protect my privacy, is attached as Exhibit D.

12. A few days later, I tried to call the company using the telephone number, 855-299-1434, that was provided on my February 2017 bank statement, but I was unable to get through to anyone. I tried to locate another telephone number to call the company by reviewing the product's label, the dispatch note, and the air bill, but I could not find any other contact information. I then searched on the Internet for the Jackson, Wyoming address that was listed on the dispatch bill, and I found the company name, Mountain Business Center. I also found a telephone number for this company, 307-739-3940, which I used to call the company. A gentleman answered my call and I explained to him that I received an additional bottle of NeuroXR and that I was charged $89.78 without my authorization. He told me that there was nothing he could do about it and that the company, Mountain Business Center, was just registered to this address. I asked him why this address was included on the dispatch note that came with the supplement. The gentleman told me that I should call my credit card company if I had a problem. At this point, I was frustrated that he would not help me resolve this issue, but he kept telling me to call my credit card company and they would cancel the charge.

13. Immediately after my call with the gentleman at Mountain Business Center, I called my bank to dispute the February 5, 2017 charge to my account.

14. On February 9, 2017, I filed an online complaint with the FTC against NeuroXR

15. On February 11, 2017, my bank credited the February 5, 2017 transaction to my account. This credit is reflected in Exhibit D.

16. In approximately November 2017, I reviewed my bank statements and I noticed the January 2017 transaction by "AMGBIOGENICXR 8442991434." Once I noticed this transaction, I called my bank to dispute this charge. Approximately one month later, my bank credited the January 5, 2017 transaction to my account.

Ex. 10
FTC-000083

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5/11/18_____

_____

Eric Simon

3

Ex. 10
FTC-000084

# Exhibit

# A



Eric █ Simon

**Go mobile and bank on the fly.**

Bank on the go or on the sofa. Visit █████████ and use your mobile phone to bank from just about anywhere. It's banking that goes where you go.

Customer Number ████████

## Your Savings Summary as of 12/31/2016

| Account Type | Nickname | Account Number | Account Balance | Joint Name |
|---|---|---|---|---|
| Checking | | | | |
| Savings | | | | |

## Your █ Checking Activity

| Activity | | Date | Amount | Deposit Balance |
|---|---|---|---|---|

Your email address is ████████ Update this and all your information at ████████ in the My Info section.



⟶ Debit Card Purchase - HEALTH SHOP 1 844 523 9142 CA          12/23/2016          $(4.95)

# Exhibit

# B

Eric ▮ Simon

**Go mobile and bank on the fly.**

Bank on the go or on the sofa. Visit ▮ and use your mobile phone to bank from just about anywhere. It's banking that goes where you go.

Customer Number

## Your Savings Summary as of 01/31/2017

| Account Type | Nickname | Account Number | Account Balance | Joint Name |
|---|---|---|---|---|
| Checking | | | | |
| Savings | | | | |

## Your ▮ Checking Activity

| Activity | Date | Amount | Deposit Balance |
|---|---|---|---|

Your email address is ▮ Update this and all your information at ▮ in the My Info section.

FTC-000089

Ex. 10

Interactive Phone Service:
Sales/Service Number:



Debit Card Purchase - AMGBIOGENICXR 8442991434    01/05/2017    $(89.78)

Ex. 10

# Exhibit C

Packing number - 409.59

# Dispatch Note



**Eric Simon**

690 S. Hwy 89 Ste 200
Jackson, WY 83001

|  | | Order Date: | 02/03/2017 |
|--|--|-------------|------------|
| Order No:  4388655 | | Ship Date: | 02/03/2017 |

| SKU | Product Description | QTY |
|-----|---------------------|-----|
| NEUROXRTRIALONG OING | NEUROXR - US TRIAL ONGOING REBILL | 1 |



Order No: 4388655

# Exhibit

# D

Eric ▮ Simon

**Go mobile and bank on the fly.**

Bank on the go or on the sofa. Visit
▮▮▮▮▮▮▮ and use your mobile phone to
bank from just about anywhere. It's banking that goes where
you go.

Customer Number ▮▮▮▮▮▮

## Your Savings Summary as of 02/28/2017

| Account Type | Nickname | Account Number | Account Balance | Joint Name |
|---|---|---|---|---|
| ▮ Checking | | | | |
| ▮ Savings | | | | |

## Your ▮▮ Checking Activity

| Activity | | Date | Amount | Deposit Balance |
|---|---|---|---|---|

Your email address is▮ ▮▮▮▮▮▮    Update this and all your information at ▮▮▮▮▮▮ in the My Info section.

 Interactive Phone Service
Sales/Service Number: ▮▮▮▮▮ | ✉ | Ex. 10 

Debit Card Purchase - AMGBIOGENICXR 8552991434          02/05/2017          $(89.78)

Dispute Credit - AMGBIOGENICXR                          02/11/2017          $89.78
Effective: 02/05/2017

# EXHIBIT 11

Ex. 11
FTC-000096

**Declaration of Terri Smith**
**Pursuant to 28 U.S.C. § 1746**

I, Terri Smith, declare that:

1. I am a citizen of the United States and am over 21 years of age. I reside in Baton Rouge, Louisiana.

2. Except as otherwise indicated, I have personal knowledge of the facts stated herein, and, if called, I would testify competently to them. I understand that this declaration may be used by the Federal Trade Commission ("FTC") in a law enforcement proceeding.

3. On approximately December 21, 2016, I saw an advertisement on Facebook for NeuroXR. The advertisement showed a picture of a man who claimed that the supplement would provide energy.

4. I clicked on the advertisement, and the link took me to NeuroXR's website. The website stated that NeuroXR would provide mental clarity, energy, and improved wellbeing. I was interested in these benefits. The website also claimed that I could try this supplement by ordering just a sample of NeuroXR.

5. I clicked on a link on the NeuroXR webpage, and it took me to another webpage where I could order and pay for the sample. When I ordered the sample online, the website did not disclose that I was enrolling in a monthly subscription. The website also did not disclose that if I did not cancel within a certain period, my debit card would be charged. I paid for the sample using my debit card, and once I submitted the order, a confirmation screen did not appear, but rather, another webpage appeared with the company's name.

6. After I ordered the sample of NeuroXR, I did not receive an email confirmation. I checked my bank account statement online and noticed that Rapid Fulfillment, Inc., a company located in Pacoima, California, charged me $4.95 for this order.

7. Approximately ten days after ordering, I received the NeuroXR sample via mail, and I noticed on the air bill for the package that the supplement was shipped by Mountain Business Center, located in Jackson, Wyoming. The NeuroXR supplement was packaged in a bottle, and the label on the bottle provided the telephone number, 844-893-4640, and the website address, www.neuroxr-support.com.

8. On January 4, 2017, I received an email from my bank stating that there was a possible fraudulent charge of $89.78 placed on my account. The email also stated that due to this possible fraudulent charge, my debit card had been cancelled as a precaution. After reading the email, I called my bank and spoke to a representative. He told me that the possible fraudulent charge was from a company located in the United Kingdom ("UK"), in London, England. The representative also told me that this transaction was not processed because it was a foreign charge from the UK. I told him that I did not authorize this charge.

1

9. Immediately after speaking with the bank representative, I accessed my bank account online, and saw the actual charge. I wrote down all of the information pertaining to this transaction. The $89.78 charge was placed by Empire Partners Limited.

10. The next day, on January 5, 2017, I filed an online complaint with the FTC against the following companies: Mountain Business Center, Rapid Fulfillment, and Empire Partners Limited.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 30, 2018___

Terri Smith

2

# EXHIBIT 12

**Declaration of Sharon Stiansen**
**Pursuant to 28 U.S.C. § 1746**

I, Sharon Stiansen, declare that:

1. I am a citizen of the United States and am over 21 years of age. I reside in Belmont, Michigan.

2. Except as otherwise indicated, I have personal knowledge of the facts stated herein, and, if called, I would testify competently to them. I understand that this declaration may be used by the Federal Trade Commission in a law enforcement proceeding.

3. In approximately early December 2014, while searching online, I found a website that offered a trial supply of an eye cream. The website claimed that this eye cream would help eliminate age lines, puffiness, and wrinkles. The website also stated that I could try the eye cream by only paying the shipping and handling fees for the order. After reading the information provided on the website, I ordered Rejuvius eye cream that same day, by providing our credit card information to pay the $4.95 shipping and handling fees for the order. While ordering the trial eye cream online, I did not see any disclosures on the website that if I did not cancel within a certain time period, I would be automatically enrolled in a monthly subscription.

4. On December 4, 2014, the $4.95 for the shipping and handling was applied to our credit card account. This transaction was reflected on our account statement by the billing descriptor "8446317915REJUVIUSOFFE 844-6317915 WY." A true and correct copy of a portion of our November-December 2014 credit card statement reflecting this transaction, redacted to protect our privacy, is attached as Exhibit A. The handwritten notes are mine.

5. Approximately two weeks later, I received the sample Rejuvius eye cream via the mail.

6. Shortly after receiving the trial eye cream, I started using the product. I did not notice any of the differences described on the website.

7. Approximately a week after receiving the eye cream, while reviewing our credit card statement online, I noticed that an $87.67 charge was applied to our account. This transaction was identified by the billing descriptor "8446317916MYREJUVIUS 844-6317916 WY" on our account statement. A true and correct copy of a portion of our December 2014-January 2015 credit card statement reflecting this transaction, redacted to protect our privacy, is attached as Exhibit B. The handwritten notes are mine.

8. After I noticed this charge, I called the company using the telephone number, 844-631-7916, that appeared in the credit card billing descriptor. I spoke to a male representative, explaining to him that I was charged $87.67 without my authorization, and that I wanted a full refund. He told me that since I had not notified the company that I was dissatisfied with the eye cream, I was billed for the product. I responded that I did not like the product well enough to pay $87.67 for it, and that I would gladly return the unused portion of the eye

1

cream to the company.  The representative stated that returning the product was not an
option, and that the company would only provide a 35% credit to my credit card account.
After I told the representative that this offer was not acceptable, he placed me on hold so that
he could supposedly check with someone to determine if he could offer a better refund offer.

9.  When the representative returned to the call, he told me that the company was willing to
provide a 50% refund.  I again told the representative that I was not satisfied with this offer.
At that time, the representative informed me that, according to the company's terms and
conditions, since I had opened the eye cream, the company could not provide a full refund.  I
believed that this was unreasonable, and I asked the representative at this point how I could
know if I liked the eye cream unless I had opened it.  In response, the representative
reiterated that this was the company's policy and that I could accept the 50% refund or
nothing.  I told the representative that I would only accept a 75% refund from the company,
since I had used the product for two weeks and the amount that was provided in the trial eye
cream could have lasted for approximately two months.

10.  After the representative said that he could not refund me 75% of the cost of the eye cream, I
asked him if I could speak to a supervisor.  The representative then placed the call on hold
again for approximately five minutes and then transferred me to a voice recording, which
instructed me to leave a message.  As instructed, I left a voice mail message, providing my
name, telephone number, and I stated that if someone did not return my call within a week, I
would file a complaint.  No one from the company ever returned my call.

11.  Shortly thereafter, I called our credit card company to dispute the $87.67 charge.  On
December 29, 2014, my credit card company applied a credit adjustment of $87.67 to our
account.  This credit is reflected in Exhibit B.

12.  On approximately January 6, 2015, I called the South Carolina Better Business Bureau and
filed a complaint against Juveliere and Rejuvius.

13.  Approximately two weeks later, on January 20, 2015, a second charge of $87.67 was applied
to our credit card account, even though, as described above, I had previously complained to
the company about its unauthorized charges.  This transaction was identified by the billing
descriptor "8446317916MYREJUVIUS 844-6317916 WY."  A true and correct copy of a
portion of our January-February 2015 credit card statement reflecting this transaction,
redacted to protect our privacy, is attached as Exhibit C.  The handwritten note is mine.

14.  On February 9, 2015, a partial refund of $30.68 was credited to our credit card account.  I am
not sure why this partial credit was applied to our credit card account.  On February 20, 2015,
a full refund of $87.67 was also credited to our account, which resolved the January 20, 2015
transaction.  Both credits provided the billing descriptor "8446317916MYREJUVIUS
JACKSON WY."  A true and correct copy of a portion of our February-March 2015 credit
card statement reflecting these two credits, redacted to protect our privacy is attached as
Exhibit D.  The handwritten notes are mine.

Ex. 12
FTC-000101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _August 10, 2018_

Sharon Stiansen

3

# Exhibit
# A

**December 2014  Statement**   11/06/2014 - 12/04/2014

SHARON STIANSEN

Cardmember Service

Page 4 of 5

**Transactions**

### Purchases and Other Debits

| Post Date | Trans Date | Ref # | Transaction Description | Amount |
|-----------|-----------|-------|------------------------|--------|

*initial purchas*

TOTAL THIS PERIOD

| 2014 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2014 | |
| Total Interest Charged in 2014 | |

*Continued on Next Page*

# Exhibit B

**January 2015 Statement**   12/05/2014 - 01/06/2015

SHARON STIANSEN

Cardmember Service

## Transactions

### Payments and Other Credits

| Post Date | Trans Date | Ref # | Transaction Description | Amount |
|---|---|---|---|---|
| | | | | $87.67CR |
| 12/29 | 12/16 | 0524 | CREDIT ADJ- CARDHOLDER DISPUTE 75 MERCHANDISE/SERVICE RETURN | |
| | | | TOTAL THIS PERIOD | |

### Purchases and Other Debits

| Post Date | Trans Date | Ref # | Transaction Description | Amount |
|---|---|---|---|---|
| | | | | $87.67 |
| 12/18 | 12/16 | | 8446317916MYREJUVIUS  844-6317916 WY | |

Continued on Next Page

# Exhibit C

Ex. 12
FTC-000107



Page 4 of 5

**February 2015 Statement**   01/07/2015 - 02/04/2015

Cardmember Service

SHARON STIANSEN

Transactions

Purchases and Other Debits

| Post Date | Trans Date | Ref # | Transaction Description | Amount |
|---|---|---|---|---|
| | | | | $87.67 |
| 01/20 | 01/15 | | 8446317916MYREJUVIUS 844-6317916 WY | |

TOTAL THIS PERIOD

Continued on Next Page

Ex. 12
FTC-000108

# Exhibit
# D



**March 2015 Statement**   02/05/2015 - 03/04/2015                                                                 Page 3 of 4

SHARON STIANSEN                                            **Cardmember Service**

**Transactions**

### Payments and Other Credits

| Post Date | Trans Date | Ref # | Transaction Description | | Amount |
|---|---|---|---|---|---|
| 02/09 | 02/05 | | 8446317916MYREJUVIUS  JACKSON  MERCHANDISE/SERVICE RETURN | WY | $30.68CR |
| 02/20 | 02/18 | | 8446317916MYREJUVIUS  JACKSON  MERCHANDISE/SERVICE RETURN | WY | $87.67CR |

**TOTAL THIS PERIOD**

### Purchases and Other Debits

| Post Date | Trans Date | Ref # | Transaction Description | Amount |
|---|---|---|---|---|

*Continued on Next Page*

Ex. 12
FTC-000110

# EXHIBIT 13

Exhibit 13

FTC-000111

**Declaration of Casey Crystal Thompson**
**Pursuant to 28 U.S.C. § 1746**

I, Casey Crystal Thompson, declare that:

1. I am a citizen of the United States and I am over 21 years of age. I reside in Silvana, Washington.

2. Except as otherwise indicated, I have personal knowledge of the facts stated herein, and, if called, I would testify competently to them. I understand that this declaration may be used by the Federal Trade Commission in a law enforcement proceeding.

3. On approximately December 4, 2016, I searched online for a supplement that could provide added serotonin and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. NeuroXR's website (https://tryneuroxr.com) caught my attention. I used my cell phone to visit NeuroXR's website, and I took pictures of some of the webpages I visited. A true and correct copy of the pictures I took of the "tryneuroxr.com" webpage, redacted to protect my privacy, is attached as Exhibit A.

4. The website claimed that the supplement NeuroXR would help sustain attention. The website also claimed that NeuroXR would help me stay on task, would help me focus and concentrate without crashing, and that the supplements had no side effects. According to the website, NeuroXR's benefits had been proven by a "double blind clinical study conducted by American's top rated hospital." The website stated that I could order a trial of NeuroXR by paying $4.95 for shipping and handling fees, but that there was a limit of 250 trials offered per day. Based upon my prior experience, I knew to review everything on the website carefully before ordering the trial item. As a result of that review, I learned that if I did not cancel within fourteen days, I would be automatically rebilled and I would receive another bottle of NeuroXR. I saw this information before placing my order; however, the details that were provided looked like they were copied and pasted to the website. In the past, I have ordered trial orders and have seen similar terms like this.

5. That same day, I used my mother's credit card to pay $4.95 for the shipping and handling of a trial order of NeuroXR. A true and correct copy of the NeuroXR's order webpage is attached as Exhibit B. The website indicated that I was ordering a "FREE" "30 day supply – 60 capsules" of NeuroXR." It also indicated that I needed to pay $4.95 for shipping and handling. NeuroXR's order webpage provided a telephone number, 844-893-4640, for "DermaC Customer Service," along with the email address contact@tryneuroxr.com.

6. On approximately December 16, 2016, about two weeks after I ordered the trial order of NeuroXR, I noticed that I had not received the product or a confirmation email. I used the telephone number, 844-893-4640, that was provided on NeuroXR's order page to call the company. During this call, I told the female representative that I had not received my trial order of NeuroXR. She told me that she was sorry that I had not received my order and that the company would send my order out soon.

1

7.  That same day, I received an order confirmation email regarding my NeuroXR trial order. The email came from the following email address: evermax@thesupportonline.net.  The email stated that my order for NeuroXR was placed successfully on December 10, 2016 and that my product would be delivered to me within three to five business days.  The email also instructed me to call the company's "24/7 helpline and speak to our Customer Support Executive" should I require any further assistance.  The end of the email stated, "Regards, Email Customer Support" and provided the following telephone numbers:  844-688-6199 and 844-688-6198.  A true and correct copy of the email I received from the support online department, dated December 16, 2016, redacted to protect my privacy, is attached as Exhibit C.  The date provided in the order confirmation email, December 10, 2016, was not correct, since I had ordered the trial NeuroXR on approximately December 4, 2016.

8.  A few days later, I received the trial NeuroXR supplement by mail.  I started taking the product soon after I received it, but I stopped after the third day because I began to have ███████████████████████████████████████████████ I could not determine if NeuroXR was the cause of ████████████ but after I stopped taking NeuroXR, ████████████ ceased.

9.  After I stopped taking the product, I decided to call Evermax to cancel and return the NeuroXR supplement, in order to avoid my mother's credit card from being automatically rebilled the full price for the supplement.  I called Evermax, using the two telephone numbers that were provided in the order confirmation email; however, no one answered these calls.  I then tried to call the company using the telephone number that was provided on NeuroXR's order webpage, and I spoke to a male representative.  I told him that I wanted to return the trial NeuroXR supplement to the company.  He told me that I could return the NeuroXR to the company using the return address that was provided on the original package.

10.  A few days later, I went to the post office to return the product to the company by mail.  I returned the product in its original package and wrote on the front of the package, "return to sender."  I paid a fee to have this package tracked and send confirmation information to me when the package was delivered to the company.  I later learned that the package was delivered to the company.

11.  After I returned the NeuroXR supplement to the company, I thought that the auto rebilling was cancelled and that no further charges would be placed on my mother's credit card account.  However, my mother later told me that her credit card company called her and told her that a company had attempted to charge approximately $98 to her credit card account.  However, because my mother's credit card company found this charge to be suspicious, it cancelled her card and issued a new card to her.  My mother showed the suspicious charge to me and I told her that the charge was for NeuroXR, but that I had returned the supplement to the company to avoid a rebilling charge.

12.  Shortly after speaking with my mother, I called the company again to ask why my mother's credit card was charged.  During this call, I spoke to another male representative, who confirmed my name and email address, before he placed the call on hold.  When the representative returned to the call, I asked him why I was placed on hold.  He became

2

flustered and I asked him for the company's address, and he provided the following information:  Based Capital, LLC, 12924 Pierce Street, Pacoima, California 91331.  After he provided the company's name and address, I asked him why this address was different than the address provided on the shipping label, but he hung up on me.

13. On February 28, 2017, I filed an online complaint with the Better Business Bureau against Based Capital Limited.  A true and correct copy of the complaint I filed with the Better Business Bureau, dated February 28, 2017, redacted to protect my privacy, is attached as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Sept 11 2018_

_Casey Crystal Thompson_
Casey Crystal Thompson

3

# Exhibit
# A

Ex. 13
FTC-000115



Ex. 13
FTC-000116

# Exhibit B

Ex. 13
FTC-000117

 APPROVED! **1 Trial Confirmed**
In Stock - Sell Out Risk: **HIGH**

**NeuroXR**
30 Day Supply - 60 Capsules

FREE

Shipping & Handling:  $4.95

**Total:  $4.95**



**Contact Us**

We want to hear from you! DermaC Customer Servic
available to assist 24 hours a day, 7 days a week. Yo
calling: **+844-893-4640** You can also email any ques
contact@tryneuroxr.com

i5 Bit Encrypted Connection

 

| Select Payment Method | ⌄ |
| Credit Card Number | |
| Exp. Month | ⌄ |
| Exp. Year | ⌄ |
| CVV (3-Digit Security Code) | |

🔒 **Complete Checkout**

We Care About Your Privacy

  

TERMS | PRIVACY POLICY | CONTACT US

© NeuroXR 2016

# Exhibit
# C

Ex. 13
FTC-000119



**Casey Thompson** <​████████████​>

---

## Order Confirmation

1 message

---

**evermax@thesupportonline.net** <evermax@thesupportonline.net>                    Fri, Dec 16, 2016 at 2:13 AM
To: Crystal Thompson <​███████████​>

Dear Crystal Thompson,

Thank you for contacting email customer support.

Please be informed that your order for Neuroxr was placed successfully on December 10th, 2016. Kindly note that your product will be delivered at your door step within 3 to 5 business days.

Should you require any further assistance, please do not hesitate to email us or call our 24/7 helpline and speak to our Customer Support Executive for complete guidance.

Regards,

Email Customer Support

US # 1-844-688-6199
US # 1-844-688-6198

# Exhibit D

Ex. 13
FTC-000121

Counties of Los Angeles, Santa Clara, San Benito, Santa Cruz, and Monterey

Change Location

**Thank you for using the Better Business Bureau's Online Complaint System.**
Your complaint has been assigned case # ▮▮▮▮
Correspondence regarding this complaint will be emailed to : ▮▮▮▮▮▮▮▮▮▮
Please print a copy of this for your records.

Filed on : February 28 2017

Filed by :
**Crystal Thompson**
▮▮▮▮▮▮▮▮▮

Filed against :
**Based Capital Limited**
**12924 Pierce St**
**Pacoima CA 91331-2526**

**Complaint Description:**
NeuroXR pill scam;30 free trial pay shipping with card. Credit company called me stating unauthorized use immediately after this charge Neuro XR offering 30 free trial I only had to pay shipping of $5.94. The product didn't arrive when it should've plus I hadn't received the initial confirmation email. From the screen shots I took of the purchase I tracked down a # for customer service 1-844-893-4640. A foreign girl apologized for the product not arriving and not sending a confirmation receipt, she reissue both. The email I received was sent from the address evermax@thesupportonline.net on December 16,2016 at 2:13am. The email thanked me for my order placed on December 10th 2016, said it would arrive in 3-5 days. The email didn't contain any trademarks, bussiness logos, order number or any other of the usual telltale marks a legitimate company would include. The only other information was two phone#'s 844-688-6199 and 844-688-6198, Neither of which were on the website. After reading the email I knew I made a mistake. When the pills arrived I immediately called the email number and got no answer, then I called the number I got from the website and a foreign boy told me to just return it to sender in original package and there would be no charges on the card. I shipped it "return to sender" with tracking so there could be no mistakes. And not two weeks later my credit card company called me saying they cancelled my card because NeuroXR charged $98 and immediately after that there were multiple other charges attempted. After that I called their customer service again to see what they had to say, the foreign kid confirmed my name and email address then told me to hold on; I asked him why I had to hold and if I called the right number. He got flustered and I told him to give me an address again. He gave me this address, BASED CAPITAL LLC 12924 PIERCE ST PACOIMA, CA 91331. Then I asked him why this return address was different from the one on the shipping label and he hung up on me. The scam these people are running is way bigger than NeuroXR. The phone number I called was a large crew of people claiming to be customer service for multiple companies. I have the screen shots I took of my initial contact with the web site https://tryneuroxr.com and purchase confirmation page. I also have the fake customer service email from "evermax"; plus I kept 2 of their phony pills. I remember googling them looking for an address, the business wasn't called neuroxr it had a different name. Its still in my maps history I'm sure I could find it.

**Your Desired Resolution:**
Full refund of any charges to credit card including any fraudulent charges. And prosecution of all employees involved.

This case will be reviewed by a complaint specialist at the Better Business Bureau, and then forwarded to the business for their response. It is our policy to allow the business 30 working days to respond to your complaint. You will be notified when the business has responded.

What would you like to do next?
**View the status of your complaint**
**Return to the BBB Homepage BBB Privacy Policy**

Select Language | ▼

BBB Directory

Give.org

Council of Better
Business Bureaus

Contact

BBB Business Partner
Code

BBB API

Terms of Use

Trademarks

Privacy Policy

Ex. 13
FTC-000122

# EXHIBIT 14

## DECLARATION OF ERIN MCCOOL
### Pursuant to 28 U.S.C. § 1746

I, Erin McCool, hereby declare as follows:

1.  I am a United States citizen over 21 years of age. Unless otherwise indicated, I have personal knowledge of the facts set forth below.

2.  I am the Operations Supervisor at the Better Business Bureau of Los Angeles & Silicon Valley ("LA & SV BBB"). My office address is 1112 S. Bascom Ave., San Jose, CA 95128.

### LA & SV BBB Overview

3.  The LA & SV BBB, like other BBBs, is a private, non-profit organization supported by its dues-paying members, which are businesses and professionals within our service area (the counties of Los Angeles, Santa Clara, San Benito, Santa Cruz, and Monterey).

4.  The LA & SV BBB gathers and provides to consumers various types of information on local businesses and organizations. That information includes background information, general information on products and services, reliability reports, and records relating to the handling of complaints.

5.  The LA & SV BBB regularly receives complaints from consumers around the United States concerning companies located in the counties we serve. I have personal knowledge of the LA & SV BBB's system of recording and processing such complaints.

6.  Consumers who submit complaints to the LA & SV BBB are asked to provide information that includes the following: their name, address, e-mail address, and

telephone number; the name and contact information of the business or organization that is the subject of the complaint; the nature of the complaint; and what they are seeking from the company as a resolution. The LA & SV BBB retains complaint-related correspondence in its files in the regular course of its business.

7. The LA & SV BBB generally opens a file on a business when we begin to receive inquiries and/or complaints about the business. We attempt to resolve these complaints through a conciliation process. When the LA & SV BBB receives a new complaint, a copy is forwarded, either electronically or by mail, to the business that is the subject of the complaint. If the business responds to the complaint, then the consumer has the opportunity to submit a rebuttal. This process may involve several exchanges between the consumer and the business, and it is generally resolved within thirty days.

## Based Capital and Neurosleep

8. The LA & SV BBB began receiving complaints from consumers concerning billing and refund issues that we believe relate to an online marketing firm called Based Capital in May 2016. Since then, the LA & SV BBB has received at least fourteen (14) fully-processed complaints from consumers that we have linked to this company.

9. Based on information provided by the company and reflected in correspondence related to these complaints, the company has used the following address: 12924 Pierce St., Pacoima, CA 91331-2526.

10. The consumer complaints consistently reported the same recurring company conduct and practices.  Consumers reported that they paid a small fee online to order what they believed to be free trials for the products Celexas, Virility 3x, or NeuroXR, among others. Consumers repeatedly reported that they were then, a short time after ordering, charged a larger amount, usually more than $80, for the trial sample, and then charged again on a monthly basis for recurring shipments of the product.

11. Consumers reported that they tried to close their accounts by contacting Based Capital's customer service through email or by phone. If they successfully reached customer service, representatives often told them that Based Capital would not close their accounts until they returned the products sent through their free trials.  Some consumers complained that they never received the products, making cancellation impossible. Consumers reported that on occasion representatives offered the consumers discounts in lieu of their money back.

12. The LA & SV BBB received two additional complaints against a company called Neurosleep that also appears to offer the product NeuroXR on a free-trial basis. According to one consumer, Neurosleep charged $4.95 for a trial sample of NeuroXR, but later charged $89.78 for the same sample, along with an additional $79.97 for a product the customer did not order.

13. Based on information provided by the company and reflected in correspondence related to these complaints, Neurosleep has used the following address: 12924 Pierce St Pacoima, CA  91331-2526.

Ex. 14
FTC-000126

14. For illustrative purposes, copied below are excerpts from some of the consumer complaints (identified by the LA & SV BBB's internal complaint identification number) that we received about these companies.

   a. Complaint #534908, regarding an unnamed product linked to Based Capital, dated January 31, 2017:

   "Will not cancel subscription that I never signed up for. I signed up for a free trial that did not indicate any contractual agreement of recurring payment or subscription. Only a shipping fee. When my card was charged, I noticed that the charge stated 'recurring.' My free trial arrived by mail. I immediately called the company and asked why my charge was recurring. The customer service representative stated that I was obligated to a subscription and could not cancel the subscription until I returned my 'free trial' shipment. The representative also stated that I would be charged $89 for my 'free trial.' I have sent…my 'free trial' shipment back to the return address given to me by customer service via UPS. They still have not canceled my subscription and I believe that they will be charging me the $89 for the 'Free trial' which I never even opened and has been shipped back to them."

   b. Complaint #500095, regarding the Virility 3X product linked to Based Capital, dated July 27, 2016:

   "I was told my free trial would cost only 4.95, but they charged me 89.78 twice. I've emailed them for a refund, as well as ca[ll]ed them, they will not respond. One bottle is not open, and the other I only used 3 pills, and they didn't work. I would like a refund."

   c. Complaint #532270, regarding an unnamed product linked to Based Capital, dated January 18, 2017:

   "Purchased product on line, product not received, bank account charged additional funds without my authorization
   I ordered a Neuro product from Based Capitol LLC, the order was for a 30 day trial size shipment at a cost of $4.95. that order has still not been received to date. i was not told about any automatic futu[re] shipments, or automatic charges to my bank account, after a second phone conversation with the[ir] customer service department, in which they offered me a 50% return on my money, the unauthorized charge is for $89.95. this charge was made fraudulently and I want my money back in full immediately. i'm hoping you can assist me in this case. Thank You."

d. Complaint #515629, regarding the Celexas product linked to Based Capital, dated October 19, 2016:

"I placed an order for celexas, i was suposed to have a 30 day tryal acopple days latter i decided to cancle my order. but when i called to cancle they told me that sence the product had shipped i had to et least try the product, so i wated a week and called to try to cancle again. this time they refused to cancle my order unless i agreed to let them charge me $44 no top fo charging me $89 dollars for anouther product that they sent me witch i was not awear that i ordered,and for that matter i did not want.and the add did not say i had to try anything be for cancling. i just want my money back. and they keep telling me that the celexas was delivered to my house, i never receved anything in the mail, they also said because it was sent im responsibl for that.and its been only a week sence i placed the order."

e. Complaint #540245, regarding the NeuroXR product linked to Based Capital, dated March 3, 2017:

"When the pills arrived I immediately called the email number and got no answer, then I called the number I got from the website and a foreign boy told me to just return it to sender in original package and there would be no charges on the card. I shipped it 'return to sender' with tracking so there could be no mistakes. And not two weeks later my credit card company called me saying they cancelled my card because NeuroXR charged $98 and immediately after that there were multiple other charges attempted. After that I called their customer service again to see what they had to say, the foreign kid confirmed my name and email address then told me to hold on; I asked him why I had to hold and if I called the right number. He got flustered and I told him to give me an address again. He gave me this address, BASED CAPITAL LLC 12924 PIERCE ST PACOIMA, CA 91331. Then I asked him why this return address was different from the one on the shipping label and he hung up on me."

f. Complaint #576831, regarding the NeuroXR product linked to Neurosleep, dated October 10, 2017:

"I ordered a trial version of a product to help with my memory. All I had to pay was $4.95. I received the product with another product for sleep (NeuroXR Sleep) that I did not order. When I got my credit card statement, they had charged me $89.78 plus $4.95 then $79.97 plus another $4.95. I called them to complain and get my money back, and not only did they try to upsell me, but they blamed me for ordering their product and told me I ordered 2 products not one. I know I'm old, but I'm not stupid. I know I only ordered one product. Their website must have added the other and nowhere did it say I would be charged a total of

$179.65 for two small bottles, one of which I did not order. I spoke to Raymond first who treated me look a crook and made me ask to speak to a supervisor over a dozen times. When I got to Chris Joseph who stated he was a senior manager, not only did he tell me to keep the bottle I didn't order and pay $55 more, but he didn't even listen that I didn't order it…He stated that money was charged by USPS not his company, where my credit card statement shows it was his company that charged $4.95 twice. I also asked him to not send me anything every again and to take me off any auto shipping."

15. The LA & SV BBB forwarded these consumer complaints to Based Capital through the mail or via e-mail. The LA & SV BBB initially tried to communicate with Based Capital through email by sending complaints to Based Capital's e-mail address at contact@virilitydirect.com but was unable to reach the company via e-mail.  The LA & SV BBB has since used mail to communicate with Based Capital, sending complaints to Based Capital's address at 12924 Pierce St. Pacoima, CA 91331-2526. The consumer complaints regarding Neurosleep were sent by mail to 12924 Pierce St  Pacoima, CA  91331-2526.  As of the date of this declaration, the mail sent by the LA & SV BBB to Based Capital and Neurosleep at the above address has not been returned by the postal service.

16. The LA & SV BBB began receiving complaints from consumers concerning Based Capital in May 2016. Since then, as mentioned, the LA & SV BBB has received and forwarded Based Capital at least fourteen (14) consumer complaints. The company has failed to respond to approximately eleven (11) of these complaints.

17. In October 2017, the LA & SV BBB received two complaints from consumers regarding Neurosleep, and the LA & SV BBB forwarded the complaints to

Neurosleep by mail.  In May 2018, Neurosleep responded to one of those complaints.

18. For illustrative purposes, copied below is an excerpt from Neurosleep' response to the consumer complaint:

   a.   To Whom It May Concern:

This is an effort to reach out to customers who have contacted us through the BBB and did not receive a timely response. We apologize for the inconvenience and are making an attempt to resolve what should have been concluded long before this. …

After reviewing the customer account; we have issued the customer the following refunds in the interest of amicable resolution:

   \*          11/16/2017 Refunded - $89.78 Trans-ID: 94584607
   \*          11/16/2017 Refunded - $79.97 Trans-ID: 3831819975

If these funds haven't been received, please follow up with us immediately at bbb@cb911.emailcenterpro.com so we can make sure we have your most current information.

Regards,
Sam Jones
Dispute Resolution Agent

19. The LA & SV BBB has given Based Capital an "F." Several factors led to this rating, including the number of complaints filed against the company, the company's failure to respond to most of the complaints filed against it, and the company's failure to resolve the underlying causes of the complaints.

20. The LA & SV BBB has given Neurosleep a "D+" rating. The company's failure to respond to one of the complaints filed against it primarily influenced this rating.

21. I am familiar with the record-keeping process employed by the LA & SV BBB and attest that all of the complaints and related correspondence have been

received, retained, and compiled in the course of regularly conducted business

activity of our office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___O8·O2·2O18___

Erin McCool

# EXHIBIT 15

## DECLARATION OF NAKEDIA WASHINGTON
### Pursuant to 28 U.S.C. § 1746

I, Nakedia Washington, hereby declare as follows:

1. I am a United States citizen over 21 years of age. Unless otherwise indicated, I have personal knowledge of the facts set forth below.

2. I am the Director of Operations at the Better Business Bureau Northwest – Pacific, serving the Northwest and Pacific regions in Alaska, Idaho, Hawaii, Oregon, Montana, Washington, and Western Wyoming ("Northwest BBB"). My office address is 12639 West Explorer Drive, Suite 200, Boise, ID 83713.

### Northwest BBB Overview

3. The Northwest BBB, like other BBBs, is a private, non-profit organization supported by its dues-paying members, which are businesses and professionals within our service area.

4. The Northwest BBB gathers and provides to consumers various types of information on local businesses and organizations. That information includes background information, general information on products and services, business profiles, and records relating to the handling of complaints.

5. The Northwest BBB regularly receives complaints from consumers around the United States concerning companies located in the counties we serve. I have personal knowledge of the Northwest BBB's system of recording and processing such complaints.

6. Consumers who submit complaints to the Northwest BBB are asked to provide information that includes the following: their name, address, e-mail address, and

1

telephone number; the name and contact information of the business or organization that is the subject of the complaint; the nature of the complaint; and what they are seeking from the company as resolution. The Northwest BBB retains complaint-related correspondence in its files in the regular course of its business.

7. The Northwest BBB generally opens a file on a business when we begin to receive inquiries and/or complaints about the business. We attempt to resolve these complaints through a conciliation process. When the Northwest BBB receives a new complaint, a copy is forwarded, either electronically or by mail, to the business that is the subject of the complaint. If the business responds to the complaint, then the consumer has the opportunity to submit a rebuttal. This process may involve several exchanges between the consumer and the business, and it is generally resolved within thirty days.

## Apex Capital

8. The Better Business Bureau began receiving complaints from consumers concerning billing and refund issues, which we linked to an online marketing firm we refer to as Apex Capital, in or around August 2013. In January 2016, the Northwest BBB obtained complaints and related correspondence regarding Apex Capital from other BBBs. The Northwest BBB has received at least 292 fully-processed complaints from consumers that we believe to be about this company.

9. Based on information provided by the company and reflected in correspondence related to these complaints, the company has used the following addresses: 31280 Oak Crest Drive Suite 5, Westlake Village, CA 90017; P.O. Box 8790, Jackson,

2

WY 83002; 690 S. Hwy 89, Suite 200, Jackson, WY 83001; and 120 Smith Hines

Road, Greenville, SC 29607.

10. The consumer complaints consistently reported the same recurring company

conduct and practices.  Consumers typically reported that they paid a small fee

online to order what they believed to be free trial samples of personal care

products.  Consumers reported that a few days after receiving the trial sample,

they were charged a larger amount, usually more than $80; they were later

subjected to recurring charges and received recurring shipments of the products.

The products mainly fell into the following categories:  (1) anti-aging skin and

eye creams, such as La Dermanique, Lumera, Rejuvius, and Juveliere, and (2)

dietary supplements, such as Premium Garcinia Cambogia and Pure Yacon

Extract.  Several consumers noted that the products were offered to them as free

gifts for taking surveys, or that they had seen advertisements in which celebrities,

including Oprah, Dr. Oz, and Ellen Degeneris, appeared to endorse the products.

11. Consumers typically complained that when they ordered the products they did not

see any disclosures in the websites concerning costs other than the initial small

shipping and handling fee.  Furthermore, a few consumers commented that the

relevant disclosures, when they were present, were barely visible.

12. Consumers typically reported that they tried to contact customer service after

noticing the charges.  If they successfully reached customer service,

representatives often told them Apex Capital would not reimburse them until they

returned the products, unopened.  Some consumers reported that representatives

claimed that technical issues prevented Apex Capital from refunding them.  Some

Ex. 15
FTC-000135

consumers who returned the products reported that Apex Capital charged them restocking fees, even for products that would have to be thrown away.  On some occasions, consumers reported that representatives offered them partial refunds instead of full refunds.

13. For illustrative purposes, copied below are excerpts from some of the consumer complaints (identified by our internal complaint identification number) that we received about Apex Capital:

    a. Complaint # 11144754, regarding the product La Dermanique and linked to Apex Capital, received November 5, 2014:

"I had to give my credit card number to pay for shipping for my free sample. I received no email responding to my order (which is typical of a legitimate online company), but when I received an email in August (enclosed) telling me one or more of my shipments was on its way, I immediately replied (see enclosure) to the email stating that if I had inadvertently signed up for something with my FREE sample, please STOP all shipments of it. Later, I received my free sample, which wasnt free at all. I was charge $97.88 on my credit card."

    b. Complaint # 11144769, regarding the products Juveliere and Rejuvius and linked to Apex Capital, received October 6, 2014 (emphasis in original):

"I was MISLED into a trial offer for a small fee, but was charged hundreds of dollars for an agreement that the ADVERTISEMENT LIED ABOUT. For one, the commercial states that the consumer has 14 days TO TRY their product RISK FREE, without charges beyond the shipping and handling fee. This scam is run on various sites as 'promoters' of this 'miracle' anti-aging experience that in two (2) weeks the customer will see results… the problem is that the verbal commercial and internet cover pages (run throughout many other sites besides this one currently), do NOT INFORM CUSTOMERS THAT NEARLY $100 for EACH TRIAL is deducted from their bank accounts 14 days to the MINUTE OF THE CALL---NOT WHEN YOU RECEIVE THE PRODUCT to try it. I called 3 hours too late, and as a disabled person who could not read the extremely small blurry print flashed quickly by, I lost close to $200 which is my children's food money for the entire month. We will not be able to eat this month due to this SCAM."

4

c.   Complaint #11144800, regarding the product Lumera and linked to Apex
     Capital, received August 13, 2014:

     "My 82 year-old mother signed up for this online, not realizing that it was
     for a monthly automatic shipment. When the product arrived, it contained
     plant extracts (undisclosed) that she was allergic to, so she called to return
     the product, but was given the run-around and no RMA. Since she thought
     this was 'free', she did not anticipate any further shipments, or charges.
     After the second shipment, she confessed what happened, and I found that
     we had been charged already for a 3rd bottle, yet to arrive... This
     company preys on the elderly, knowing that they are not as internet-savvy,
     and that it is more difficult for them to arrange to return the product for
     refund."

d.   Complaint #11144805, regarding the products Juveliere and Rejuvius and
     linked to Apex Capital, received November 8, 2014:

     "My credit card charges were from 2 different companies than the ones I
     ordered from! The number to call for help on the charge on credit card
     said they were not that company! I called both companies and they
     immediately offered me a 15 percent discount. I said no. They offered 25
     percent discount. I said no. They offered 50 percent, again no. I said no
     and asked for a manager. They came back telling me if I talked to a
     manager I could Lose the 50 percent offer. I wanted to talk to one. They
     did not get a manager. They came back and offered me 70 percent. I said
     no. They said I could then have nothing. Eventually I took the 70 percent
     and cancelled so they would not charge my card again next month."

e.   Complaint #11144816, regarding the products Juveliere and Rejuvius and
     linked to Apex Capital, received October 14, 2014:

     "This company does a very deceptive ad, with fine print that is faded out
     and practically unreadable; when called to ask for a refund, attempt to
     'hard-sell' you, first offering various percentages on the return, then they
     want you to return the item but to do so you need a RMA number. To get
     this you have to call two different companies, even though the address for
     both (Rejuvius and Juveliere) is the same as is the phone number. They do
     everything they can to keep you on the phone but not speaking to anyone
     and then refuse to do anything for you."

f.   Complaint #11144754, regarding the product La Dermanique and linked
     to Apex Capital, received November 5, 2014:

     "After taking a survey for Sears I was offered a choice of gifts for my time
     and I would have to pay S & H. I chose face cream and was billed for the
     $2.95 charge. A week or so later I was charged the full price of the item. . .

5

. . Today there is another charge. I called the company (LaDermanique) and they said that I had agreed to a trial and then after 14 days I was a customer. I never saw any information regarding any of this. They are only willing to give me a refund for the product on it's way to me once I return it. I am a disabled person on a fixed income. I would not have agreed as I cannot afford it. . . . . I cancelled this product but I am still charged for the product and it was not a 'gift' for my time as Sears had stated."

g.   Complaint #11144878, regarding the products Rejuvius and Juveliere and linked to Apex Capital, received December 20, 2014:

"I saw an advertisement on facebook that Dr. Oz had recommended using these two products (since found out that's not true). It had an ad for samples of the two products, Juveliere and Rejuvius for 4.95 each to pay for shipping. I ordered the samples and received them. I noticed I was charged 97.00 for one and 87.00 for the other. I called the company and they said that it stated on their add that you will be charged that amount every month unless you cancel within a number of days. It is in very dim small print so I never saw that notice. I believe this company is fraudulent and deceive people. I had to call the company to cancel and it takes forever for them to answer."

h.   Complaint #11144883, regarding the product La Dermanique and linked to Apex Capital, received July 2, 2014:

"I find your promotional tactics deplorable, purposely misleading, if not criminal. Your first page mentions nothing about paying anything over the $4.95 shipping costs, and the second page has 'Just Pay Shipping,' 'Total $4.95,' and again above the credit card information 'Total $4.95,' 'Discount Activated, Savings Applied,' and a huge green banner urging us to 'Claim Your EXCLUSIVE TRIAL TODAY!!' Below that MONSTER banner in very light gray print so tiny it is indecipherable to most seniors is the information your Supervisor…said was 'displayed.'"

i.   Complaint #11144886, regarding the products Juveliere and Rejuvius and linked to Apex Capital, received December 17, 2014:

"On 12/12/14…two charges appeared, although I never authorized a monthly billing. I got another bottle of Juveliere, which I didn't ask for and I'll probably get another bottle of Rejuvius that I didn't ask for. If there was any other terms, they were hidden, because I read all that stuff. I tried several time to get through to their customer service line, but they never answered the phone."

Ex. 15
FTC-000138