

Merchant Name: CGRP*8553737546 855-3737                                    No:



MAXIMIZE
YOUR
PERFORMANCE

· May help maximize muscle mass
· May help enhance performance
· May help increase energy

## You're Almost Done! Just Pay Shipping.



| Product | | Price |
|---|---|---|
| Cornice Pro | | $0.00 |
| Shipping & Handling | | $4.98 |
| | Sub Total | $4.98 |
| ⊠ Shipping Insurance: Just $ 1.99 | | $0.00 |
| ⊠ Expedited Shipping: Just $1.99 | | $0.00 |
| ⊠ CO2 Green Offset: Just $0.98 | | $0.00 |
| | Total: | $4.98 |

> Customers enter their credit card information here.

We accept

Credit Card Type:
Card Number:
Card Expiration:
CVV:                    What's This?

☑ I agree to the Terms and Conditions and Privacy Policy.

☑ I agree to the $4.98 S&H enrollment in the monthly auto-ship program and billing of $89.78 which will begin 14 days from my initial order. Then, beginning 30 days from my initial order I will be charged $89.78 every 30 days thereafter if I do not cancel.

> Customers agree to the terms and conditions. The customers understand that they pay $4.98 for the 14-day trial period and when the trial expires they will be charged $89.78 and charged that same amount every 30 days thereafter. To cancel call 855-642-0092.

Charges will appear on your statement as corniceed8446420092

By placing an order with us, you agree to our full terms and conditions and the enrollment our monthly auto-ship program, where you will immediately be billed the shipping and handling amount of $4.98. We will then immediately ship you your first bottle of Cornice Pro. In 14 days, your credit card will be automatically charged the full retail price of $89.78. Then, beginning 30 days from your initial order, You will be shipped a recurring supply of our product every 30 days and will be charged $89.78 ( which includes shipping ) for each recurring product that is shipped to you until you cancel. If our product is not right for you, simply call 8446420092 24 hours a day, 7 Days a week, or contact us via email at contact@cornice-workout.com to cancel your membership and owe nothing more.



Merchant Name: CGRP*8553737546 855-3737                No

Tracking Number:

✔ **Delivered**

Updated Delivery Day: **Wednesday, June 15, 2016**

## Product & Tracking Information

**Postal Product:**          **Features:**
Parcel Select Lightweight     USPS Tracking

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| June 15, 2016 , 2:17 pm | Delivered, In/At Mailbox | |
| June 15, 2016 , 9:13 am | Out for Delivery | |
| June 15, 2016 , 9:03 am | Sorting Complete | |
| June 14, 2016 , 6:17 pm | Arrived at Post Office | |
| June 14, 2016 , 5:02 pm | Accepted at USPS Destination Facility | |
| June 14, 2016 | Pre-Shipment Info Sent to USPS | |
| June 11, 2016 , 2:50 am | Departed Shipping Partner Facility | COMPTON, CA 90220 |
| June 10, 2016 , 5:30 pm | Arrived Shipping Partner Facility | COMPTON, CA 90220 |

## Available Actions

Text Updates

Email Updates

**TRACKING CONFIRMED. STATUS DELIVERED**

**Item Confirmed as Delivered To:**

SHIPMENT LEFT: June 10, 2016
SHIPMENT ARRIVED: June 15, 2016

PARCEL QUEUE: Confirmed
Order ID:

**Delivered:**
Your item was delivered in or at the mailbox at 2:17 pm on June 15, 2016 in

Merchant Name: CGRP*8553737546 855-3737                               No: ▇▇▇▇

# PACKING S

Returns

Phone:

---

Order Date: 2016-06-23
Order ID: ▇▇▇▇
Payment Status: Received



| Product | Description | Order Q |
|---|---|---|
| CELEXAS US Trial, Day 14 , Rebill 1 (396) | Supplemental aid that promotes physical wellness and may help improve specific nutritional deficiencies. General use supports health related goals using anything considered dietary supplements. | 1 |

Total: 1

TERMS AND CONDITIONS: You must pay GBP 4.95 for us to send you a full 30 day supply CELEXAS US Trial, Day 14 , Re
(396). We ship the product the day after you place your order (except that orders placed on Saturday-Sunday will be shipped
following Monday). You will have 14 days from the time you recieve your order in the mail to see if CELEXAS US Trial, Day 14
(396) is right for you. If you are unhappy with the product at any time during those 14 days, you must call us at and cancel you
avoid being biled for the full cost of the product. If you are satisfied with our product, then do nothing and we will bill you GBP
your initial order, and every thirty days thereafter we will send you a new 30-day supply of our product, and automatically bull
low proce of GBP 97.88. To cancel your subscription and automatic billing, call us at

### Return Policy
If you are not satisfied with the product for any reason during your free trial period, simply contact customer care at , to obta
RMA number or to cancel your order. Refunds will not be made on packages marked "Return to Sender".
Your statement will reflect that you have been billed by: CGRP*8553737546 855-3737 .

Merchant Name: CGRP*8553737546 855-3737                                          **No:** ███████

# CELEXAS US Trial, Day 14 , Rebill 1 (396)

Thank You, ████████
This is a confirmation that your order has been completed and shipped.

**Statement Information**
Product: CELEXAS US Trial, Day 14 , Rebill 1 (396)
Terms: All terms and Conditions have been presented during checkout.

Ex. 18

FTC-000806

| Merchant Name: CGRP*8553737546 855-3737 | No: ██████████ |
|---|---|

## CORNICE PRO
### Refunds, Cancellations, and Returns Policy

We refund all cases of fraud and unauthorized transactions included shipping and handling charges. Call 8446420092 to obtain a refund. Additional refunds are issued at the discretion of the company. Customers are restricted to receiving a single refund per product ordered. Repetitive refunds are not permitted unless the product, as delivered to you, is defective. We reserve the right to refuse a refund to any customer who repeatedly requests refunds or who, in our judgment, requests refunds in bad faith.

In order to process your refund, you must supply us with your name and delivery address. If you provide us with insufficient or incorrect information your refund will be delayed. Once a refund has been approved please allow for up to 3-5 days for the refund to be applied.  Depending on the bank that issues the credit card, your refund can take up to ten (10) days to appear on your credit card statement. If you have any questions about whether a refund has been issued by us, please call Our Customer Service Department.  Shipping and handling costs are not refundable.

To cancel automatic renewal at the end of the paid membership period, you must notify cornice pro prior to the end of the paid period, by contacting cornice pro by telephone. To cancel your monthly membership, you must notify cornice pro of your cancellation by telephone of your then current membership term. All cancellations received by Cornice Pro will be effective upon receipt (Phone ONLY). You hereby acknowledge and agree that if you cancel your monthly membership, or if your membership is cancelled by us, your User ID will be removed from the system at the end of the then current monthly membership period and that you will be entitled to receive the full benefits of your monthly membership until the end of such period. You shall not be entitled to any pro-rated or partial refund if you cancel your monthly membership before the end of the then current monthly membership period. You agree that if you cancel at any time after purchasing a monthly membership to the Site, you will still be charged the full month's membership fee.

Return Address:
Fulfillment Center
Attn: Cornice Pro Returns
12924 Pierce Street
Pacoima, CA, 91331, US

**These are the Terms of the Refunds, Returns, and Cancellations Policy the customer agrees to by using the Site and Services. Customers can request a refund by calling customer service at 844-642-0092. Unless it is a case of fraud, refunds are given out at the discretion of customer service. Customers can cancel at any time by calling customer service. Trial customers must cancel before the end of the trial to cancel the automatic renewal.  All returns should be shipped to 12924 Pierce St. Pacoima, CA 91331.**

Merchant Name: CGRP*8553737546 855-3737      No:

## CORNICE PRO    **Terms and Conditions**

ATTENTION: This is a binding agreement between You, the person or entity agreeing to the terms contained in this document ("I", "You", "Your" or "Customer"), and Cornice Pro, the owner and administrator of this Website and all content and functionality contained herein ("Our", "Us", or "Company") (collectively, the "Parties" or "We"). These terms and conditions, as well as any additional terms, conditions and covenants referenced in or made available by hyperlink in this document (collectively, these "Terms", "Terms of Use" or this "Agreement"), govern Your use of and access to this Website and any and all of its sub-pages (collectively, the "Website").

ACCEPTANCE OF TERMS OF USE: By using, visiting, or browsing the Website, as well as placing an order with Cornice Pro through the Website, You accept, without limitation or qualification, these Terms of Use and agree, without limitation, to the terms of Our Privacy Statement. If You do not agree to be bound by these Terms of Use and Privacy Statement, You should exit the Website immediately. By accessing, using or ordering products through the Website, You affirm that You have read this Agreement and understand, agree, and consent to all Terms contained herein.

We are confident you will see the benefits of using our Cornice Pro Product. You are taking the next step toward a more confident you! Upon signing up for your membership, your credit card provided will be charged a One-time Shipping & Handling fee of $4.98. If you contact customer service to terminate your enrollment prior to your initial membership charge of $89.78 (which includes shipping) - which is billed 14 days from your initial order date, you will not receive any additional product and you will not be charged anything else. Your enrollment date is the date that you submit your order for the product. All orders are shipped within 2-3 business days.

If you do not cancel within the first 14 days of the date that you enroll in the Program, we will charge the same card you provided at enrollment the monthly membership fee of $89.78. Then, beginning about 30 days after your initial order date we will send you a fresh monthly shipment of the product (every 30 days) and charge your card $89.78 (which includes shipping) when each supply ships. You can cancel monthly shipments and avoid further Monthly Charges at any time by contacting customer service at 24 hours a day, 7 Days a week PST.

---

**These are the Terms the customer agrees prior to checking out. The customer agrees to pay $4.98 today for a one-time shipping and handling fee. The customer has 14-days to try the product. If the customer does not like the product during this time, they must cancel in order to avoid being enrolled in the membership program. After the trial period expires, the customer is charged $89.78 that day and every 30 days thereafter. Customers can cancel at any time by calling customer service at 844-642-0092.**

---

ID: ███████████3555
Start Date: 05/01/2016
End Date: 07/28/2016

Au h Number Batch Date Consumer Account Number Payment Type Reference Number Trans Amount Trans Date Trans Type

| | 06/13/2016 .......... | | 4.95 06/09/2016 Sale |
| | 06/24/2016 ............ | | 89.78 06/23/2016 Sale |

Ex. 18

FTC-000809

# Exhibit MM

Ex. 18

FTC-000810

**Mail or Fax Response To:**
Global Electronic Technology
Retrieval & Chargeback Department
P.O. Box 540
Myersville, MD  21773

**Chargeback Debit Advice**
**Respond By: 7/17/2016**

Fax:  706-644-5210

7/6/2016

OLD WEST EQUITY LLC
RAUL CAMACHO
PO BOX 7403
JACKSON  WY  83002-7403

Your Case Number is: ▮▮▮▮▮▮▮▮

This is a notification of a first chargeback initiated by the issuing bank:

**Reason:  Fraud - Card Absent Environment**

Your account has been **debited** by the Adjustment Amount because:

*Unauthorized charge.  Supply invoice or order form, evidence of positive AVS response received and proof of delivery to the AVS confirmed address.*

| | | | |
|---|---|---|---|
| Type: | Retail Sale | Cardholder Number: | ▮▮▮▮▮▮▮ |
| Merchant Name: | OLD WEST EQUITY LLC | Reference Number: | ▮▮▮▮▮▮▮ |
| Merchant #: | ▮▮▮▮▮▮3464 | 2nd Reference Number: | |
| Transaction Amount: | $89.78 | Cardholder Name: | Not Available |
| Chargeback Amount: | $89.78 | Transaction Date: | 6/24/2016 |
| Adjustment Amount: | $89.78 | Posting Date: | 6/26/2016 |
| Original Reference: | ▮▮▮▮ | Resolved Date: | 7/5/2016 |
| | | Received Date: | 7/2/2016 |

**PLEASE BE AWARE:**

o  If there was a previous retrieval request that was not properly fulfilled within time, there may not be reversal rights for this chargeback.

o  You must supply a detailed rebuttal addressing all claims and if full or partial credit was issued, please explain why only partial credit was issued.

o  You must supply your rebuttal and documentation no later than **7/17/2016**.  Failure to do so could result in  the forfeiture of your reversal rights established by ▮▮▮.

o  Please note that there may be printed documentation on the back side of each page.

o  For faster processing, fax your reversal request.  Please complete and return this form with any documentation supporting your case.  Should you have any questions please contact the chargeback department at 866-637-5467 **NEW**.

*NOTE: It is a violation of association rules to issue a credit after the initiation of the chargeback.

Contact Person:_____

Telephone No:_____ Fax No:_____

Reversal Reason (if insufficient space, please attach a separate sheet with your reason):

_____

Resolve Online

## Chargeback Questionnaire: ROL Case Number -

### Transaction Information

| Card/Acct #: | | Tran Type: | Sale | Issuer: | |
| Network: | | Tran Date: | 06/26/16 | | |
| Tran ID: | | Processing Date: | 06/27/16 | CH Name: | |
| ARN: | | Tran Amount: | 89.78 USD | Acquirer: | MERRICK BANK |
| Retrievel Ref. #: | | Jurisdiction: | DOMESTIC-US | Merchant: | OWE*8443793550 |
| | | | | Location: | 844-3793550, CA |
| Acqr BID: | | Spec Cond: | | MCC: | 5968 |
| Reimb Attr: | A | MOTO/ECI: | 2 | Network ID: | |
| Action: | Chargeback | | | | |

### Dispute Information

| Dispute Group | 2 - Fraud |
| Dispute Reason | 83 - Fraud - Card Absent Environment |
| Dispute Amount | 89.78 USD    Cardholder ☐ Debit ☑ Credit |

### Elaboration Information

☐ Account number used was fictitious or no valid card, and no authorization was obtained

| Date Fraud Activity was reported through VisaNet: | 06/28/16 | mmddyy |
| Date of listing on Exception File: | 07/04/16 | mmddyy |
| What was the status of the card at the time of transaction? | ☑ Other   CARD IN POSSESSION |

### Certifications

☑ Issuer certifies Cardholder denies authorizing or participating in the disputed transaction

### Questionnaire Notes and Documents

Comments

**Documents**

No documents attached

Chargeback Reference Number

**Cardholder Contact Information**

Name

Cardholder did not release contact information.

Mail or Fax Response To:
Global Electronic Technology
Retrieval & Chargeback Department
P.O. Box 540
Myersville, MD  21773

**Chargeback Debit Advice**
**Respond By: 7/19/2016**

Fax:  706-644-5210

7/8/2016

OLD WEST EQUITY LLC
RAUL CAMACHO
PO BOX 7403
JACKSON  WY  83002-7403

Your Case Number is: ███████

This is a notification of a first chargeback initiated by the issuing bank: ████████████

**Reason:  Fraud - Card Absent Environment**

Your account has been **debited** by the Adjustment Amount because:
*Unauthorized charge.  Supply invoice or order form, evidence of positive AVS response received and proof of delivery to the AVS confirmed address.*

| | | | |
|---|---|---|---|
| Type: | Retail Sale | Cardholder Number: | ████████ |
| Merchant Name: | OLD WEST EQUITY LLC | Reference Number: | ████████████ |
| Merchant #: | ██████3464 | 2nd Reference Number: | |
| Transaction Amount: | $89.78 | Cardholder Name: | Not Available |
| Chargeback Amount: | $89.78 | Transaction Date: | 6/26/2016 |
| Adjustment Amount: | $89.78 | Posting Date: | 6/27/2016 |
| Original Reference: | ████ | Resolved Date: | 7/7/2016 |
| | | Received Date: | 7/6/2016 |

**PLEASE BE AWARE:**
o   If there was a previous retrieval request that was not properly fulfilled within time, there may not be reversal rights for this chargeback.
o   You must supply a detailed rebuttal addressing all claims and if full or partial credit was issued, please explain why only partial credit was issued.
o   You must supply your rebuttal and documentation no later than **7/19/2016**.  Failure to do so could result in  the forfeiture of your reversal rights established by ████.
o   Please note that there may be printed documentation on the back side of each page.
o   For faster processing, fax your reversal request.  Please complete and return this form with any documentation supporting your case.  Should you have any questions please contact the chargeback department at 866-637-5467 **NEW**.
*NOTE: It is a violation of association rules to issue a credit after the initiation of the chargeback.

Contact Person:_____

Telephone No:_____   Fax No:_____

Reversal Reason (if insufficient space, please attach a separate sheet with your reason):

_____

| Merchant Name: OWE*8443793550 844-37935 | No: ███████ |
|---|---|

**Merchant ID:** ███3464

**Chargeback Date:** 07/01/2016

**Credit Card Type:** ███

**Reason:** Fraudulent Transaction

**Transaction Date:** 06/11/2016

**Dispute Amount:** 4.95

**Credit Card Number:** ███████

**Merchant Name:** OWE*8443793550 844-37935

---

This response letter is in reference to a chargeback involving the enclosed transaction.

**CARDHOLDER NO:** ███████

**CASE NUMBER:** ███████

**The cardholder is claiming they never placed this transaction. However, we have investigated the case and have sufficient evidences, which prove this claim to be untrue. Please note, we always verify data through standard security checks to abide by the Data Protection Act, proving that this cardholder was always aware of the initial charge proving thier authorization for future charges that specifically were linked this this payment instrument they initially provided and authenticated.**

**Please find the following evidence in accordance with the following guidelines that govern this transaction.**

**Sincerely,**

**Chargeback Compliance and Response Team**

PER ██████ SECTION 4, PAGE 44-49, WE MEET THE CRITERIA FOR CARD-ABSENT ENVIRONMENT TRANSACTIONS IN WHICH CARDHOLDER OR AUTHORIZED PERSON RECEIVED SERVICES OR MERCHANDISE ON AGREED-UPON DATE OR AGREED-UPON LOCATION, DETAILS OF THE DELIVERY, SUCH AS DELIVERY RECEIPT SIGNED BY THE CARDHOLDER OR A CARRIER'S CONFIRMATION THAT THE MERCHANDISE WAS DELIVERED TO THE CORRECT ADDRESS:

- Terms & Conditions are clearly displayed on our Check-out page, acknowledgement of the policy is recorded via a "click to accept" method which is recognized and accepted by ████ regulations for card not present purchases per ██████ SECTION 1, PAGE 24. Cardholder presented details of identification via Web Check-Out.

- We have Email Validation against the cardholder's billing address. An email match is confirmed and the profile history exists.

- An Email Authenticity Validation check was performed, and the email syntax and domain matched.

- LINK HAS BEEN ESTABLISHED BETWEEN THE PERSON RECEIVING THE MERCHANDISE AND THE CARDHOLDER, OR TO SUPPORT THAT THE CARDHOLDER DISPUTING THE TRANSACTION IS IN POSSESSION OF THE MERCHANDISE.

- After receiving authorization approval from the Cardholder or authorized person, we supplied a transaction invoice containing purchase amount to the Cardholder.

| Merchant Name: OWE*8443793550 844-37935 | | No: ███████ |
| --- | --- | --- |

- We have proof that the merchandise was delivered to the address with Verified I.P. (Internet Protocol) Address from their computer where they ordered, which matches with the address provided.  There is also a recorded match with this bank card utilized for this transaction. Please see attached documentation.

- Product was received and confirmed by AVS or CVV2 at the time of providing this initial payment instrument.

- In order to process a refund to this customer we need the product to be returned. Cardholder has access to obtain an RMA (Return Merchant Authorization) number at all times by contacting our customer service department provided in the transaction invoice or online via their account menu.

- Packages without an RMA number will not be accepted or issued a refund.

It is our understanding that this consumer is filing a chargeback due to buyer's remorse, economic stress, or another arbitrary decision. We would hope that this cardholder is not utilizing this process as a convenient way to get a free product or pay off their credit card debt by attempting to enforce disqualified refunds by unsuspecting merchants. If the consumer has any questions about the potential consequences of filing illegitimate chargebacks; whether intentionally or unintentionally, please direct them to our resolution department for additional education on this subject.

We consider illegitimate chargebacks to be online shoplifting and do not take these offenses lightly. Kindly let us know should additional clarification be needed.

Sincerely,

Chargeback Response Team



*References: Chargeback Management Guidelines for ███ Merchants ███ – ©2014-2015 ███ Revised October 19th 2015; ███ Interlink Operating Regulations (VINOR) – ©2014-2015 ███ Revised April 9th, 2015*

*Disclaimer: Information for this document is based on merchant data and public validation utilities. This document is prepared as a third party service on behalf of the merchant. Key research components are manually reviewed. No warrantee against human error is implied or represented and additional diligence is encouraged for full compliance. In the event that this case is illegible or if any additional information is required, please contact via fax at (877) 796-7249.*

| Merchant Name: OWE*8443793550 844-37935 | No: ███████ |

**CUSTOMER BILLING ADDRESS ON RECORD**

Customer First Name: ███████
Customer Last Name: ███████
Customer Email Address: ███████
Phone Number: ███████
Address: ███████
City / Country: ███████ United States
State: ███████
Zip Code: ███████

**CUSTOMER DELIVERY ADDRESS ON RECORD**

Customer First Name: ███████
Customer Last Name: ███████
Address: ███████
City / Country: ███████ United States
State: ███████
Zip Code: ███████

**INTELLIGENT AUTHORIZED RECORD DATA**

Address History Match: YES
Location Name: OWE*8443793550 844-37935
Address Validation: YES
Payment Data: CREDIT CARD ███████
Delivery & Billing Match: YES
Confirmation: ███████ USPS

Order ID: ███████
Authorization Type: Settled
ISD Score: VALID
Order Code: ███████
Payment Source: Field Entry
Payment Method: ███

**ORDER DETAILS**

Transaction ID: ███████
Order Date: 06/11/2016
Transaction Amount: 4.95

Location Verified: YES
Delivery Status: CONFIRMED
Blacklist Status: NEGATIVE

**Customer Authorization Notes:**

This transaction has been properly authorized per all processing guidelines. The customer had full control over all aspects, including but not limited to the product information and specifications, purchase, billing, shipment, receival, returns, cancellations, subscriptions, and account preferences. We are available to provide support at all times. We have no history of contact following the cardholders purchase, and request reversal of this chargeback. Per VINOR Section 7.2.B.1.a: Page 111, Prior to exercising the Chargeback right, cardholder or issuer must first attempt to honor the transaction and resolve the dispute with the Merchant.

| Merchant Name: OWE*8443793550 844-37935 | No: |
|---|---|

# CASE SUMMARY EVIDENCE

• The customer agreed to the terms and conditions prior to being charged and based on these terms, does not qualify for a refund.

• Address Verification Status (Positive AVS) is performed on every transaction that is initiated with a new customer or new payment type. The initial transaction linked to this transaction is confirmed as Positive: Y (Perfect Match).

• A tangible product was shipped to this customer and they are still benefiting from this transaction.

• Additional due diligence has revealed that the party who made this charge on behalf of the card member was specifically known by the card member and was authorized to do so.

• This is a Card Not Present transaction that was verified to be compliant according to the most recent regulations and card scheme standards.

• This customer attempted to get a refund previously, which is outside of the merchants standard terms and conditions and they were advised of this situation. The cardholder had no legitimate right to file a chargeback under the claim that there was poor service or that this transaction was unauthorized because they failed to follow the terms and conditions for which they agreed and were denied an exception to the merchants policies.

• The cardholders contact details were confirmed (this customer has communicated with the merchant, but did not cancel this transaction prior to it being charged, according to the terms and conditions - and did not cancel the account to qualify for any subsequent refund.)

• This purchase was made for a valuable exchange that was already redeemed.

• There was a tracking number linked to the shipment that shows delivery.

• Please note that the customer did not attempt to cancel this transaction until AFTER THIS TRANSACTION DATE.

Merchant Name: OWE*8443793550 844-37935                                     No:

## ADDITIONAL ACCOUNT DETAILS

If the customer is not satisfied or requires further information regarding their product, they must contact us directly, or cancel their account through an approved cancellation method. Before being charged, the customer agreed to certain Terms & Conditions which included the refund policy and cancellation policy.

### Historical Detail Related to Cardholder:

Below are the related details researched and discovered that relate to the communication history of this customer on record. Please be advised that recorded activities are maintained within the merchant's customer relationship management software and exist in physical form as additional tactical supporting evidence.

07/06/2016 01:17pm - CRM_Agent1 - CHARGEBACK RECEIVED AND POSTED CB00_2016-07-01

07/06/2016 01:17pm By CRM_Agent1 - Order was flagged as chargeback.
07/06/2016 01:17pm By CRM_Agent1 - Added Notes.
07/06/2016 01:15pm By CRM_Agent1 - Customer order was blacklisted.
07/06/2016 01:15pm By CRM_Agent1 - Main Product: CELEXAS US Trial, Day 14 , Rebill 1 was placed on HOLD
07/06/2016 01:15pm By CRM_Agent1 - Recurring turned OFF
06/11/2016 11:03am By Lime Light CRM - Order sent to fulfillment. Fulfillment #: 0
06/11/2016 11:03am By Lime Light CRM - CVV2/CVC2 match
06/11/2016 11:03am By Lime Light CRM - No Street Address Match, 5 Digit Zip Exact Match Only
06/11/2016 11:03am Order Created
06/11/2016 11:03am By Lime Light CRM - CVV2/CVC2 match
06/11/2016 11:03am By Lime Light CRM - No Street Address Match, 5 Digit Zip Exact Match Only
06/11/2016 11:03am Order Created

Details above illustrate the activities and communication with the cardholder. Below is a summary of our relative analysis.

**PLEASE NOTE THAT CUSTOMER AGREED TO TERMS OF OFFER PRIOR TO BEING CHARGED. CARDHOLDER'S IDENTITY WAS AUTHENTICATED THROUGH EMAIL AND ADDRESS INTELLIGENCE. IP ADDRESS VALIDATED. RECEIPT OF USE RIGHTS EXIST FOR THIS TRANSACTION AND CARDHOLDER. CARDHOLDER IS NOT AUTHORIZED TO OBTAIN A REFUND BASED ON TERMS OF TRANSACTION AGREEMENT AUTHORIZED THROUGH CLICK TO ACCEPT METHOD. CARDHOLDER IS IN CURRENT POSSESSION OF PRODUCT RELATED TO THIS PURCHASE.**

| Merchant Name: OWE*8443793550 844-37935 | No: |
|---|---|

| | |
|---|---|
| Transaction ID: | |
| Auth ID: | |
| Tracking Number: | Post reshipment to #1 Rapid Fulfillment   TRACKING CONFIRMED STATUS DELIVERED |
| Status: | Shipped |
| Shipping Method: | No Shipping (8) $0.00 |
| Sub Total: | $4.95 |
| Shipping: | $0.00 |
| Sales Tax: | $0.00 (0.00%) |
| Order Total: | $4.95 |
| Void/Refund: | $4.95   Void  Refund  Keep Recurring Active After Refund  ○ Yes  ◉ No |
| RMA: | Choose RMA Reason    Generate RMA Notification |
| Returns: | Select a Reason    Order Returned |
| Flags: | Fraud: ☐  Chargeback: ☑ |
| Order Confirmation: | Choose Confirmation Status |
| Gateway: | (688) CELEXAS / EMX / GET / Merrick MID:      8464 – Old West Equity - Network Merchant Inc |
| Preserve Gateway: | Yes |
| IP Address: | United States   IP ADDRESS VERIFIED I-SPY NETWORK |
| Payment Type: | |
| Credit Card #: | |
| Credit Card Expiration: | CVV VERIFIED |
| Credit Card CVV: | |
| Prepaid Match: | No |
| AFID: | |
| SID: | |



Merchant Name: OWE*8443793550 844-37935                              No:

Tracking Number:

✓ Delivered

Updated Delivery Day: Friday, June 17, 2016

TRACKING CONFIRMED

STATUS: DELIVERED

## Product & Tracking Information

Postal Product:                 Features:
Parcel Select Lightweight       USPS Tracking®

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| June 17, 2016 , 11:33 am | Delivered, In/At Mailbox | |
| | Your item was delivered in or at the mailbox at 11:33 am on June 17, 2016 in | |
| June 17, 2016 , 6:52 am | Out for Delivery | |
| June 17, 2016 , 6:42 am | Sorting Complete | |
| June 16, 2016 , 3:06 pm | Arrived at Post Office | |
| June 16, 2016 , 1:51 pm | Accepted at USPS Destination Facility | |
| June 16, 2016 | Pre-Shipment Info Sent to USPS | |
| June 14, 2016 , 4:51 am | Departed Shipping Partner Facility | COMPTON, CA 90220 |
| June 13, 2016 , 8:53 pm | Arrived Shipping Partner Facility | COMPTON, CA 90220 |

Item Confirmed as Delivered To:

SHIPMENT LEFT: June 13, 2016

SHIPMENT ARRIVED: June 17, 2016

PARCEL QUEUE: Confirmed

Order ID:

DELIVERED

Your item was delivered in or at the mailbox at 11:33 am on June 17, 2016 in

| Merchant Name: OWE*84437935550 844-37935 | No: ███████ |

# DATA INTELLIGENCE AND VALIDATION EVIDENCE

**Based on the related Account holder's information, provided during their account validation and/or setup process with the Merchant in question for this dispute, the following data points were assessed to establish confirmation of accuracy. Results are as follows:**

- ACCOUNT CREDENTIALS VERIFIED

  *Controlled sign in method required for use of payment instrument*

- IP ACTIVITY VALIDATION AGAINST ACCOUNT BILLING ADDRESS

  *Previous usage activity exists between these identification points*

- EMAIL VALIDATION AGAINST CARDHOLDER BILLING ADDRESS

  *Email profile confirmed to have existing history*

- EMAIL AUTHENTICITY VALIDATION CHECK

  *Email syntax match, domain match exists*

- ADDRESS VALIDATION CHECKED AGAINST BILLING ADDRESS INPUT

  *Validation results: Success*

> Customer's details
> verified on all qualified
> data points

## ACCOUNT IDENTIFICATION

Order ID

████████

Account IP Address

████████





Merchant Name: OWE*8443793550 844-37935 | No:



♻ Create Subscription

**Transaction Detail**

Refund | Charge Again (Auth | Sale) | Back                Print Receipt | E-Mail Receipt

| | |
|---|---|
| Merchant: | **Old West Equity LLC DBA OWE Workd Out** |
| Date/Time: | 06/11/2016 9:03:49 AM MDT |
| Transaction ID: | |
| Transaction Type: | Card Settle |
| Status: | *Complete* |

**Credit Card Information**

| | |
|---|---|
| CC Type: | |
| CC Number: | CREDIT CARD INFORMATION VERIFIED |
| CC Expiration: | |
| Auth. Code: | |
| AVS Status: | AVS MATCH — 5-character Zip match only (Z) |
| CVV Status: | CVV VERIFIED — CVV2/CVC2 Match |
| Processor: | OWEworkdout |
| Currency: | USD |

**Billing Information** **Shipping Information**

US — BILLING AND SHIPPING INFORMATION VERIFIED

US

**Order Information**

Order ID:

**Transaction History**

| Type | Status | Transaction Time | Amount |
|---|---|---|---|
| Card Sale | Success | 06/11/2016 9:03:49 AM MDT | 4.95 |
| | *Approved* | *API [oweworkdout@* | |
| Card Settle | Success | 06/11/2016 7:47:57 PM MDT | 4.95 |
| | *ACCEPTED* | *Internal [oweworkdout@* | |

| Merchant Name: OWE*8443793550 844-37935 | No: ▓▓▓▓▓▓▓ |
| --- | --- |

# PACKING SLIP

Returns

Phone:

---

Order Date: 2016-06-11
Order ID: ▓▓▓▓▓▓
Payment Status: Received

| From: | Bill To: | Ship To: |
| --- | --- | --- |
| | | |

| Product | Description | Order Qty | Produ Price |
| --- | --- | --- | --- |
| CELEXAS US Trial Initial Order (394) | Supplemental aid that promotes physical wellness and may help improve specific nutritional deficiencies. General use supports health related goals using anything considered dietary supplements. | 1 | 4.95 |
| | | Total: 1 | 4.95 |

TERMS AND CONDITIONS: You must pay GBP 4.95 for us to send you a full 30 day supply CELEXAS US Trial Initial Order (394). We ship the product the day after you place your order (except that orders placed on Saturday-Sunday will be shipped the following Monday). You will have 14 days from the time you recieve your order in the mail to see if CELEXAS US Trial Initial Order (394) is right for you. If you are unhappy with the product at any time during those 14 days, you must call us at and cancel your order to avoid being billed for the full cost of the product. If you are satisfied with our product, then do nothing and we will bill you GBP 97.88 for your initial order, and every thirty days thereafter we will send you a new 30-day supply of our product, and automatically bull you the low proce of GBP 97.88. To cancel your subscription and automatic billing, call us at

**Return Policy**
If you are not satisfied with the product for any reason during your free trial period, simply contact customer care at , to obtain an RMA number or to cancel your order. Refunds will not be made on packages marked "Return to Sender". Your statement will reflect that you have been billed by: OWE*8443793550 844-37935 .

Merchant Name: OWE*8443793550 844-37935                                        No:

# CELEXAS US Trial Initial Order (394)

Thank You,
This is a confirmation that your order has been completed and shipped.

**Statement Information**
Product: CELEXAS US Trial Initial Order (394)
Terms: All terms and Conditions have been presented during checkout.

## Order Information

Your statement will refect that you have been billed by OWE*8443793550 844-37935
This purchase is subject to the terms and conditions of this sale.
Account Information

Transaction ID:
Order Id:
Customer:

Ex. 18

FTC-000827

Case 2:18-cv-09573-JFW-JPR Document 2-1 Filed 11/14/18 Page 27 of 141 Page ID #:212

Merchant Name: OWE*8443793550 844-37935     No:



### Refund Policy

We refund all cases of fraud and unauthorized transactions included shipping and handling charges. Call 844-379-3550 to obtain a refund. Additional refunds are issued at the discretion of the company. Customers are restricted to receiving a single refund per product ordered. Repetitive refunds are not permitted unless the product, as delivered to you, is defective. We reserve the right to refuse a refund to any customer who repeatedly requests refunds or who, in our judgment, requests refunds in bad faith.

In order to process your refund, you must supply us with your name and delivery address. If you provide us with insufficient or incorrect information your refund will be delayed.

Once a refund has been approved please allow for up to 3-5 days for the refund to be applied.

Depending on the bank that issues the credit card, your refund can take up to ten (10) days to appear on your credit card statement. If you have any questions about whether a refund has been issued by us, please call Our Customer Service Department. Shipping and handling costs are not refundable.

### CANCELLATION POLICY

During times when memberships are offered, you agree to accept the membership to the Site, which gives you a 30-day supply of our product, and by accessing the OWE Workout Services you authorize the charges set forth below and agree to the following terms and conditions:

Your membership will entitle you a 30-day supply of our product. Your first bottle will be shipped on the day you place your order. Shipping may take anywhere from 2-3 business days, and we ship via USPS. You agree that if you do not send us notice of cancellation of your membership 14 days from your initial order, we shall automatically and without further notice charge your card on file for the full price of your first bottle ($89.78). I will then be charged $89.78 (which includes shipping) every 30 days thereafter until or unless you decide to end your membership program. Subscription and Membership fees to the Site are subject to change at any time at the sole and absolute discretion of Company. The official standard one-month membership rates for the OWE Workout Services shall be set forth at the respective join pages of the site. The current standard one-month membership rate is $89.78. TO CANCEL AUTOMATIC RENEWAL AT THE END OF THE PAID MEMBERSHIP PERIOD, YOU MUST NOTIFY OWE Workout PRIOR TO THE END OF THE PAID PERIOD, BY CONTACTING OWE Workout BY TELEPHONE. TO CANCEL YOUR MONTHLY MEMBERSHIP, YOU MUST NOTIFY OWE Workout OF YOUR CANCELLATION BY TELEPHONE OF YOUR THEN CURRENT MEMBERSHIP TERM. All cancellations received by OWE Workout will be effective upon receipt (Phone ONLY). You hereby acknowledge and agree that if you cancel your monthly membership, or if your membership is cancelled by us, your User ID will be removed from the system at the end of the then current monthly membership period and that you will be entitled to receive the full benefits of your monthly membership until the end of such period. You shall not be entitled to any pro-rated or partial refund if you cancel your monthly membership before the end of the then current monthly membership period. You agree that if you cancel at any time after purchasing a monthly membership to the Site, you will still be charged the full month's membership fee. You hereby authorize OWE Workout to charge your credit card (which you hereby acknowledge was entered by you into the sign-up page) to pay for shipping and handling and all monthly membership fees to the Site / our auto-shipment program at the then current standard monthly membership rate. You further authorize us to charge your credit card for any and all purchases of products, services and entertainment available through, at, in or on, or provided by, the Site. You agree to be personally liable for all charges incurred by you during or through the use of the OWE Workout Services. Your liability for such charges shall continue after termination of your membership. Payment for the services provided to you at, and/or through the Site may be made by automatic credit card debit and you hereby authorize OWE Workout and its agents to transact such payments on your behalf. Unless and until you notify us that you wish to cancel or terminated your membership to the Site, you hereby agree and authorize OWE Workout or its designated agent or assignee to automatically renew your membership to the Site on a continuing monthly basis and to charge your credit card (or other approved facility) to pay for the ongoing cost of your membership. You hereby further authorize OWE Workout or its designated agent or assignee to charge your credit card (or other approved facility) for any and all purchases of products, services and entertainment provided to you by or though the Site. You agree that you will remain liable for any unauthorized use of the OWE Workout Services, until you have notified us by calling us at 844-379-3550.

---

These are the Refund and Cancellation policies that the customer agrees to prior to checkout. Refunds are issued at the discretion of the company. To process a refund, customers must call customer service at 844-379-3550 and provide them with information requested such as the customer's name and delivery address. Customers must cancel within the trial period of 14 days in order to avoid paying the full price of the product and enrollment in a monthly membership. Customers may cancel their monthly membership at any time by calling customer service. If the refund policy is not followed, the customer is not eligible for a refund.

---

Ex. 18

FTC-000828

| Merchant Name: OWE*8443793550 844-37935 | No: |
|---|---|



## Terms and Conditions

OWE Workout Membership program Terms and Conditions: Please take a few minutes to read the following as when You purchase the OWE Workout Membership Offer You automatically accept the following terms and conditions.

We are confident you will see the benefits of using our OWE Workout Product. You are taking the next step toward a more confident you! Upon signing up for your membership, your credit card provided will be charged a One-time Shipping & Handling fee of $4.98. If you contact customer service to terminate your enrollment prior to your initial membership charge of $89.78 ( which includes shipping ) - which is billed 14 days from your initial order date, you will not receive any additional product and you will not be charged anything else. Your enrollment date is the date that you submit your order for the product. All orders are shipped within 2-3 business days.

If you do not cancel within the first 14 days of the date that you enroll in the Program, we will charge the same card you provided at enrollment; the monthly membership fee of $89.78. Then, beginning about 30 days after your initial order date we will send you a fresh monthly shipment of the product ( every 30 days ) and charge your card $89.78 ( which includes shipping ) when each supply ships. You can cancel monthly shipments and avoid further Monthly Charges at any time by contacting customer service at 24 hours a day, 7 Days a week PST.

Please note results may vary, but with continuous use of OWE Workout we are confident you will see the results you are trying to achieve. Your shipment will leave our facilities within two work days. Actual delivery time of the parcel will vary by region. Customer should expect the product to arrive between 2-4 business days. Some areas may take longer due to the frequency of deliveries to the delivery zip code. Our system calculates this estimated date considering the total amount of time to process your order including: packaging, transit time to the delivery provider, and transit time to the delivery address. When placing your order, we consider these factors when calculating the Estimated Delivery Date : Order Processing and Transit Time. When the delivery provider receives your order and is ready to schedule a delivery date, they will attempt to contact you at the telephone number that you provided in your order. At that time, they will let you know what days of the week they are able to deliver to your area. The delivery company will make every effort to deliver within the time window provided.

If you have any questions regarding this, feel free to contact us at 844-379-3550 for more information.

You acknowledge and agree that OWE Workout will not obtain additional authorization from you for each installment of Monthly Fees charged to your Active Credit Card. In addition, you do not hold OWE Workout responsible for any overdraft charges or fees which you might incur during the ongoing Membership. All fees are payable in United States currency. For so long as your Membership is active, you will be billed, and you will be required to pay, all applicable charges. Failure to use the OWE Workout Products does not constitute a basis for refusing to pay any of the associated charges. Subject to the conditions set forth herein, you agree to be bound by the Billing Provisions of OWE Workout in effect at any given time. Upon reasonable prior written notice to you (with e-mail sufficing), OWE Workout reserves the right to change its Billing Provisions whenever necessary in its sole discretion. Continued use of the Site and/or receipt of the OWE Workout Products after receipt of such notice shall constitute consent to any and all such changes; provided, however, that any amendment or modification to the Billing Provisions shall not apply to any charges incurred prior to the applicable amendment or modification. OWE Workout authorization to provide and bill for the OWE Workout Products is obtained by way of your electronic signature or, where applicable, via physical signature and/or voice affirmation. Once an electronic signature is submitted, this electronic order constitutes an electronic letter of agency. OWE Workout reliance upon your electronic signature was specifically sanctioned and written into law when the Uniform Electronic Transactions Act and the Electronic Signatures in Global and National Transactions Act were enacted in 1999 and 2000, respectively. Both laws specifically preempt all state laws that recognize only paper and handwritten signatures. Where you fail to make any scheduled payment for accrued fees, such overdue amounts will be subject to your Member account being deactivated, and access to the Site denied, for non-payment.

## Shipping Terms

You will be shipped a full one-month supply of the product You ordered. Orders are generally shipped within 2-3 business days (Monday through Friday) using our standard USPS First Class shipping method. Please be advised that shipments are not sent on Saturdays, Sundays, or any Holidays. OWE Workout does not guarantee specific arrival dates or times. OWE Workout does not refund or credit delivery or processing charges for any shipments.

Contacting Customer Care / Billing: You may contact our customer care department by using our toll free phone number. Toll Free Customer Care phone: 844-379-3550.

These are the Terms and Conditions the customer agrees to by purchasing this product. The customer pays $4.98 today for the shipping and handling of the trial and has 14 days to try the product. During this time if they do not like the product, they can cancel by contacting customer service. After the trial ends, the customer will be enrolled in to the membership program and charged $89.78 that day and every 30 days thereafter. Customers can cancel at any time by calling customer service at 844-379-3550.

 Resolve Online

## Chargeback Questionnaire: ROL Case Number

**Transaction Information**



| | | | | |
|---|---|---|---|---|
| Card/Acct #: | | Tran Type: | Sale | Issuer: |
| Network: | | Tran Date: | 06/11/16 | |
| Tran ID: | | Processing Date: | 06/12/16 | CH Name: |
| ARN: | | Tran Amount: | 4.95  USD | Acquirer:  MERRICK BANK |
| Retrievel Ref. # | | Jurisdiction: | DOMESTIC-US | Merchant:  OWE*8443793550 |
| | | | | Location:  844-3793550, CA |
| Acqr BID: | | Spec Cond: | | MCC:  5968 |
| Reimb Attr: | | MOTO/ECI: | 7 | Network ID: |
| Action:  Chargeback | | | | |

**Dispute Information**

| | |
|---|---|
| Dispute Group | 2 - Fraud |
| Dispute Reason | 83 - Fraud - Card Absent Environment |
| Dispute Amount | 4.95  USD    Cardholder  ☐ Debit  ☑ Credit |

**Elaboration Information**

☐ Account number used was fictitious or no valid card, and no authorization was obtained

| | | |
|---|---|---|
| Date Fraud Activity was reported through VisaNet: | 06/27/16 | mmddyy |
| Date of listing on Exception File: | 06/26/16 | mmddyy |
| What was the status of the card at the time of transaction? | ☑ Other   CARD IN POSSESSION | |

**Certifications**

☑ Issuer certifies Cardholder denies authorizing or participating in the disputed transaction

**Questionnaire Notes and Documents**

Comments

Documents

No documents attached

Chargeback Reference Number



**Cardholder Contact Information**

Name

Cardholder did not release contact information.

# Exhibit NN

Ex. 18

**Merchant Name:** ROCKETFLXPLS8774793723 8      **No:** ████████

**Merchant ID:** ██████9609

**Chargeback Date:** 09/27/2017

**Credit Card Type:** ████

**Reason:** Fraudulent Transaction

**Transaction Date:** 09/17/2017

**Dispute Amount:** 89.78

**Credit Card Number:** ██████████

**Merchant Name:** ROCKETFLXPLS8774793723 8

---

**"If the cardholder returned merchandise in a manner contrary to your disclosed return or cancellation policy, provide your merchant bank with documentation showing that the cardholder was aware of and agreed to your policy at the time of the transaction."** *Chargeback Management Guidelines for* ███ *Merchants, October 10, 2015, Section 4, p. 65*

In compliance with the above statement per ████████ *Section 1, pg. 7*), we meet the criteria for card-absent environment transactions in which the cardholder was provided with proper disclosure of a cancellation, refund, & renewal policy:

1. Please reference attached documents to prove the fact that this transaction was contingent upon their specific acknowledgement, approval, and agreement with, the Terms and Conditions related to this offer.

2. In compliance with Visa Regulations, we clearly stated and legibly presented our refund policy to the Cardholder.

3. The Cardholder was made aware of the refund policies for online orders in accordance with Visa's rules for Returns and Exchanges.

Per ████████ *Section 3, pg. 22*), we meet the criteria for card-absent environment transactions in which cardholder or authorized person received services or merchandise on agreed-upon date or agreed-upon location, details of the delivery, such as delivery receipt signed by the cardholder or a carrier's confirmation that the merchandise was delivered:

1. Terms & Conditions are properly displayed on our Check-out page, with a "click to accept" method accepted by ████████ regulations for card not present purchases.

2. After receiving authorization approval from the Cardholder, we supplied a transaction invoice containing purchase amount to the Cardholder.

3. Merchant captures proof of delivered to the location designated by the Cardholder.

4. Product when received and confirmed by the delivery service is shown with Tracking Information enclosed.

5. Merchant requires match to the AVS query (cardholder's street number and ZIP code "Y" or "M" response).

6. No refunds will be processed if the cardholder disputing the transaction is still in possession of the merchandise or has returned the merchandise incorrectly.

We believe this Chargeback may have been filed in error and request a reversal acceptance. Thank you for reviewing our response.

Sincerely, The Chargeback Desk

*Disclaimer: Information for this document is based on merchant data and public validation utilities. This document is prepared as a third party service on behalf of the merchant. Key research components are manually reviewed. No warrantee against human error is implied or represented and additional diligence is encouraged for full compliance. **In the event that this case is illegible or if any additional information is required, please contact via fax at (877) 796-7249.***

---

**Merchant Name:** ROCKETFLXPLS8774793723 8     **No:** ███████████

## CUSTOMER ADDRESS ON RECORD

**Customer First Name:** ████      **Customer Last Name:** █████

**Address:** ████████      **Customer Email Address:** ████████████

**City:** ██████      **Phone Number:** ██████

**State:** ████      **Country:** United States

**Zip Code:** █████      **Currency:** USD

## INTELLIGENT AUTHORIZED RECORD DATA

**Address History Match:** YES      **Order ID:** █████

**Location Name:** ROCKETFLXPLS8774793723 8      **Authorization Type:** Settled

**Address Validation:** YES      **ISD Score:** VALID

**Payment Data:** CREDIT CARD ████████      **Order Code:** █████

**Delivery & Billing Match:** YES      **Payment Source:** Field Entry

**Confirmation:** ████████ USPS      **Payment Method:** ███

## ORDER DETAILS

**Transaction ID:** ████████      **Location Verified:** YES

**Order Date:** 09/17/2017      **Delivery Status:** CONFIRMED

**Transaction Amount:** 89.78      **Blacklist Status:** NEGATIVE

**Customer Authorization Notes:**

This transaction has been properly authorized per all processing guidelines. The customer had full control over all aspects, including but not limited to the product information and specifications, purchase, billing, shipment, receival, returns, cancellations, subscriptions, and account preferences. We are available to provide support at all times. We have no history of contact following the cardholders purchase, and request reversal of this chargeback. Per VINOR, Prior to exercising the Chargeback right, cardholder or issuer must first attempt to honor the transaction and resolve the dispute with the Merchant.

**Merchant Name:** ROCKETFLXPLS8774793723 8                                    **No:** ▮

# CASE SUMMARY EVIDENCE

--------------------------------------------------------------------------------

• This purchase was made for a valuable exchange that was already redeemed.

• Additional due diligence has revealed that the party who made this charge on behalf of the card member was specifically known by the card member and was authorized to do so.

• This is a Card Not Present transaction that was verified to be compliant according to the most recent regulations and card scheme standards.

• Address Verification Status (Positive AVS) is performed on every transaction that is initiated with a new customer or new payment type. The initial transaction linked to this transaction is confirmed as Positive.

• The customer agreed to the terms and conditions prior to being charged and based on these terms, does not qualify for a refund.

• Please note that the customer did not attempt to cancel this transaction until AFTER THIS TRANSACTION DATE.

• This customer attempted to get a refund previously, which is outside of the merchants standard terms and conditions and they were advised of this situation. The cardholder had no legitimate right to file a chargeback under the claim that there was poor service or that this transaction was unauthorized because they failed to follow the terms and conditions for which they agreed and were denied an exception to the merchants policies.

• The cardholders contact details were confirmed (this customer has communicated with the merchant, but did not cancel this transaction prior to it being charged, according to the terms and conditions - and did not cancel the account to qualify for any subsequent refund.)

• A tangible product was shipped to this customer and they are still benefiting from this transaction.

• There was a tracking number linked to the shipment that shows delivery.

• The email address used by this customer contains a syntax match and has proven to belong to this cardholder.

• Please note that this chargeback cannot be valid due to the fact that customer did in fact, not dispute the original charge for this product offer. Their claim regarding not recognizing this transaction or not having authorized this transaction is invalid as a result. Simply stated, if this initial transaction was valid, the subsequent transaction cannot be claimed as fraud in order to justify a refund through filing a chargeback.

| Merchant Name: ROCKETFLXPLS8774793723 8 | No: |
|---|---|

## ADDITIONAL ACCOUNT DETAILS

If the customer is not satisfied or requires further information regarding their product, they must contact us directly, or cancel their account through an approved cancellation method. Before being charged, the customer agreed to certain Terms & Conditions which included the refund policy and cancellation policy.

---

# Historical Detail Related to Cardholder:

Below are the related details researched and discovered that relate to the communication history of this customer on record. Please be advised that recorded activities are maintained within the merchant's customer relationship management software and exist in physical form as additional tactical supporting evidence.

09/30/2017 05:31am - CB911 - CHARGEBACK RECEIVED AND POSTED CB00 _2017-09-27

09/30/2017 05:32am By CB911 - Customer order was blacklisted.

09/30/2017 05:31am By CB911 - Main Product: BIOGENICXR US Trial, Day 14 , Rebill 1 was placed on HOLD

09/30/2017 05:31am By CB911 - Recurring turned OFF

09/30/2017 05:31am By CB911 - Order was flagged as chargeback.

09/30/2017 05:31am By CB911 - Added Notes.

09/17/2017 04:47am By Lime Light CRM - Street Address and 5 Digit Zip Exact Match

---

Details above illustrate the activities and communication with the cardholder. Below is a summary of our relative analysis.

**PLEASE NOTE THAT CUSTOMER AGREED TO TERMS OF OFFER PRIOR TO BEING CHARGED. CARDHOLDER'S IDENTITY WAS AUTHENTICATED THROUGH EMAIL AND ADDRESS INTELLIGENCE. IP ADDRESS VALIDATED. RECEIPT OF USE RIGHTS EXIST FOR THIS TRANSACTION AND CARDHOLDER. CARDHOLDER IS NOT AUTHORIZED TO OBTAIN A REFUND BASED ON TERMS OF TRANSACTION AGREEMENT AUTHORIZED THROUGH CLICK TO ACCEPT METHOD. CARDHOLDER IS IN CURRENT POSSESSION OF PRODUCT RELATED TO THIS PURCHASE.**

**Merchant Name:** ROCKETFLXPLS8774793723 8     **No:** ████████

| | |
|---|---|
| Transaction ID: | ████ |
| Auth ID: | ████ |
| Tracking Number: | ████ |
| Status: | Approved |
| Shipping Method: | No Shipping Needed |
| Sub Total: | $89.78 |
| Shipping: | $0.00 |
| Sales Tax: | $0.00 (0.00%) |
| Order Total: | $89.78 |
| Void/Refund: | $89.78   Void: Refund   Keep Recurring Active After Refund ⚪Yes ⦿No |
| RMA: | Choose RMA Reason   Generate RMA Notification |
| Returns: | Select a Reason   Order Returned |
| Flags: | Fraud☐ Chargeback☑ |
| Order Confirmation: | Choose Confirmation Status |
| Gateway: | (1115) $2k - BIOGENXR / MALE / SIGNAPAY | rocketflexplus.com| MID: ████ 0605 | Confidential Holdings - Network Merchant Inc |
| Preserve Gateway: | Yes |
| IP Address: | ████ United States |
| Payment Type: | |
| Credit Card #: | ████ |
| Credit Card Expiration: | |
| Credit Card CVV: | |
| Prepaid Match: | No |

TRACKING CONFIRMED STATUS DELIVERED

IP ADDRESS VERIFIED

CVV VERIFIED

| ☐ | Order Date/Time | Order ID | Product Name | Order Total | Campaign | Gateway | Order Status | Status |
|---|---|---|---|---|---|---|---|---|
| ☐ | 09/17/2017 04:47 AM | ████ | ELITEPRO US Trial, Day 14 , Rebill 1 (448) | $79.97 | ELITEPRO US TRIAL (350) | VitalityX3 US Trial / Meritus MID: 6053-0 / Teton (551) | Approved | |
| ☑ | 09/17/2017 04:47 AM | ████ | BIOGENXR US Trial, Day 14 , Rebill 1 (445) | $89.78 | BIOGENXR - US TRIAL (350) | $2k - BIOGENXR / MALE / SIGNAPAY | rocketflexplus.com| MID: ████ 0605 | Confidential Holdings (1115) | Approved | |
| ☐ | 09/03/2017 09:19 PM | ████ | ELITEPRO US Trial Initial Order (447) | $4.95 | ELITEPRO US TRIAL (350) | VitalityX3 US Trial / Meritus MID: 6053-0 / Teton (551) | Shipped | |
| ☐ | 09/03/2017 09:17 PM | ████ | BIOGENXR US Trial Initial Order (444) | $4.95 | BIOGENXR - US TRIAL (350) | $2k - BIOGENXR / MALE / SIGNAPAY | rocketflexplus.com| MID: ████ 0605 | Confidential Holdings (1115) | Shipped | |

TRANSACTION INFORMATION VERIFIED

CUSTOMER IS A RECURRING PATRON TO OUR COMPANY

Merchant Name: ROCKETFLXPLS8774793723 8 — No: ▉▉▉▉▉▉



⟳ **Create Subscription**

**Transaction Detail**

Refund | Charge Again (Auth | Sale) | Back — Print Receipt | E-Mail Receipt

| | |
|---|---|
| **Merchant:** | **Confidential Holdings LLC – (West Hills, CA)** |
| **Date/Time:** | **09/17/2017 3:47:17 AM CDT** |
| **Transaction ID:** | ▉▉▉▉▉ |
| **Transaction Type:** | Card Settle |
| **Status:** | *Complete* |

**Credit Card Information**

| | |
|---|---|
| **CC Type:** | |
| **CC Number:** | |
| **CC Expiration:** | |
| **Auth. Code:** | |
| **AVS Status:** | Exact match, 5-character numeric ZIP (Y) |
| **CVV Status:** | |
| **Processor:** | ROCKETFLXPLS |
| **Currency:** | USD |

CREDIT CARD INFORMATION VERIFIED

AVS MATCH

**Billing Information** — **Shipping Information**

US

US

BILLING AND SHIPPING INFORMATION VERIFIED

**Order Information**

**Order ID:** ▉▉▉▉

**Transaction History**

| Type | Status | Transaction Time | Amount |
|---|---|---|---|
| Card Sale | Success | 09/17/2017 3:47:17 AM CDT | 89.78 |
| | *Approved* | *API [rocketflxpls@* ▉▉ | |
| Card Settle | Success | 09/17/2017 9:00:45 PM CDT | 89.78 |
| | *ACCEPTED* | *Internal [rocketflxpls@* ▉▉ | |

**Merchant Name:** ROCKETFLXPLS8774793723 8 | **No:**

# DATA INTELLIGENCE AND VALIDATION EVIDENCE

**Based on the related Account holder's information, provided during their account validation and/or setup process with the Merchant in question for this dispute, the following data points were assessed to establish confirmation of accuracy. Results are as follows:**

- **ACCOUNT CREDENTIALS VERIFIED**

  *Controlled sign in method required for use of payment instrument*

- **IP ACTIVITY VALIDATION AGAINST ACCOUNT BILLING ADDRESS**

  *Previous usage activity exists between these identification points*

- **EMAIL VALIDATION AGAINST CARDHOLDER BILLING ADDRESS**

  *Email profile confirmed to have existing history*

- **EMAIL AUTHENTICITY VALIDATION CHECK**

  *Email syntax match, domain match exists*

- **ADDRESS VALIDATION CHECKED AGAINST BILLING ADDRESS INPUT**

  *Validation results: Success*

Customer's details verified on all qualified data points

## ACCOUNT IDENTIFICATION

Order ID

Account IP Address

Ex. 18

FTC-000839

**Merchant Name:** ROCKETFLXPLS8774793723 8      **No:**



Merchant Name: ROCKETFLXPLS8774793723 8                                    No:

# ROCKET FLEX+

Workout Supplement for
Energy, Power, & F

**Tell Us Where
To Send Your Bottle**

**Customers enter their personal information here.**

First Name :
Last Name :
Address :
City :
Country :   United States
State :      Select State
PostCode :
Email :
Phone :

**Customers must check these box stating that they agree to the Terms and Conditions and the trial terms in order to proceed with the order.**

☑ I confirm that I am over 18 and agree to the Terms and Conditions and Privacy Policy.

☑ I agree to the $4.95 S&H enrollment in the monthly auto-ship program and billing of $89.78 which will begin 14 days from my initial order. Then, beginning 45 days from my initial order I will be charged $89.78 every 30 days thereafter if I do not cancel.

**CONTINUE**

This is a 128-Bit Secure SSL Connection

**ROCKET FLEX**

This formula is now more dialed in and more potent to promote strength, muscular endurance, and lean muscle gains.*

Home | Terms & Conditions | Privacy Policy | Contact Us | Ingredients

© 2017 Confidential Holdings, LLC . All Rights Reserved.

**Customers have access to the Terms and Conditions, Privacy Policy and Contact information at all times.**

Confidential Holdings, LLC              West Hills, CA        Corp.

The product is not approved by the FDA. This product is not intende

**Merchant Name:** ROCKETFLXPLS8774793723 8      **No:**



## You're Almost Done. Just Pay Shipping.

| Product | Price |
| --- | --- |
| Rocket Flex Plus | $0.00 |
| Shipping & Handling | $4.95 |

☑ Handy

**Customers must enter their credit card information here including the CVV number from back of card.**

We accept: VISA



| Credit Card Type: | ▼ |
| --- | --- |
| Card Number: | |
| Card Expiration: | ▼  ▼ |
| CVV: | What's This? |

☑ I agree to the Terms and Conditions and Privacy Policy.

☑ I agree to the $4.95 S&H enrollment in the monthly auto-ship program and billing of $89.78 which will begin 14 days from my initial order. Then, beginning 45 days from my initial order I will be charged $89.78 every 30 days thereafter if I do not cancel.

**Customers must check these boxes stating that they agree to the terms and conditions in order to proceed with their order.**

**Customer will pay $4.95 for their 14 day trial period. Once the trial expires, customers will be charged $89.78 ( + $1.10 if you order select the Handy Travel Pack) and will be charged $89.78 every 30 days thereafter. Customers may cancel at any time by calling 877-479-3723.**

Charges will appear on your statement as *rocketflxpls8774793723*

By placing an order with us, you agree to our full terms and conditions and the enrollment our monthly auto-ship program, where you will immediately be billed the shipping and handling amount of $4.95. We will then immediately ship you your first bottle of Rocket Flex Plus. In 14 days, your credit card will be automatically charged the full retail price of $89.78 ( + $1.10 if you order select the Handy Travel Pack). Then, beginning 45 days from your initial order, You will be shipped a recurring supply of our product and then every 30 days thereafter you will be charged $89.78 ( which includes shipping ) you will be charged for each recurring product that is shipped to you until you cancel. If our product is not right for you, simply call 877-479-3723 24 hours a day, 7 Days a week, or contact us via email at contact@rocketflexplus.com to cancel your membership and owe nothing more. *Handy Travel Pack:* For just $1.10 added to your order we will send you 5 single pill packs of Rocket Flex Plus perfect for travel. It's the same pill you get in a bottle just ready for when your on the go.

Home | Terms & Conditions | Privacy Policy | Contact Us | Ingredients
© 2017 Confidential Holdings, LLC . All Rights Reserved.
Confidential Holdings, LLC          West Hills, CA    | Corp. Reg.          | 877-479-3723 | contact@rocketflexplus.com
The product is not approved by the FDA. This product is not intended to diagnose, treat, cure, or prevent any disease.

Merchant Name: ROCKETFLXPLS8774793723 8          No: ▮

# PACKING SLIP

**This is an example of a packing slip that is sent with all packages/orders.**

**Shipping Address:**

**Billing Address:**

| Product | Quantity | Price |
|---|---|---|
| BIOGENICXR US Trial, Day 14 | 1 | 89.78 |

| | | |
|---|---|---|
| | Total: | 89.78 |

## Thank You!

**Merchant Name:** ROCKETFLXPLS8774793723 8      **No:** ████████

## Customer Receipt/Purchase Confirmation

From: Customer Support
To: ████████

> **This is an example of an Order Confirmation email.**

# Order Confirmation

## Thank you!

**Your order number is:** ████

## Order Information:

## Customer Receipt/Purchase Confirmation

| | |
|---|---|
| **Product Name** | BIOGENICXR US Trial, Day 14 |
| **Product Description** | Supplemental aid that promotes physical wellness and may help improve specific nutritional deficiencies. General use supports health related goals using anything considered dietary supplements. |
| **Qty** | 1 |
| **Price** | 89.78 |

## Shipping Information:

**Ship To:**

**Bill To:**



## Thanks again for your purchase!

**Merchant Name:** ROCKETFLXPLS8774793723 8       No▮



## Refund, Return, and Cancellation Policy

We refund all cases of fraud and unauthorized transactions included shipping and handling charges. To obtain a refund, please Call 877-479-3723. Additional refunds are issued at the discretion of the company. Customers are restricted to receiving a single refund per product ordered. Repetitive refunds are not permitted unless the product, as delivered to you, is defective. To process your refund, you must supply us with your name and delivery address. If you provide us with insufficient or incorrect information your refund may be delayed. Depending on the circumstances, at our sole discretion, we may authorize a refund without requiring that you return unused product. Shipping and handling costs are not refundable. During times when memberships are offered, you agree to accept the membership to the Site, which gives you a 30-day supply of our product, and by accessing the Rocket Flex Plus Services you authorize the charges set forth below and agree to the following terms and conditions: Your membership will entitle you a 30 day supply of our product. Your first bottle will be shipped on the day you place your order. You agree that if you do not send us notice of cancellation of your membership 14 days from your initial order, we shall automatically and without further notice charge your card on file for the full price of your first bottle ($89.78). I will then be charged $89.78 every 30 days thereafter until you decide to end your membership program. Subscription and Membership fees to the Site are subject to change at any time. The current standard one-month membership rate is $89.78.TO CANCEL AUTOMATIC RENEWAL AT THE END OF THE PAID MEMBERSHIP PERIOD, YOU MUST NOTIFY Rocket Flex Plus PRIOR TO THE END OF THE PAID PERIOD, BY CONTACTING Rocket Flex Plus BY TELEPHONE.TO CANCEL YOUR MONTHLY MEMBERSHIP YOU MUST NOTIFY Rocket Flex Plus OF YOUR CANCELLATION BY TELEPHONE OF YOUR THEN CURRENT MEMBERSHIP TERM. All cancellations received by Rocket Flex Plus will be effective upon receipt. You shall not be entitled to any pro-rated or partial refund if you cancel your monthly membership before the end of the then current monthly membership period. You agree that if you cancel at any time after purchasing a monthly membership to the Site, you will still be charged the full months membership fee. You hereby authorize Rocket Flex Plus to charge your credit card to pay for shipping and handling and all monthly membership fees to the Site / our auto-shipment program at the then current standard monthly membership rate. You further authorize us to charge your credit card for all purchases of products, services and entertainment available through the Site. Payment for the services provided to you through the Site may be made by automatic credit card debit and you hereby authorize Rocket Flex Plus and its agents to transact such payments on your behalf. Unless you notify us that you wish to cancel your membership to the Site, you hereby agree and authorize Rocket Flex Plus to automatically renew your membership to the Site on a continuing monthly basis and to charge your credit card to pay for the ongoing cost of your membership. You hereby further authorize Rocket Flex Plus to charge your credit card for all purchases of products, services and entertainment provided to you though the Site. You further acknowledge and agree that you will remain liable to Rocket Flex Plus for any unauthorized use of the Rocket Flex Plus Services associated with your membership.

---

**These are the terms of the Refund, Return, and Cancellation Policies that the customer has access to always. Customers are restricted to receiving a single refund per product ordered. For refunds, customers must call customer service and provide them with the correct name and delivery address for their purchase. Shipping and handling costs are not refundable. Prior to returning products, customers must call customer service at 877-479-3723 to obtain a RMA number. Products must be returned within 30-days of purchase. Customer may call customer service at any time to cancel. If the refund policy is not followed, the customer is not eligible for a refund.**

---

Merchant Name: ROCKETFLXPLS8774793723 8        No ▮▮▮▮▮▮



## Terms and Conditions

ATTENTION: This is a binding Agreement between You, the individual or entity accessing, using or purchasing Product from this Website and Confidential Holdings, LLC ( Reg. Number Corp. Reg. ▮▮▮▮ ) the owner and administrator of this Website and all content contained herein collectively. For product support, please contact 877-479-3723 or contact@rocketflexplus.com.

Offer Terms

Rocket Flex Plus Membership program Terms and Conditions: Please take a few minutes to read the following as when You purchase the Rocket Flex Plus Membership Offer You automatically accept the following terms and conditions.

We are confident you will see the benefits of using our Rocket Flex Plus Product. You are taking the next step toward a more confident you! Upon signing up for your membership, your credit card provided will be charged a One-time Shipping & Handling fee of $4.95 ( + $1.10 if you order select the Handy Travel Pack ). If you contact customer service to terminate your enrollment prior to your initial membership charge of $89.78 ( which includes shipping ) - which is billed 14 days from your initial order date, you will not receive any additional product and you will not be charged anything else. Your enrollment date is the date that you submit your order for the product. All orders are shipped within 2-3 business days.

If you do not cancel within the first 14 days of the date that you enroll in the Program, we will charge the same card you provided at enrollment the monthly membership fee of $89.78. Then, beginning 45 days after your initial order date we will send you a fresh monthly shipment of the product ( every 30 days ) and charge your card $89.78 ( which includes shipping ) when each supply ships. You can cancel monthly shipments and avoid further Monthly Charges at any time by contacting customer service at 24 hours a day, 7 Days a week PST.

Please note results may vary, but with continuous use of Rocket Flex Plus we are confident you will see the results you are trying to achieve. Your shipment will leave our facilities within two work days. Actual delivery time of the parcel will vary by region. Customer should expect the product to arrive between 2-4 business days. Some areas may take longer due to the frequency of deliveries to the delivery zip code. Our system calculates this estimated date considering the total amount of time to process your order including: packaging, transit time to the delivery provider, and transit time to the delivery address. When placing your order, we consider these factors when calculating the Estimated Delivery Date : Order Processing and Transit Time. When the delivery provider receives your order and is ready to schedule a delivery date, they will attempt to contact you at the telephone number that you provided in your order. At that time, they will let you know what days of the week they are able to deliver to your area. The delivery company will make every effort to deliver within the time window provided.

If you have any questions regarding this, feel free to contact us at 877-479-3723 for more information.

---

**These are the Terms and Conditions that the customer must agree to prior to checkout. Customers will pay $4.95 ( + $1.10 if you order select the Handy Travel Pack ) for a 14 day trial. Once the trial expires, customers will be charged $89.78 and will be charged every 30 days thereafter. Customers may cancel at any time by calling 877-479-3723. By proceeding with the order, the customer authorizes the company to charge them as agreed upon.**

---

ID █████████
Start Date: 06/17/2017
End Date: 10/17/2017

Au h Number Batch Date Consumer Account Number Payment Type Reference Number Trans Amount Trans Date Trans Type

| | 09/05/2017 .......... | | | **4.95 09/03/2017 Sale-undisputed** |
| | 09/18/2017 ........... | | | 89.78 09/17/2017 Sale |

Ex. 18

FTC-000847

# Exhibit F

## Merchant Services



**From:**
**Merchant Services**
**Retrieval & Chargeback Department**
**P.O. Box 540**
**Myersville, MD  21773**
**706-644-5210**

| **Bin/Ica** | | **Chargeback Data** | | | |
|---|---|---|---|---|---|
| **To:** | | **Ref. No.:** | | **MoTo Ind:** | |
| **From:** | | **Amount:** | | **Doc Ind:** | 1 |
| | | **Report Date:** | 9/27/2017 | **Usage Code:** | 1 |
| | | **Resolve Date:** | 10/17/2017 | **Spec  Cond Ind:** | |
| | | **Reason Code:** | 0083 | **Reimb Attrib:** | A |

| **Transaction Data** | | **Merchant Data** | |
|---|---|---|---|
| **Cardhldr Account:** | | **Name:** | ROCKETFLXPLS8774793723 |
| **Acquirer Ref No:** | | **Number:** | 9609 |
| **Date:** | | **City:** | 877-4793723 |
| **Post Date:** | | **State:** | CA |
| **Type:** | | **Zip:** | |
| **Identifier:** | | **Category Code:** | |
| **Acq Business ID:** | | | |

**Response Data**
**Case Number:**
**Member Msg Txt:**   CE03Cardholder details, AVS Y, undisputed transaction and proof of delivery in support of cardholders authorization.

 Resolve Online

## Chargeback Questionnaire: ROL Case Number -

### Transaction Information

| | | | |
|---|---|---|---|
| Card/Acct #: | Tran Type: | Sale | Issuer: |
| Network: | Tran Date: | 09/17/17 | |
| Tran ID: | Processing Date: | 09/18/17 | |
| ARN: | Tran Amount: | 89.78 USD | CH Name: |
| Retrievel Ref. # | Jurisdiction: | DOMESTIC-US | Acquirer: MERRICK BANK |
| | | | Merchant: ROCKETFLX- |
| | | | PLS 8774793723 |
| | | | Location: 877-4793723, CA |

Action:  Chargeback

### Dispute Information

| Dispute Group | 2 - Fraud |
|---|---|
| Dispute Reason | 83 - Fraud - Card Absent Environment |
| Dispute Amount | 89.78  USD    Cardholder ☐  Debit ☑ Credit |

### Elaboration Information

☐  Account number used was fictitious or no valid card, and no authorization was obtained

| Date Fraud Activity was reported through VisaNet: | 09/25/17 | mmddyy |
| Date of listing on Exception File or date token was deactivated: | 09/25/17 | mmddyy |
| What was the fraud type based on Issuer investigation? | ☑  Other | FRAUDULENT USE OF ACCOUNT NUMBER |

### Certifications

☑  Issuer certifies Cardholder denies authorizing or participating in the disputed transaction

### Questionnaire Notes and Documents

Comments

Documents
No documents attached

Chargeback Reference Number

**Cardholder Contact Information**

Name

Cardholder did not release contact information.

Ex. 18

FTC-000850

# Exhibit OO

FTC-000851

**CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to 28 U.S.C. § 1746**

1.  I, _Michael Boucher_ , have personal knowledge of the facts set forth below and am competent to testify as follows:

2.  I have authority to certify the authenticity of the records produced by Paysafe Group Plc (the "Company") and attached hereto.

3.  The documents produced and attached hereto by the Company are originals or true copies of records of regularly conducted activity that:

    a)  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b)  Were kept in the course of the regularly conducted activity of the Company; and

    c)  Were made by the regularly conducted activity as a regular practice of the Company.

I certify under penalty of perjury that the foregoing is true and correct.

Date: _10·16·17_

_Michael Boucher_
Signature

FTC-000852
Ex. 18

# Exhibit PP

FTC-000853

| Merchant ID | DBA Name | Legal Name | Month | AMV | Sale Cnt | Sale Vol | Refund Cnt | Refund Vol | CB Cnt | CB Vol | Ref Cnt Ratio | Ref Vol Ratio | CB Cnt Ratio | CB Vol Ratio | Avg Ticket |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201510 | $32,000 | 608 | $24,249 | 35 | $2,325 | 10 | $871 | 5.76% | 9.59% | 1.64% | 3.59% | $40 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201511 | $32,000 | 590 | $23,793 | 39 | $2,174 | 19 | $1,527 | 6.61% | 9.14% | 3.22% | 6.42% | $40 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201512 | $32,000 | 611 | $28,010 | 61 | $3,617 | 44 | $3,328 | 9.98% | 12.91% | 7.20% | 11.88% | $46 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201601 | $32,000 | 589 | $7,768 | 27 | $1,776 | 21 | $1,722 | 4.58% | 22.87% | 3.57% | 22.16% | $13 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201602 | $32,000 | 907 | $31,888 | 44 | $2,554 | 29 | $2,315 | 4.85% | 8.01% | 3.20% | 7.26% | $35 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201603 | $32,000 | 1,145 | $31,888 | 71 | $4,538 | 70 | $6,121 | 6.20% | 14.23% | 6.11% | 19.19% | $28 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201604 | $32,000 | 1,508 | $29,428 | 80 | $4,693 | 53 | $4,367 | 5.31% | 15.95% | 3.51% | 14.84% | $20 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201605 | $32,000 | 807 | $22,068 | 32 | $2,036 | 24 | $2,003 | 3.97% | 9.23% | 2.97% | 9.07% | $27 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201606 | $25,000 | 620 | $26,797 | 63 | $3,628 | 33 | $2,284 | 10.16% | 13.54% | 5.32% | 8.52% | $43 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201607 | $25,000 | 1,148 | $24,409 | 74 | $4,240 | 37 | $2,972 | 6.45% | 17.37% | 3.22% | 12.18% | $21 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201608 | $25,000 | 849 | $19,364 | 49 | $3,064 | 24 | $1,765 | 5.77% | 15.82% | 2.83% | 9.11% | $23 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201609 | $25,000 | 953 | $28,710 | 63 | $3,988 | 41 | $3,348 | 6.61% | 13.89% | 4.30% | 11.66% | $30 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201610 | $25,000 | 840 | $19,754 | 44 | $2,605 | 37 | $3,062 | 5.24% | 13.19% | 4.40% | 15.50% | $24 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201611 | $25,000 | 571 | $20,089 | 52 | $2,967 | 25 | $2,023 | 9.11% | 14.77% | 4.38% | 10.07% | $35 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201612 | $25,000 | 895 | $17,363 | 35 | $2,288 | 23 | $1,643 | 3.91% | 13.18% | 2.57% | 9.46% | $19 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201701 | $25,000 | 1,105 | $28,542 | 71 | $4,453 | 30 | $2,100 | 6.43% | 15.60% | 2.71% | 7.36% | $26 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201702 | $25,000 | 1,112 | $20,774 | 51 | $2,963 | 40 | $2,995 | 4.59% | 14.26% | 3.60% | 14.42% | $19 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201703 | $25,000 | 642 | $13,268 | 35 | $1,859 | 27 | $2,063 | 5.45% | 14.01% | 4.21% | 15.55% | $21 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201704 | $25,000 | 594 | $12,788 | 25 | $1,466 | 20 | $1,196 | 4.21% | 11.47% | 3.37% | 9.35% | $22 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201705 | $25,000 | 495 | $12,241 | 24 | $1,152 | 20 | $1,533 | 4.85% | 9.41% | 4.04% | 12.53% | $25 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201706 | $25,000 | 206 | $8,533 | 12 | $758 | 6 | $480 | 5.83% | 8.89% | 2.91% | 5.62% | $41 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201707 | $25,000 | 87 | $6,239 | 8 | $445 | 10 | $734 | 9.20% | 7.13% | 11.49% | 11.77% | $72 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201708 | $25,000 | 304 | $7,059 | 3 | $105 | 0 | $0 | 0.99% | 1.49% | 0.00% | 0.00% | $23 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201709 | $25,000 | 339 | $16,057 | 35 | $1,672 | 12 | $440 | 10.32% | 10.41% | 3.54% | 2.74% | $47 |
| [redacted] | 3162 | VX Now Cascade Canyon LLC | 201710 | $25,000 | 0 | $0 | 0 | $0 | 6 | $480 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| **Totals:** | | | | | 17,525 | $481,077 | 1,033 | $61,365 | 661 | $51,371 | 5.89% | 12.76% | 3.77% | 10.68% | $27 |

| Merchant ID | DBA Name | Legal Name | Month | AMV | Sale Cnt | Sale Vol | Refund Cnt | Refund Vol | CB Cnt | CB Vol | Ref Cnt Ratio | Ref Vol Ratio | CB Cnt Ratio | CB Vol Ratio | Avg Ticket |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8303 | Follicure | Teton Pass LLC | 201510 | $32,000 | 1,016 | $32,858 | 99 | $6,911 | 5 | $364 | 9.74% | 21.03% | 0.49% | 1.11% | $32 |
| 8303 | Follicure | Teton Pass LLC | 201511 | $32,000 | 918 | $32,064 | 114 | $6,812 | 45 | $3,589 | 12.42% | 21.24% | 4.90% | 11.19% | $35 |
| 8303 | Follicure | Teton Pass LLC | 201512 | $32,000 | 1,129 | $31,154 | 101 | $6,373 | 58 | $4,323 | 8.95% | 20.46% | 5.14% | 13.87% | $28 |
| 8303 | Follicure | Teton Pass LLC | 201601 | $32,000 | 301 | $7,323 | 26 | $1,857 | 25 | $2,007 | 8.64% | 25.36% | 8.31% | 27.41% | $24 |
| 8303 | Follicure | Teton Pass LLC | 201602 | $32,000 | 0 | $0 | 0 | $0 | 25 | $1,963 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 8303 | Follicure | Teton Pass LLC | 201603 | $32,000 | 0 | $0 | 0 | $0 | 3 | $269 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 8303 | Follicure | Teton Pass LLC | 201604 | $32,000 | 0 | $0 | 0 | $0 | 1 | $90 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 8303 | Follicure | Teton Pass LLC | 201605 | $32,000 | 0 | $0 | 0 | $0 | 2 | $145 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| | | | Totals: | | 3,364 | $103,399 | 340 | $21,952 | 164 | $12,750 | 10.11% | 21.23% | 4.88% | 12.33% | $31 |

| Merchant ID | DBA Name | Legal Name | Month | AMV | Sale Cnt | Sale Vol | Refund Cnt | Refund Vol | CB Cnt | CB Vol | Ref Cnt Ratio | Ref Vol Ratio | CB Cnt Ratio | CB Vol Ratio | Avg Ticket |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8782 | EMax ED | Old West Equity LLC | 201510 | $15,000 | 150 | $11,004 | 11 | $664 | 2 | $180 | 7.33% | 6.04% | 1.33% | 1.63% | $73 |
| 8782 | EMax ED | Old West Equity LLC | 201511 | $15,000 | 302 | $15,776 | 30 | $1,935 | 30 | $2,640 | 9.93% | 12.27% | 9.93% | 16.73% | $52 |
| 8782 | EMax ED | Old West Equity LLC | 201512 | $15,000 | 373 | $10,003 | 21 | $1,148 | 15 | $1,037 | 5.63% | 11.48% | 4.02% | 10.37% | $27 |
| 8782 | EMax ED | Old West Equity LLC | 201601 | $15,000 | 0 | $0 | 0 | $0 | 8 | $488 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 8782 | EMax ED | Old West Equity LLC | 201602 | $15,000 | 0 | $0 | 0 | $0 | 9 | $696 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 8782 | EMax ED | Old West Equity LLC | 201603 | $15,000 | 0 | $0 | 0 | $0 | 2 | $180 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| | | | Totals: | | 825 | $36,783 | 62 | $3,747 | 66 | $5,220 | 7.52% | 10.19% | 8.00% | 14.19% | $45 |

Ex. 18
FTC-000856

| Merchant ID | DBA Name | Legal Name | Month | AMV | Sale Cnt | Sale Vol | Refund Cnt | Refund Vol | CB Cnt | CB Vol | Ref Cnt Ratio | Ref Vol Ratio | CB Cnt Ratio | CB Vol Ratio | Avg Ticket |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8790 | EMX Blast | Wyoming Freedom Group LLC | 201510 | $32,000 | 335 | $16,433 | 13 | $988 | 0 | $0 | 3.88% | 6.01% | 0.00% | 0.00% | $49 |
| 8790 | EMX Blast | Wyoming Freedom Group LLC | 201511 | $32,000 | 832 | $34,233 | 32 | $1,818 | 18 | $1,271 | 3.85% | 5.31% | 2.16% | 3.71% | $41 |
| 8790 | EMX Blast | Wyoming Freedom Group LLC | 201512 | $32,000 | 1,268 | $30,583 | 63 | $4,188 | 37 | $2,803 | 4.97% | 13.70% | 2.92% | 9.17% | $24 |
| 8790 | EMX Blast | Wyoming Freedom Group LLC | 201601 | $32,000 | 1,429 | $29,463 | 68 | $4,125 | 53 | $4,351 | 4.76% | 14.00% | 3.71% | 14.77% | $21 |
| 8790 | EMX Blast | Wyoming Freedom Group LLC | 201602 | $32,000 | 843 | $32,687 | 65 | $3,431 | 76 | $6,028 | 7.71% | 10.50% | 9.02% | 18.44% | $39 |
| 8790 | EMX Blast | Wyoming Freedom Group LLC | 201603 | $32,000 | 325 | $12,914 | 16 | $1,024 | 55 | $4,684 | 4.92% | 7.93% | 16.92% | 36.27% | $40 |
| 8790 | EMX Blast | Wyoming Freedom Group LLC | 201604 | $32,000 | 0 | $0 | 0 | $0 | 19 | $1,587 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 8790 | EMX Blast | Wyoming Freedom Group LLC | 201605 | $32,000 | 0 | $0 | 0 | $0 | 4 | $359 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 8790 | EMX Blast | Wyoming Freedom Group LLC | 201606 | $32,000 | 0 | $0 | 0 | $0 | 2 | $117 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| | | | Totals: | | 5,032 | $156,312 | 257 | $15,575 | 264 | $21,200 | 5.11% | 9.96% | 5.25% | 13.56% | $31 |

Ex. 18
FTC-000857

| Merchant ID | DBA Name | Legal Name | Month | AMV | Sale Cnt | Sale Vol | Refund Cnt | Refund Vol | CB Cnt | CB Vol | Ref Cnt Ratio | Ref Vol Ratio | CB Cnt Ratio | CB Vol Ratio | Avg Ticket |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 956 | ED Blocker | Sky Media Group LLC | 201510 | $32,000 | 635 | $25,875 | 13 | $723 | 0 | $0 | 2.05% | 2.79% | 0.00% | 0.00% | $41 |
| 956 | ED Blocker | Sky Media Group LLC | 201511 | $32,000 | 572 | $31,923 | 36 | $1,980 | 43 | $3,476 | 6.29% | 6.20% | 7.52% | 10.89% | $56 |
| 956 | ED Blocker | Sky Media Group LLC | 201512 | $20,000 | 1,055 | $30,168 | 82 | $5,591 | 36 | $3,120 | 7.77% | 18.53% | 3.41% | 10.34% | $29 |
| 956 | ED Blocker | Sky Media Group LLC | 201601 | $20,000 | 419 | $26,752 | 60 | $3,716 | 63 | $5,275 | 14.32% | 13.89% | 15.04% | 19.72% | $64 |
| 956 | ED Blocker | Sky Media Group LLC | 201602 | $20,000 | 56 | $2,992 | 6 | $454 | 49 | $3,892 | 10.71% | 15.17% | 87.50% | 130.09% | $53 |
| 956 | ED Blocker | Sky Media Group LLC | 201603 | $20,000 | 0 | $0 | 0 | $0 | 10 | $893 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 956 | ED Blocker | Sky Media Group LLC | 201604 | $20,000 | 0 | $0 | 0 | $0 | 3 | $269 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 956 | ED Blocker | Sky Media Group LLC | 201605 | $20,000 | 0 | $0 | 0 | $0 | 5 | $449 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| Totals: | | | | | 2,737 | $117,709 | 197 | $12,464 | 209 | $17,373 | 7.20% | 10.59% | 7.64% | 14.76% | $43 |

| Merchant ID | DBA Name | Legal Name | Month | AMV | Sale Cnt | Sale Vol | Refund Cnt | Refund Vol | CB Cnt | CB Vol | Ref Cnt Ratio | Ref Vol Ratio | CB Cnt Ratio | CB Vol Ratio | Avg Ticket |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9061 | Natural VX3 | Sky Media Group LLC | 201510 | $32,000 | 152 | $9,751 | 11 | $791 | 0 | $0 | 7.24% | 8.11% | 0.00% | 0.00% | $64 |
| 9061 | Natural VX3 | Sky Media Group LLC | 201511 | $32,000 | 397 | $20,428 | 23 | $1,284 | 10 | $844 | 5.79% | 6.29% | 2.52% | 4.13% | $51 |
| 9061 | Natural VX3 | Sky Media Group LLC | 201512 | $32,000 | 678 | $32,117 | 60 | $3,544 | 27 | $2,059 | 8.85% | 11.04% | 3.98% | 6.41% | $47 |
| 9061 | Natural VX3 | Sky Media Group LLC | 201601 | $32,000 | 942 | $31,960 | 50 | $3,028 | 19 | $1,661 | 5.31% | 9.48% | 2.02% | 5.20% | $34 |
| 9061 | Natural VX3 | Sky Media Group LLC | 201602 | $32,000 | 161 | $5,482 | 29 | $1,909 | 84 | $7,266 | 18.01% | 34.82% | 52.17% | 132.54% | $34 |
| 9061 | Natural VX3 | Sky Media Group LLC | 201603 | $32,000 | 0 | $0 | 0 | $0 | 22 | $1,771 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 9061 | Natural VX3 | Sky Media Group LLC | 201604 | $32,000 | 0 | $0 | 0 | $0 | 3 | $100 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 9061 | Natural VX3 | Sky Media Group LLC | 201605 | $32,000 | 0 | $0 | 0 | $0 | 1 | $90 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| | | | Totals: | | 2,330 | $99,738 | 173 | $10,556 | 166 | $13,790 | 7.42% | 10.58% | 7.12% | 13.83% | $43 |

| Merchant ID | DBA Name | Legal Name | Month | AMV | Sale Cnt | Sale Vol | Refund Cnt | Refund Vol | CB Cnt | CB Vol | Ref Cnt Ratio | Ref Vol Ratio | CB Cnt Ratio | CB Vol Ratio | Avg Ticket |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 9517 VX3 Burn | Teton Pass LLC | 201510 | $32,000 | 310 | $20,508 | 7 | $403 | 0 | $0 | 2.26% | 1.97% | 0.00% | 0.00% | $66 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201511 | $32,000 | 434 | $17,906 | 50 | $3,224 | 17 | $1,463 | 11.52% | 18.00% | 3.92% | 8.17% | $41 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201512 | $32,000 | 480 | $29,603 | 59 | $3,483 | 26 | $2,165 | 12.29% | 11.77% | 5.42% | 7.31% | $62 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201601 | $32,000 | 880 | $31,788 | 72 | $4,277 | 72 | $5,628 | 8.18% | 13.45% | 8.18% | 17.71% | $36 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201602 | $32,000 | 1,077 | $31,589 | 45 | $2,939 | 58 | $4,596 | 4.18% | 9.30% | 5.39% | 14.55% | $29 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201603 | $32,000 | 1,118 | $31,809 | 59 | $3,655 | 66 | $5,242 | 5.28% | 11.49% | 5.90% | 16.48% | $28 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201604 | $32,000 | 1,240 | $15,538 | 29 | $1,717 | 38 | $2,755 | 2.34% | 11.05% | 3.06% | 17.73% | $13 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201605 | $32,000 | 1,193 | $21,637 | 27 | $1,989 | 29 | $2,395 | 2.26% | 9.19% | 2.43% | 11.07% | $18 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201606 | $32,000 | 636 | $27,376 | 69 | $4,042 | 18 | $1,192 | 10.85% | 14.77% | 2.83% | 4.35% | $43 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201607 | $32,000 | 670 | $24,980 | 62 | $4,027 | 23 | $1,647 | 9.25% | 16.12% | 3.43% | 6.59% | $37 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201608 | $32,000 | 732 | $16,288 | 51 | $2,992 | 26 | $2,036 | 6.97% | 18.37% | 3.55% | 12.50% | $22 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201609 | $32,000 | 452 | $23,184 | 48 | $2,844 | 15 | $1,199 | 10.62% | 12.27% | 3.32% | 5.17% | $51 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201610 | $32,000 | 541 | $23,214 | 52 | $3,065 | 25 | $2,041 | 9.61% | 13.20% | 4.62% | 8.79% | $43 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201611 | $32,000 | 651 | $20,829 | 47 | $2,968 | 25 | $2,075 | 7.22% | 14.25% | 3.84% | 9.96% | $32 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201612 | $32,000 | 353 | $18,187 | 34 | $1,979 | 13 | $953 | 9.63% | 10.88% | 3.68% | 5.24% | $52 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201701 | $32,000 | 1,077 | $31,472 | 75 | $4,977 | 39 | $2,836 | 6.96% | 15.81% | 3.62% | 9.01% | $29 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201702 | $32,000 | 1,524 | $28,616 | 79 | $4,758 | 61 | $4,814 | 5.18% | 16.63% | 4.00% | 16.82% | $19 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201703 | $32,000 | 931 | $20,451 | 38 | $2,306 | 37 | $2,874 | 4.08% | 11.27% | 3.97% | 14.05% | $22 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201704 | $32,000 | 744 | $16,772 | 13 | $769 | 28 | $1,972 | 1.75% | 4.58% | 3.76% | 11.76% | $23 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201705 | $32,000 | 430 | $13,955 | 20 | $938 | 19 | $1,314 | 4.65% | 6.72% | 4.42% | 9.42% | $32 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201706 | $32,000 | 133 | $8,414 | 4 | $220 | 5 | $335 | 3.01% | 2.61% | 3.76% | 3.98% | $63 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201707 | $32,000 | 93 | $6,895 | 6 | $375 | 11 | $794 | 6.45% | 5.43% | 11.83% | 11.52% | $74 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201708 | $32,000 | 321 | $7,192 | 2 | $120 | 5 | $255 | 0.62% | 1.67% | 1.25% | 3.54% | $22 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201709 | $32,000 | 380 | $18,903 | 33 | $1,673 | 14 | $835 | 8.68% | 8.85% | 3.68% | 4.41% | $50 |
|  | 9517 VX3 Burn | Teton Pass LLC | 201710 | $0 | 0 | $0 | 0 | $0 | 0 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| Totals: |  |  |  |  | 16,400 | $507,104 | 981 | $59,735 | 676 | $51,899 | 5.98% | 11.79% | 4.12% | 10.23% | $31 |

| Merchant ID | DBA Name | Legal Name | Month | AMV | Sale Cnt | Sale Vol | Refund Cnt | Refund Vol | CB Cnt | CB Vol | Ref Cnt Ratio | Ref Vol Ratio | CB Cnt Ratio | CB Vol Ratio | Avg Ticket |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8590 | HairFoil | Interzoom LLC | 201510 | $32,000 | 501 | $32,066 | 66 | $4,131 | 0 | $0 | 13.17% | 12.88% | 0.00% | 0.00% | $64 |
| 8590 | HairFoil | Interzoom LLC | 201511 | $32,000 | 241 | $9,901 | 56 | $3,407 | 78 | $6,716 | 23.24% | 34.41% | 32.37% | 67.83% | $41 |
| 8590 | HairFoil | Interzoom LLC | 201512 | $32,000 | 717 | $20,604 | 47 | $2,973 | 39 | $2,962 | 6.56% | 14.43% | 5.44% | 14.38% | $29 |
| 8590 | HairFoil | Interzoom LLC | 201601 | $32,000 | 0 | $0 | 0 | $0 | 13 | $1,025 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 8590 | HairFoil | Interzoom LLC | 201602 | $32,000 | 0 | $0 | 0 | $0 | 8 | $718 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 8590 | HairFoil | Interzoom LLC | 201603 | $32,000 | 0 | $0 | 0 | $0 | 2 | $180 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 8590 | HairFoil | Interzoom LLC | 201604 | $32,000 | 0 | $0 | 0 | $0 | 1 | $90 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| Totals: | | | | | 1,459 | $62,571 | 169 | $10,512 | 141 | $11,690 | 11.58% | 16.80% | 9.66% | 18.68% | $43 |

| Merchant ID | DBA Name | Legal Name | Month | AMV | Sale Cnt | Sale Vol | Refund Cnt | Refund Vol | CB Cnt | CB Vol | Ref Cnt Ratio | Ref Vol Ratio | CB Cnt Ratio | CB Vol Ratio | Avg Ticket |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0053 | Hair Tab F | Horizon Media LLC | 201510 | $32,000 | 0 | $0 | 0 | $0 | 0 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 0053 | Hair Tab F | Horizon Media LLC | 201511 | $32,000 | 396 | $31,980 | 68 | $3,919 | 123 | $10,082 | 17.17% | 12.25% | 31.06% | 31.53% | $81 |
| 0053 | Hair Tab F | Horizon Media LLC | 201512 | $32,000 | 0 | $0 | 0 | $0 | 28 | $2,155 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 0053 | Hair Tab F | Horizon Media LLC | 201601 | $32,000 | 0 | $0 | 0 | $0 | 5 | $422 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 0053 | Hair Tab F | Horizon Media LLC | 201602 | $32,000 | 0 | $0 | 0 | $0 | 9 | $781 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 0053 | Hair Tab F | Horizon Media LLC | 201603 | $32,000 | 0 | $0 | 0 | $0 | 3 | $206 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| Totals: | | | | | 396 | $31,980 | 68 | $3,919 | 168 | $13,647 | 17.17% | 12.25% | 42.42% | 42.67% | $81 |

| DBA Name | Legal Name | Month | AMV | Sale Cnt | Sale Vol | Refund Cnt | Refund Vol | CB Cnt | CB Vol | Ref Cnt Ratio | Ref Vol Ratio | CB Cnt Ratio | CB Vol Ratio | Avg Ticket |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Source VX | Interzoom LLC | 201511 | $32,000 | 50 | $729 | 1 | $45 | 0 | $0 | 2.00% | 6.16% | 0.00% | 0.00% | $15 |
| Source VX | Interzoom LLC | 201512 | $32,000 | 161 | $3,888 | 7 | $319 | 0 | $0 | 4.35% | 8.21% | 0.00% | 0.00% | $24 |
| Source VX | Interzoom LLC | 201601 | $32,000 | 0 | $0 | 0 | $0 | 9 | $584 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| Source VX | Interzoom LLC | 201602 | $32,000 | 0 | $0 | 0 | $0 | 2 | $95 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| | | Totals: | | 211 | $4,617 | 8 | $364 | 11 | $678 | 3.79% | 7.89% | 5.21% | 14.69% | $22 |

Ex. 18
FTC-000863

| Merchant ID | DBA Name | Legal Name | Month | AMV | Sale Cnt | Sale Vol | Refund Cnt | Refund Vol | CB Cnt | CB Vol | Ref Cnt Ratio | Ref Vol Ratio | CB Cnt Ratio | CB Vol Ratio | Avg Ticket |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0186 | ED Formula | Horizon Media LLC | 201511 | $32,000 | 518 | $5,294 | 2 | $50 | 1 | $45 | 0.39% | 0.94% | 0.19% | 0.85% | $10 |
| 0186 | ED Formula | Horizon Media LLC | 201512 | $32,000 | 0 | $0 | 0 | $0 | 5 | $364 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 0186 | ED Formula | Horizon Media LLC | 201601 | $32,000 | 0 | $0 | 0 | $0 | 1 | $5 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 0186 | ED Formula | Horizon Media LLC | 201603 | $32,000 | 0 | $0 | 0 | $0 | 1 | $90 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| | | | Totals: | | 518 | $5,294 | 2 | $50 | 8 | $504 | 0.39% | 0.94% | 1.54% | 9.51% | $10 |

Ex. 18
FTC-000864

| Merchant ID | DBA Name | Legal Name | Month | AMV | Sale Cnt | Sale Vol | Refund Cnt | Refund Vol | CB Cnt | CB Vol | Ref Cnt Ratio | Ref Vol Ratio | CB Cnt Ratio | CB Vol Ratio | Avg Ticket |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0624 | Vx3 Results | Singletrack Solutions LLC | 201511 | $30,000 | 595 | $17,068 | 14 | $554 | 2 | $180 | 2.35% | 3.24% | 0.34% | 1.05% | $29 |
| 0624 | Vx3 Results | Singletrack Solutions LLC | 201512 | $30,000 | 1,081 | $31,946 | 60 | $3,148 | 33 | $2,426 | 5.55% | 9.86% | 3.05% | 7.60% | $30 |
| 0624 | Vx3 Results | Singletrack Solutions LLC | 201601 | $30,000 | 845 | $11,252 | 55 | $2,760 | 39 | $3,131 | 6.51% | 24.53% | 4.62% | 27.83% | $13 |
| 0624 | Vx3 Results | Singletrack Solutions LLC | 201602 | $30,000 | 1,391 | $43,846 | 82 | $4,441 | 60 | $4,316 | 5.90% | 10.13% | 4.31% | 9.84% | $32 |
| 0624 | Vx3 Results | Singletrack Solutions LLC | 201603 | $30,000 | 0 | $0 | 0 | $0 | 42 | $3,556 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 0624 | Vx3 Results | Singletrack Solutions LLC | 201604 | $30,000 | 0 | $0 | 0 | $0 | 15 | $1,217 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 0624 | Vx3 Results | Singletrack Solutions LLC | 201605 | $30,000 | 0 | $0 | 0 | $0 | 5 | $364 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 0624 | Vx3 Results | Singletrack Solutions LLC | 201606 | $30,000 | 0 | $0 | 0 | $0 | 1 | $90 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| | | | Totals: | | 3,912 | $104,112 | 211 | $10,904 | 197 | $15,281 | 5.39% | 10.47% | 5.04% | 14.68% | $27 |

| Merchant ID | DBA Name | Legal Name | Month | AMV | Sale Cnt | Sale Vol | Refund Cnt | Refund Vol | CB Cnt | CB Vol | Ref Cnt Ratio | Ref Vol Ratio | CB Cnt Ratio | CB Vol Ratio | Avg Ticket |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 424 | EMX Plus | Mountain Range Ventures LLC | 201511 | $32,000 | 664 | $24,293 | 7 | $404 | 0 | $0 | 1.05% | 1.66% | 0.00% | 0.00% | $37 |
| 424 | EMX Plus | Mountain Range Ventures LLC | 201512 | $32,000 | 1,301 | $32,026 | 80 | $4,653 | 65 | $5,362 | 6.15% | 14.53% | 5.00% | 16.74% | $25 |
| 424 | EMX Plus | Mountain Range Ventures LLC | 201601 | $32,000 | 376 | $29,107 | 66 | $4,027 | 77 | $6,526 | 17.55% | 13.84% | 20.48% | 22.42% | $77 |
| 424 | EMX Plus | Mountain Range Ventures LLC | 201602 | $32,000 | 924 | $31,889 | 70 | $4,448 | 69 | $6,043 | 7.58% | 13.95% | 7.47% | 18.95% | $35 |
| 424 | EMX Plus | Mountain Range Ventures LLC | 201603 | $32,000 | 190 | $6,951 | 4 | $207 | 45 | $3,712 | 2.11% | 2.98% | 23.68% | 53.40% | $37 |
| 424 | EMX Plus | Mountain Range Ventures LLC | 201604 | $32,000 | 0 | $0 | 0 | $0 | 8 | $718 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 424 | EMX Plus | Mountain Range Ventures LLC | 201605 | $32,000 | 0 | $0 | 0 | $0 | 3 | $185 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| | | | Totals: | | 3,455 | $124,266 | 227 | $13,740 | 267 | $22,545 | 6.57% | 11.06% | 7.73% | 18.14% | $36 |

Ex. 18
FTC-000866

| Merchant ID | DBA Name | Legal Name | Month | AMV | Sale Cnt | Sale Vol | Refund Cnt | Refund Vol | CB Cnt | CB Vol | Ref Cnt Ratio | Ref Vol Ratio | CB Cnt Ratio | CB Vol Ratio | Avg Ticket |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2455 | ED Max S | Singletrack Solutions LLC | 201512 | $30,000 | 677 | $27,644 | 23 | $1,273 | 8 | $663 | 3.40% | 4.60% | 1.18% | 2.36% | $41 |
| 2455 | ED Max S | Singletrack Solutions LLC | 201601 | $30,000 | 736 | $25,347 | 42 | $2,346 | 30 | $2,490 | 5.71% | 9.26% | 4.08% | 9.82% | $34 |
| 2455 | ED Max S | Singletrack Solutions LLC | 201602 | $30,000 | 1,397 | $31,066 | 86 | $5,425 | 60 | $4,919 | 6.16% | 17.46% | 4.29% | 15.83% | $22 |
| 2455 | ED Max S | Singletrack Solutions LLC | 201603 | $30,000 | 0 | $0 | 0 | $0 | 35 | $2,718 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 2455 | ED Max S | Singletrack Solutions LLC | 201604 | $30,000 | 0 | $0 | 0 | $0 | 6 | $539 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 2455 | ED Max S | Singletrack Solutions LLC | 201605 | $30,000 | 0 | $0 | 0 | $0 | 6 | $539 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 2455 | ED Max S | Singletrack Solutions LLC | 201606 | $30,000 | 0 | $0 | 0 | $0 | 1 | $22 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| | | | Totals: | | 2,810 | $84,057 | 151 | $9,044 | 146 | $11,879 | 5.37% | 10.76% | 5.20% | 14.13% | $30 |

| Merchant ID | DBA Name | Legal Name | Month | AMV | Sale Cnt | Sale Vol | Refund Cnt | Refund Vol | CB Cnt | CB Vol | Ref Cnt Ratio | Ref Vol Ratio | CB Cnt Ratio | CB Vol Ratio | Avg Ticket |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2489 | Pure VX3 | Mountain Range Ventures LLC | 201512 | $32,000 | 267 | $6,963 | 7 | $319 | 1 | $5 | 2.62% | 4.58% | 0.37% | 0.07% | $26 |
| 2489 | Pure VX3 | Mountain Range Ventures LLC | 201601 | $32,000 | 591 | $18,858 | 37 | $1,850 | 40 | $3,122 | 6.26% | 9.81% | 6.77% | 16.56% | $32 |
| 2489 | Pure VX3 | Mountain Range Ventures LLC | 201602 | $32,000 | 0 | $0 | 0 | $0 | 27 | $2,085 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 2489 | Pure VX3 | Mountain Range Ventures LLC | 201603 | $10,000 | 1,227 | $26,511 | 33 | $1,333 | 23 | $1,309 | 2.69% | 5.03% | 1.87% | 4.94% | $22 |
| 2489 | Pure VX3 | Mountain Range Ventures LLC | 201604 | $10,000 | 0 | $0 | 0 | $0 | 26 | $2,041 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 2489 | Pure VX3 | Mountain Range Ventures LLC | 201605 | $10,000 | 0 | $0 | 0 | $0 | 8 | $396 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| 2489 | Pure VX3 | Mountain Range Ventures LLC | 201606 | $10,000 | 0 | $0 | 0 | $0 | 3 | $202 | 0.00% | 0.00% | 0.00% | 0.00% | $0 |
| | | | Totals: | | 2,085 | $52,332 | 77 | $3,503 | 128 | $9,160 | 3.69% | 6.69% | 6.14% | 17.50% | $25 |

# Exhibit QQ

Ex. 18
FTC-000869

| DBA | MLE | MID | Date Opened | Date Closed | Closure Reason | Owner |
|---|---|---|---|---|---|---|
| VX Now | Cascade Canyon LLC | 8162 | 9/28/2015 | | | David Barnett |
| Mineral Mask | Mineral Mask LLC | 2496 | 7/18/2016 | | | David Barnett |
| Zymax | Precision Labs LLC | 1415 | 8/2/2016 | | | David Barnett |
| Cogniflex | Sure Science LLC | 7933 | 9/22/2015 | | | David Barnett |
| VX3 Burn | Teton Pass LLC | 9517 | 10/30/2015 | | | David Barnett |
| Body Type Makeover | Health Vitality Group | 6406 | | | | |
| Rent2Owninc.com | Hidden Listings Corp | 3651 | | | | |
| HiddenListings.com | Hidden Listings Corp | 3875 | | | | |
| Premium Garcinia Extract | DMB Marketing LLC | 2393 | 7/5/2013 | 12/4/2014 | Rollover | David Barnett |
| Diginetwork Group | DigiNetwork Group, Inc | 5240 | 6/4/2010 | 3/22/2012 | Merchant Request | Phillip Pelkos |
| Diginetwork Group 2 | DiginetworkGroup, Inc | 5620 | 12/31/2009 | 3/22/2012 | Merchant Request | Phillip Pelkos |
| ED Formula | Horizon Media LLC | 0186 | 11/5/2015 | 5/29/2016 | Excessive Chargebacks | David Barnett |
| Hair Tab F | Horizon Media LLC | 0053 | 11/4/2015 | 12/2/2015 | Excessive Chargebacks | David Barnett |
| HairFoil | Interzoom LLC | 9590 | 10/29/2015 | 12/31/2015 | Excessive Chargebacks | |
| Source VX | Interzoom LLC | 0095 | 11/3/2015 | 12/31/2015 | Excessive Chargebacks | |
| Pure VX3 | Mountain Range Ventures LLC | 2489 | 2/26/2016 | 3/24/2016 | Excessive Chargebacks | |
| EMX Plus | Mountain Range Ventures LLC | 1424 | 11/19/2015 | 3/12/2016 | Excessive Chargebacks | |
| FC Special | Old West Equity LLC | 3592 | 12/3/2015 | 12/31/2015 | Excessive Chargebacks | Raul Camacho |
| EMax ED | Old West Equity LLC | 3782 | 10/23/2015 | 12/31/2015 | Excessive Chargebacks | Raul Camacho |
| Addium | Precision Labs LLC | 2075 | 11/12/2014 | 8/5/2016 | Merchant Request | David Barnett |
| ED Max S | Singletrack Solutions LLC | 2455 | 12/12/2015 | 4/2/2016 | Excessive Chargebacks | |
| VX3 Results | Singletrack Solutions LLC | 0624 | 11/12/2015 | 4/2/2016 | Excessive Chargebacks | |
| Natural VX3 | Sky Media Group LLC | 9061 | 10/23/2015 | 3/15/2016 | Excessive Chargebacks | |

# Exhibit RR

Ex. 18
FTC-000871

**Paysafe**

February 12, 2016

Sky Media Group LLC
690 S Hwy 89 #200
Jackson, WY 83001

MID: ████████8956
DBA: ED Blocker

Dear Lorraine Carrasco:

This letter is to notify you that your merchant account with Paysafe will be terminated on **March 11, 2016** for one or more of the reasons listed below:

- ❑   Excessive chargebacks and/or retrievals

- ❑   Excessive authorizations and/or fraudulent transactions

- ❑   The nature of your business poses a security risk

- ❑   Receipt of unsatisfactory data from other sources (credit reporting agencies, MATCH, etc.)

- ❑   Substantial change in your financial condition

- ❑   Collections

- ❑   Misrepresentation of information related to your application or the services/products offered

- ❑   Substantial change in the form, management, operations, or ownership of your business

- ❑   Violation of Card Association Rules

**In order to avoid possible rejects, please make sure that your last batch is batched out before 12:00pm PST on March 10, 2016.**

**<u>Because of the nature of this termination, all funds, deposits, securities, pledges, and reserves held by or assigned to us or our acquiring bank will remain withheld for a period of at least 180 days after the last chargeback or date of termination, whichever is greater, to prevent any potential losses incurred by us or our acquiring bank.</u>** All chargebacks will first be charged to the merchant's bank account. If that bank account does not contain sufficient funds to cover the chargebacks, we may withdraw funds from any of the accounts held by us to cover the chargebacks (as well as any related fees and fines). We regret having to take this position, but we hope to make this transition as easy as possible. If you have any questions regarding this letter, please contact the Risk Department.

Sincerely,

Risk Department
Paysafe
2600 Michelson Drive, Suite 1600
Irvine, CA 92612
Phone: (888) 851-7558
Fax: (949) 861-9240
Irvine.Risk.Management@paysafe.com



January 21, 2016


Teton Pass LLC
Follicure
PO Box 9670
Jackson, WY 83002

**RE:  High Chargeback activity in December 2015 for account #███████████8303**

Dear Antonio Vasquez,


In an effort to help you avoid unnecessary non-compliance card brand penalties, we are notifying you that your current chargeback ratio is approaching the card brands' thresholds for non-compliance. Your Visa/MasterCard chargeback ratio has reached 0.75%, and you have a count of at least 50 chargebacks. It is important that steps are taken to reduce your chargeback ratio in the next 60 days.

Although you have not exceeded the card brands' thresholds for non-compliance, it is our goal to ensure that you are aware of this potential non-compliance event and offer our assistance with any questions you may have regarding chargebacks.

If you have not sent us a chargeback reduction plan in the past 6 months, please submit one to us no later than 5 business days from the date of this letter so that we can review it and provide any feedback we feel may assist you in lowering chargebacks. If you have any questions, please contact our Risk department at the number below.

Sincerely,

Risk Management Team
Paysafe Group PLC
Phone: (949) 788-1010
Fax: (949) 861-9240

Ex. 18
FTC-000873

**Paysafe**

January 21, 2016

Teton Pass LLC
PO Box 9670
Jackson, WY 83002

MID: ████████8303
DBA: Follicure

Dear Antonio Vasquez:

This letter is to notify you that your merchant account with Paysafe will be terminated on **January 29, 2016** for one or more of the reasons listed below:

      ❑  Excessive chargebacks and/or retrievals

      ❑  Excessive authorizations and/or fraudulent transactions

      ❑  The nature of your business poses a security risk

      ❑  Receipt of unsatisfactory data from other sources (credit reporting agencies, MATCH, etc.)

      ❑  Substantial change in your financial condition

      ❑  Collections

      ❑  Misrepresentation of information related to your application or the services/products offered

      ❑  Substantial change in the form, management, operations, or ownership of your business

      ❑  Violation of Card Association Rules

**In order to avoid possible rejects, please make sure that your last batch is batched out before 12:00pm PST on January 28, 2016.**

**<u>Because of the nature of this termination, all funds, deposits, securities, pledges, and reserves held by or assigned to us or our acquiring bank will remain withheld for a period of at least 180 days after the last chargeback or date of termination, whichever is greater, to prevent any potential losses incurred by us or our acquiring bank.</u>** All chargebacks will first be charged to the merchant's bank account. If that bank account does not contain sufficient funds to cover the chargebacks, we may withdraw funds from any of the accounts held by us to cover the chargebacks (as well as any related fees and fines). We regret having to take this position, but we hope to make this transition as easy as possible. If you have any questions regarding this letter, please contact the Risk Department.

Sincerely,

Risk Department
Paysafe
2600 Michelson Drive, Suite 1600
Irvine, CA 92612
Phone: (888) 851-7558
Fax: (949) 861-9240
Irvine.Risk.Management@paysafe.com

# Paysafe

February 12, 2016

Sky Media Group LLC
690 S Hwy 89 #200
Jackson, WY 83001

MID: ██████████9061
DBA: Natural VX3

Dear Lorraine Carrasco:

This letter is to notify you that your merchant account with Paysafe will be terminated on **March 11, 2016** for one or more of the reasons listed below:

- ❑   Excessive chargebacks and/or retrievals

- ❑   Excessive authorizations and/or fraudulent transactions

- ❑   The nature of your business poses a security risk

- ❑   Receipt of unsatisfactory data from other sources (credit reporting agencies, MATCH, etc.)

- ❑   Substantial change in your financial condition

- ❑   Collections

- ❑   Misrepresentation of information related to your application or the services/products offered

- ❑   Substantial change in the form, management, operations, or ownership of your business

- ❑   Violation of Card Association Rules

**In order to avoid possible rejects, please make sure that your last batch is batched out before 12:00pm PST on March 10, 2016.**

**<u>Because of the nature of this termination, all funds, deposits, securities, pledges, and reserves held by or assigned to us or our acquiring bank will remain withheld for a period of at least 180 days after the last chargeback or date of termination, whichever is greater, to prevent any potential losses incurred by us or our acquiring bank.</u>** All chargebacks will first be charged to the merchant's bank account. If that bank account does not contain sufficient funds to cover the chargebacks, we may withdraw funds from any of the accounts held by us to cover the chargebacks (as well as any related fees and fines). We regret having to take this position, but we hope to make this transition as easy as possible. If you have any questions regarding this letter, please contact the Risk Department.

Sincerely,

Risk Department
Paysafe
2600 Michelson Drive, Suite 1600
Irvine, CA 92612
Phone: (888) 851-7558
Fax: (949) 861-9240
Irvine.Risk.Management@paysafe.com

**Paysafe**

March 3, 2016

Singletrack Solutions LLC
PO Box 6949
Jackson, WY 80032

MID: ████████████0624
DBA: Vx3 Results

Dear Juliane Pindea:

This letter is to notify you that your merchant account with Paysafe will be terminated on **March 31, 2016** for one or more of the reasons listed below:

❑ Excessive chargebacks and/or retrievals

❑ Excessive authorizations and/or fraudulent transactions

❑ The nature of your business poses a security risk

❑ Receipt of unsatisfactory data from other sources (credit reporting agencies, MATCH, etc.)

❑ Substantial change in your financial condition

❑ Collections

❑ Misrepresentation of information related to your application or the services/products offered

❑ Substantial change in the form, management, operations, or ownership of your business

❑ Violation of Card Association Rules

**In order to avoid possible rejects, please make sure that your last batch is batched out before 12:00pm PST on March 30, 2016.**

**<u>Because of the nature of this termination, all funds, deposits, securities, pledges, and reserves held by or assigned to us or our acquiring bank will remain withheld for a period of at least 180 days after the last chargeback or date of termination, whichever is greater, to prevent any potential losses incurred by us or our acquiring bank.</u>** All chargebacks will first be charged to the merchant's bank account. If that bank account does not contain sufficient funds to cover the chargebacks, we may withdraw funds from any of the accounts held by us to cover the chargebacks (as well as any related fees and fines). We regret having to take this position, but we hope to make this transition as easy as possible. If you have any questions regarding this letter, please contact the Risk Department.

Sincerely,

Risk Department
Paysafe
2600 Michelson Drive, Suite 1600
Irvine, CA 92612
Phone: (888) 851-7558
Fax: (949) 861-9240
Irvine.Risk.Management@paysafe.com

**Paysafe**

March 3, 2016

Singletrack Solutions LLC
PO Box 6949
Jackson, WY 80032

MID: ███████████2455
DBA: ED Max S

Dear Juliane Pineda:

This letter is to notify you that your merchant account with Paysafe will be terminated on **March 31, 2016** for one or more of the reasons listed below:

❑   Excessive chargebacks and/or retrievals

❑   Excessive authorizations and/or fraudulent transactions

❑   The nature of your business poses a security risk

❑   Receipt of unsatisfactory data from other sources (credit reporting agencies, MATCH, etc.)

❑   Substantial change in your financial condition

❑   Collections

❑   Misrepresentation of information related to your application or the services/products offered

❑   Substantial change in the form, management, operations, or ownership of your business

❑   Violation of Card Association Rules

**In order to avoid possible rejects, please make sure that your last batch is batched out before 12:00pm PST on March 30, 2016.**

**Because of the nature of this termination, all funds, deposits, securities, pledges, and reserves held by or assigned to us or our acquiring bank will remain withheld for a period of at least 180 days after the last chargeback or date of termination, whichever is greater, to prevent any potential losses incurred by us or our acquiring bank.** All chargebacks will first be charged to the merchant's bank account. If that bank account does not contain sufficient funds to cover the chargebacks, we may withdraw funds from any of the accounts held by us to cover the chargebacks (as well as any related fees and fines). We regret having to take this position, but we hope to make this transition as easy as possible. If you have any questions regarding this letter, please contact the Risk Department.

Sincerely,

Risk Department
Paysafe
2600 Michelson Drive, Suite 1600
Irvine, CA 92612
Phone: (888) 851-7558
Fax: (949) 861-9240
Irvine.Risk.Management@paysafe.com

**Paysafe**

December 22, 2015


Old West Equity LLC
690 US-89 #200
Jackson, WY 83001

MID: ████████8782
DBA: EMax ED

Dear Raul D Camacho:

This letter is to notify you that your merchant account with Paysafe will be terminated on **December 30, 2015** for one or more of the reasons listed below:

- ❑   Excessive chargebacks and/or retrievals

- ❑   Excessive authorizations and/or fraudulent transactions

- ❑   The nature of your business poses a security risk

- ❑   Receipt of unsatisfactory data from other sources (credit reporting agencies, MATCH, etc.)

- ❑   Substantial change in your financial condition

- ❑   Collections

- ❑   Misrepresentation of information related to your application or the services/products offered

- ❑   Substantial change in the form, management, operations, or ownership of your business

- ❑   Violation of Card Association Rules

**In order to avoid possible rejects, please make sure that your last batch is batched out before 12:00pm PST on December 29, 2015.**

**Because of the nature of this termination, all funds, deposits, securities, pledges, and reserves held by or assigned to us or our acquiring bank will remain withheld for a period of at least 180 days after the last chargeback or date of termination, whichever is greater, to prevent any potential losses incurred by us or our acquiring bank.** All chargebacks will first be charged to the merchant's bank account. If that bank account does not contain sufficient funds to cover the chargebacks, we may withdraw funds from any of the accounts held by us to cover the chargebacks (as well as any related fees and fines). We regret having to take this position, but we hope to make this transition as easy as possible. If you have any questions regarding this letter, please contact the Risk Department.

Sincerely,

Risk Department
Paysafe
2600 Michelson Drive, Suite 1600
Irvine, CA 92612
Phone: (888) 851-7558
Fax: (949) 861-9240
Irvine.Risk.Management@paysafe.com

**Paysafe**

February 12, 2016

Mountain Range Ventures LLC
PO Box 10820
Jackson, WY 83002

MID: ████████1424
DBA: EMX Plus

Dear Arturo Oliveros:

This letter is to notify you that your merchant account with Paysafe will be terminated on **March 11, 2016** for one or more of the reasons listed below:

- ❑ Excessive chargebacks and/or retrievals

- ❑ Excessive authorizations and/or fraudulent transactions

- ❑ The nature of your business poses a security risk

- ❑ Receipt of unsatisfactory data from other sources (credit reporting agencies, MATCH, etc.)

- ❑ Substantial change in your financial condition

- ❑ Collections

- ❑ Misrepresentation of information related to your application or the services/products offered

- ❑ Substantial change in the form, management, operations, or ownership of your business

- ❑ Violation of Card Association Rules

**In order to avoid possible rejects, please make sure that your last batch is batched out before 12:00pm PST on March 10, 2016.**

**<u>Because of the nature of this termination, all funds, deposits, securities, pledges, and reserves held by or assigned to us or our acquiring bank will remain withheld for a period of at least 180 days after the last chargeback or date of termination, whichever is greater, to prevent any potential losses incurred by us or our acquiring bank.</u>** All chargebacks will first be charged to the merchant's bank account. If that bank account does not contain sufficient funds to cover the chargebacks, we may withdraw funds from any of the accounts held by us to cover the chargebacks (as well as any related fees and fines). We regret having to take this position, but we hope to make this transition as easy as possible. If you have any questions regarding this letter, please contact the Risk Department.

Sincerely,

Risk Department
Paysafe
2600 Michelson Drive, Suite 1600
Irvine, CA 92612
Phone: (888) 851-7558
Fax: (949) 861-9240
Irvine.Risk.Management@paysafe.com

**Paysafe**

March 3, 2016

Mountain Range Ventures LLC
PO Box 10820
Jackson, WY 83002

MID: ████████2489
DBA: Pure VX3

Dear Arturo Oliveros:

This letter is to notify you that your merchant account with Paysafe will be terminated on **March 11, 2016** for one or more of the reasons listed below:

- ❑ Excessive chargebacks and/or retrievals

- ❑ Excessive authorizations and/or fraudulent transactions

- ❑ The nature of your business poses a security risk

- ❑ Receipt of unsatisfactory data from other sources (credit reporting agencies, MATCH, etc.)

- ❑ Substantial change in your financial condition

- ❑ Collections

- ❑ Misrepresentation of information related to your application or the services/products offered

- ❑ Substantial change in the form, management, operations, or ownership of your business

- ❑ Violation of Card Association Rules

**In order to avoid possible rejects, please make sure that your last batch is batched out before 12:00pm PST on March 10, 2016.**

**Because of the nature of this termination, all funds, deposits, securities, pledges, and reserves held by or assigned to us or our acquiring bank will remain withheld for a period of at least 180 days after the last chargeback or date of termination, whichever is greater, to prevent any potential losses incurred by us or our acquiring bank.** All chargebacks will first be charged to the merchant's bank account. If that bank account does not contain sufficient funds to cover the chargebacks, we may withdraw funds from any of the accounts held by us to cover the chargebacks (as well as any related fees and fines). We regret having to take this position, but we hope to make this transition as easy as possible. If you have any questions regarding this letter, please contact the Risk Department.

Sincerely,

Risk Department
Paysafe
2600 Michelson Drive, Suite 1600
Irvine, CA 92612
Phone: (888) 851-7558
Fax: (949) 861-9240
Irvine.Risk.Management@paysafe.com

**Paysafe**

December 22, 2015

Interzoom LLC
PO Box 12679
Jackson, WY 83002

MID: ████████0095
DBA: Source VX

Dear Graciela Vasquez:

This letter is to notify you that your merchant account with Paysafe will be terminated on **December 30, 2015** for one or more of the reasons listed below:

- ❑   Excessive chargebacks and/or retrievals

- ❑   Excessive authorizations and/or fraudulent transactions

- ❑   The nature of your business poses a security risk

- ❑   Receipt of unsatisfactory data from other sources (credit reporting agencies, MATCH, etc.)

- ❑   Substantial change in your financial condition

- ❑   Collections

- ❑   Misrepresentation of information related to your application or the services/products offered

- ❑   Substantial change in the form, management, operations, or ownership of your business

- ❑   Violation of Card Association Rules

**In order to avoid possible rejects, please make sure that your last batch is batched out before 12:00pm PST on December 29, 2015.**

**Because of the nature of this termination, all funds, deposits, securities, pledges, and reserves held by or assigned to us or our acquiring bank will remain withheld for a period of at least 180 days after the last chargeback or date of termination, whichever is greater, to prevent any potential losses incurred by us or our acquiring bank.** All chargebacks will first be charged to the merchant's bank account. If that bank account does not contain sufficient funds to cover the chargebacks, we may withdraw funds from any of the accounts held by us to cover the chargebacks (as well as any related fees and fines). We regret having to take this position, but we hope to make this transition as easy as possible. If you have any questions regarding this letter, please contact the Risk Department.

Sincerely,

Risk Department
Paysafe
2600 Michelson Drive, Suite 1600
Irvine, CA 92612
Phone: (888) 851-7558
Fax: (949) 861-9240
Irvine.Risk.Management@paysafe.com

**Paysafe**

December 22, 2015

Interzoom LLC
PO Box 12679
Jackson, WY 83002

MID: ████████9590
DBA: HairFoll

Dear Graciela Vasquez:

This letter is to notify you that your merchant account with Paysafe will be terminated on **December 30, 2015** for one or more of the reasons listed below:

- ❑   Excessive chargebacks and/or retrievals

- ❑   Excessive authorizations and/or fraudulent transactions

- ❑   The nature of your business poses a security risk

- ❑   Receipt of unsatisfactory data from other sources (credit reporting agencies, MATCH, etc.)

- ❑   Substantial change in your financial condition

- ❑   Collections

- ❑   Misrepresentation of information related to your application or the services/products offered

- ❑   Substantial change in the form, management, operations, or ownership of your business

- ❑   Violation of Card Association Rules

**In order to avoid possible rejects, please make sure that your last batch is batched out before 12:00pm PST on December 29, 2015.**

**<u>Because of the nature of this termination, all funds, deposits, securities, pledges, and reserves held by or assigned to us or our acquiring bank will remain withheld for a period of at least 180 days after the last chargeback or date of termination, whichever is greater, to prevent any potential losses incurred by us or our acquiring bank.</u>** All chargebacks will first be charged to the merchant's bank account. If that bank account does not contain sufficient funds to cover the chargebacks, we may withdraw funds from any of the accounts held by us to cover the chargebacks (as well as any related fees and fines). We regret having to take this position, but we hope to make this transition as easy as possible. If you have any questions regarding this letter, please contact the Risk Department.

Sincerely,

Risk Department
Paysafe
2600 Michelson Drive, Suite 1600
Irvine, CA 92612
Phone: (888) 851-7558
Fax: (949) 861-9240
Irvine.Risk.Management@paysafe.com

**Paysafe**

November 30, 2015

Horizon Media LLC
PO Box 9149
Jackson, WY 83002

MID: ███████████0053
DBA: Hair Tab F

Dear Silvia Del Gadillo:

This letter is to notify you that your merchant account with Paysafe has been terminated for one or more of the reasons listed below:

❑ Excessive chargebacks and/or retrievals

❑ Excessive authorizations and/or fraudulent transactions

❑ The nature of your business poses a security risk

❑ Receipt of unsatisfactory data from other sources (credit reporting agencies, MATCH, etc.)

❑ Substantial change in your financial condition

❑ Collections

❑ Misrepresentation of information related to your application or the services/products offered

❑ Substantial change in the form, management, operations, or ownership of your business

❑ Violation of Card Association Rules

**Because of the nature of this termination, all funds, deposits, securities, pledges, and reserves held by or assigned to us or our acquiring bank will remain withheld for a period of at least 180 days after the last chargeback or date of termination, whichever is greater, to prevent any potential losses incurred by us or our acquiring bank.** All chargebacks will first be charged to the merchant's bank account. If that bank account does not contain sufficient funds to cover the chargebacks, we may withdraw funds from any of the accounts held by us to cover the chargebacks (as well as any related fees and fines).

We regret having to take this position, but we hope to make this transition as easy as possible. If you have any questions regarding this letter, please contact the Risk Department.

Sincerely,

Paysafe
Attn: Risk Department
2600 Michelson Drive, Suite 1600
Irvine, CA 92612
Phone: (949) 788-1010
Fax: (949) 861-9240
Irvine.Risk.Management@PaySafe.com

**Paysafe**

November 30, 2015

Horizon Media LLC
PO Box 9149
Jackson, WY 83002

MID: ████████0186
DBA: ED Formula

Dear Silvia Del Gadillo:

This letter is to notify you that your merchant account with Paysafe has been terminated for one or more of the reasons listed below:

❑   Excessive chargebacks and/or retrievals

❑   Excessive authorizations and/or fraudulent transactions

❑   The nature of your business poses a security risk

❑   Receipt of unsatisfactory data from other sources (credit reporting agencies, MATCH, etc.)

❑   Substantial change in your financial condition

❑   Collections

❑   Misrepresentation of information related to your application or the services/products offered

❑   Substantial change in the form, management, operations, or ownership of your business

❑   Violation of Card Association Rules

**Because of the nature of this termination, all funds, deposits, securities, pledges, and reserves held by or assigned to us or our acquiring bank will remain withheld for a period of at least 180 days after the last chargeback or date of termination, whichever is greater, to prevent any potential losses incurred by us or our acquiring bank.** All chargebacks will first be charged to the merchant's bank account. If that bank account does not contain sufficient funds to cover the chargebacks, we may withdraw funds from any of the accounts held by us to cover the chargebacks (as well as any related fees and fines).

We regret having to take this position, but we hope to make this transition as easy as possible. If you have any questions regarding this letter, please contact the Risk Department.

Sincerely,

Paysafe
Attn: Risk Department
2600 Michelson Drive, Suite 1600
Irvine, CA 92612
Phone: (949) 788-1010
Fax: (949) 861-9240
Irvine.Risk.Management@PaySafe.com

**Paysafe**

January 21, 2016

Teton Pass LLC
PO Box 9670
Jackson, WY 83002

MID: ██████████9517
DBA: VX3 Burn

Dear Antonio Vasquez:

This letter is to notify you that your merchant account with Paysafe will be terminated on **January 29, 2016** for one or more of the reasons listed below:

- ❑   Excessive chargebacks and/or retrievals

- ❑   Excessive authorizations and/or fraudulent transactions

- ❑   The nature of your business poses a security risk

- ❑   Receipt of unsatisfactory data from other sources (credit reporting agencies, MATCH, etc.)

- ❑   Substantial change in your financial condition

- ❑   Collections

- ❑   Misrepresentation of information related to your application or the services/products offered

- ❑   Substantial change in the form, management, operations, or ownership of your business

- ❑   Violation of Card Association Rules

**In order to avoid possible rejects, please make sure that your last batch is batched out before 12:00pm PST on January 28, 2016.**

**Because of the nature of this termination, all funds, deposits, securities, pledges, and reserves held by or assigned to us or our acquiring bank will remain withheld for a period of at least 180 days after the last chargeback or date of termination, whichever is greater, to prevent any potential losses incurred by us or our acquiring bank.** All chargebacks will first be charged to the merchant's bank account. If that bank account does not contain sufficient funds to cover the chargebacks, we may withdraw funds from any of the accounts held by us to cover the chargebacks (as well as any related fees and fines). We regret having to take this position, but we hope to make this transition as easy as possible. If you have any questions regarding this letter, please contact the Risk Department.

Sincerely,

Risk Department
Paysafe
2600 Michelson Drive, Suite 1600
Irvine, CA 92612
Phone: (888) 851-7558
Fax: (949) 861-9240
Irvine.Risk.Management@paysafe.com

# Exhibit SS

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

### Pursuant to 28 U.S.C. § 1746

1.  I, _____Leonora Lillie_____, have personal knowledge of the facts set forth below

and am competent to testify as follows:

2.  I have authority to certify the authenticity of the records produced by MasterCard Inc.,

and attached hereto.

3.  The documents produced and attached hereto by MasterCard Inc. are originals or true

copies of records of regularly conducted activity that:

  a)  Were made at or near the time of the occurrence of the matters set forth by, or

  from information transmitted by, a person with knowledge of those matters;

  b)  Were kept in the course of the regularly conducted activity of MasterCard Inc.;

  and

  c)  Were made by the regularly conducted activity as a regular practice of MasterCard

  Inc.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____October 16_____, 2017.

_____
Signature

# Exhibit TT

Ex. 18
FTC-000888

The excel spreadsheet we provided in response to your request has 4 tabs – GBSC, Auth, Debit and Chargeback.  Please find a brief description for each tab below.

| TAB TITLE | DESCRIPTION OF TAB TITLE | EXPLANATION |
|---|---|---|
| GCMS | Global Clearing Management System | This tab represents transactions that Mastercard settled between the issuer (cardholder's bank) and acquirer (merchant's bank). |
| AUTH | Authorization | This tab represents all transactions that went through Mastercard's network (BankNet) and authorized by the issuer (cardholder's bank).  These transactions will only appear on the GCMS tab if Mastercard settled the transaction between the issuer and the acquirer. |
| DEBIT | Prepaid and debit card transactions | This tab represents all debit (PIN and credit) and prepaid card transactions. |
| CHARGEBACKS | Cardholder claims | This tab represents chargebacks in which the cardholder has filed a claim with their issuer to dispute charges and obtain a refund.  The usage column indicates the Presentment Phase of the chargeback.  For example:  "1" represents the first presentment in which the cardholder filed a claim with their issuer within the first 120 days of the transaction settlement date.  A "2" means a second presentment in which the acquirer provides evidence in response to the cardholder's claim within 45 days of the chargeback settlement date.  A "3" is defined as the issuer's arbitration chargeback, whereas the cardholder continues to dispute the transaction.  This occurs within 45 days of the second presentment settlement date. |

In regard to the specific title headings per tab, please see explanation below.

## TITLE HEADING DESCRIPTIONS FOR GCMS TAB

| COLUMN LETTER | TITLE | DESCRIPTION |
|---|---|---|
| A | HEADER | Identifies the tab, sheet name and type of transaction report.  For example, the GCMS tab represents transactions that Mastercard settled between the issuer and acquirer. |
| B | MONTH | Month and year in which the transaction occurred. |
| C | DW_ACQ_COUNTRY_CD | Acronym that represents the acquirer's country. |
| D | DE94_ACQUIRER_ID | Bank identification number assigned to the acquirer by Mastercard that helps us identify the merchant's bank. |
| E | ACQ_NAME | Name of the merchant's acquirer. |
| F | DW_ISS_COUNTRY_CD | Acronym that represents the issuer's country. |
| G | DE93_ISSUER_ID | Bank identification number (BIN) assigned to issuer by Mastercard that helps us to identify the cardholder's bank. |
| H | ISSUER_NAME | Issuer's name. |
| I | DE3_CARDHOLDER_TXN_TYPE | The numeric value that identifies the transaction type name in the next column. |
| J | TRANSACTION_TYPE_NAME | Description for DE3_CARDHOLDER_TXN_TYPE. |
| K | DW_MERCH_LOCATION_ID | ID number assigned to merchant by acquirer to identify their location. |
| L | DE41_POS_TERM_ID | Terminal identification number. |
| M | DE42_MERCH_ID | Merchant ID assigned by the acquirer. |
| N | DE43_MERCH_NAME | Merchant's name. |
| O | DE43_MERCH_STREET_ADDRESS | Merchant's street address. |
| P | DE43_MERCH_CITY | City in which merchant is located. |
| Q | DE43_MERCH_STATE_CD | State in which merchant is located. |
| R | DE43_MERCH_POSTAL_CODE | Merchant's postal code. |
| S | DE43_MERCH_COUNTRY_CD | Acronym for country in which the merchants is located. |
| T | DW_MERCH_CATEGORY_CLASS | Industry code assigned to a transaction that represents the classification name in the next column. |
| U | CLASSIFICATION_NAME | Description for the industry category for the category class. |
| V | DW_NET_PD_CNT | Total number of transactions for the month for the issuer identified in Column H |
| W | DW_NET_PD_AMT | Total dollar amount of transactions by issuer in Column H. |

**TITLE HEADING DESCRIPTIONS FOR AUTH TAB**

| COLUMN LETTER | TITLE | DESCRIPTION |
|---|---|---|
| A | HEADER | Identifies the tab, sheet name and type of transaction report.  For example, this tab shows the transactions that were authorized through BankNet (Mastercard's system). |
| B | MONTH | Month and year in which the transaction occurred. |
| C | DW_ISS_COUNTRY_CD | Acronym that represents the issuer's country |
| D | DW_ISSUER_ID | Bank identification number assigned to the issuer by Mastercard to help identify the cardholder's bank. |
| E | ISS_NAME | Issuer's name |
| F | DW_ACQ_COUNTRY_CD | Acronym that represents the acquirer's county |
| G | DW_ACQUIRER_ID | Bank identification number assigned to the acquirer by Mastercard that helps us identify the merchant's bank. |
| H | ACQ_NAME | Name of the acquiring institution |
| I | DE3S1_CARDHOLDER_TXN_TYPE | The numeric value that identifies the transaction type name in the next column. |
| J | TRANSACTION_TYPE_NAME | Description for DE3S1_CARDHOLDER_TXN_TYPE. |
| K | LOCATION_ID | ID assigned to merchant by acquirer to help identify their location |
| L | DE41_POS_TERM_ID | Point of Sale Terminal ID |
| M | DE42_MERCH_ID | Merchant ID assigned by the acquirer |
| N | DE43_MERCH_NAME_LOCATION | Merchant's name and location |
| O | DW_MERCH_REGION | Numeric code that represents the region in which the merchant is located |
| P | DW_MERCH_COUNTRY | Acronym for country in which the merchants is located which ties into the DW_MERCH_REGION |
| Q | AUTH_RESPONSE_ACTION | Identifies the status of the transaction (e.g., approve, decline, capture card, call issuer, etc.) |
| R | CLASSIFICATION_CODE | Industry code assigned to a transaction that also represents the classification name |
| S | CLASSIFICATION_NAME | Industry category name for the transaction |
| T | DW_TXN_CNT | Total number of transactions for the month for the issuer identified in Column E |
| U | DW_TXN_USD_AMT | Total dollar amount of transactions by issuer in Column E. |

## TITLE HEADING DESCRIPTIONS FOR DEBIT TAB

| COLUMN LETTER | TITLE | DESCRIPTION |
|---|---|---|
| A | HEADER | Identifies the tab, sheet name and type of transaction report.  This tab represents all prepaid and debit card (PIN and Credit) transactions. |
| B | MONTH | Month and year in which the transaction occurred. |
| C | DW_ISS_COUNTRY_CD | Acronym that represents the issuer's country. |
| D | DW_ISS_TRANSIT_ROUTING_ID | The issuer routing transit number, which is the number that would appear on a personal check. |
| E | ISS_RTN_NAME | Issuer's name. |
| F | CARDHOLDER_PROCESSOR_ID | Issuing institution's processor's ID. |
| G | ISS_PROC_NAME | Processor's Name. |
| H | DW_ACQ_COUNTRY_CD | Acronym that represents the acquirer's country. |
| I | DW_ACQ_TRANSIT_ROUTING_ID | The acquirer's routing transit number which used for the banks to send and receive money. |
| J | ACQ_RTN_NAME | Acquirer's name. |
| K | ATM_PROCESSOR_ID | Acquirer's processor's number |
| L | ACQ_PROC_NAME | The name of the acquirer's processor. |
| M | TRANS_TYPE | Type of transaction. |
| N | DE3S1_CRDHLDR_TRAN_TYPE | The numeric value that identifies the transaction type name in the next column. |
| O | TRANSACTION_TYPE_NAME | Description for DE3S1_CRDHLDR_TRAN_TYPE. |
| P | DW_LOCATION_ID | Identifies the category in which the transaction was made. |
| Q | DE41_POS_TERM_ID | Terminal identification number. |
| R | DE43_MERCH_NAME | Merchant's name. |
| S | DE43_MERCH_STREET_ADDRESS | Merchant's street address. |
| T | DE43_MERCH_CITY | City in which merchant is located. |
| U | DE43_MERCH_STATE_CD | State in which merchant is located. |
| V | DE61S14_POS_POSTAL_CD | Merchant's postal code. |
| W | DW_MERCH_COUNTRY_CD | Acronym for country in which the merchants is located. |
| X | AUTH_RESPONSE_ACTION | The authorization transaction response - approved, declined, capture, etc. |
| Y | CLASSIFICATION_CODE | Industry code assigned to a transaction that represents the classification name. |
| Z | CLASSIFICATION_NAME | Name of the industry category for the category class. |
| AA | DW_NET_TXN_CNT | Total number of transactions for the month for the issuer identified in Column F |
| AB | DW_NET_TXN_AMT | Total dollar amount of transactions by issuer in Column F. |

**TITLE HEADING DESCRIPTIONS FOR CHARGEBACK TAB**

| COLUMN LETTER | TITLE | DESCRIPTION |
|---|---|---|
| A | HEADER | Identifies the tab, sheet name and type of transaction report.  This tab represents cardholder disputes filed by the issuer as well as the presentment phase status.  See Column C's explanation below for more details. |
| B | MONTH | Month and year in which the transaction occurred. |
| C | DW_USAGE_CODE | Identifies the status of a chargeback. For example:  "1" represents the first presentment in which the cardholder filed a claim via their issuer and within the first 120 days of the transaction settlement date.  "2" is the second presentment in which the acquirer provides evidence in response to the cardholder's claim within 45 days of the chargeback settlement date.  "3" is defined as the issuer's arbitration chargeback, whereas the cardholder continues to dispute the transaction, which occurs within 45 days of the second presentment settlement date. |
| D | DW_ISS_COUNTRY_CD | Acronym that represents the issuer's county |
| E | DW_ACQ_COUNTRY_CD | Acronym that represents the acquirer's county |
| F | ISS_ICA | Bank identification number assigned to the issuer by Mastercard to help identify the cardholder's bank. |
| G | ISS_ICA_NAME | Issuer's name (cardholder's financial institution). |
| H | ACQ_ICA | Bank identification number assigned to the acquirer by Mastercard that helps us identify the merchant's bank. |
| I | ACQ_ICA_NAME | Name of the acquiring institution. |
| J | DE41_POS_TERM_ID | Terminal identification number. |
| K | DE42_MERCH_ID | Merchant ID assigned by the acquirer. |
| L | DE43_MERCH_NAME | Merchant's name. |
| M | DE43_MERCH_STREET_ADDRESS | Merchant's street address. |
| N | DE43_MERCH_CITY | City in which merchant is located. |
| O | DE43_MERCH_STATE_CD | State in which merchant is located. |
| P | DE43_MERCH_POSTAL_CODE | Merchant's postal code. |
| Q | DE43_MERCH_COUNTRY_CD | Acronym for country in which the merchants is located. |
| R | CLASSIFICATION_CODE | Industry code assigned to a transaction that represents the classification name. |
| S | CLASSIFICATION_NAME | Name of industry category for the category class. |
| T | DW_NET_PD_CNT | Total number of transactions for the month for the issuer identified in Column F |
| U | DW_NET_PD_AMT | Total dollar amount of transactions by issuer in Column F. |

Ex. 18

# Exhibit UU



# Search Sites

[                                        ]   Search

---

**https://biogenicxrcs.com/**

Bank: Transact Pro
Product: Evermax
Corp:
Country: US
Currency:
CS Phone: 877-397-8191
Descriptor: biogenicxrcap.com
status: dev

Update CSM Files

Update the Updater



Ex. 18
FTC-000895

Publish to https://biogenicxrcs.com/

Update Default Images for Evermax

Get Screenshot

Refresh

| | |
|---|---|
| sid | 678 |
| product | Evermax |
| straight sale | ☐ |
| product ingredients | Same As Product |
| bank | Transact Pro |
| corp | Capstone Capital Solutions Limited ( Regent ) |
| country | US |
| url | https://biogenicxrcs.com/ |
| currency_type | USD |
| Initial Price | 4.95 |
| Recurring Price | 89.78 |
| Shipping Price | 0.00 |
| In Store Credit / VAP ( 0.00 = no order_specialoffer.php ) | 1.10 |
| status | dev |
| cs_phone | 877-397-8191 |
| descriptor | biogenicxrcap.com |

FTC-000896
Ex. 18

| tags | TP_US_1612_8_sites |
|---|---|
| Return Address | Rapid Fulfillment Pacoima |
| Campaign ID | 359 |
| Product ID | 444 |
| Shipping ID | 8 |
| Force Gateway ID | |
| Travel Pack Product ID | |
| Travel Pack Price | |
| Travel Pack Name | |
| Prepaid/SS campaign id | |
| Prepaid/SS product 1 | |
| Prepaid/SS product id 1 | |
| Prepaid/SS price 1 | |
| Prepaid/SS product 2 | |
| Prepaid/SS product id 2 | |
| Prepaid/SS price 2 | |
| Prepaid/SS product 3 | |
| Prepaid/SS product id 3 | |
| Prepaid/SS price 3 | |

Ex. 18
FTC-000897

| | |
|---|---|
| Prepaid/SS product 4 | |
| Prepaid/SS product id 4 | |
| Prepaid/SS price 4 | |
| Prepaid/SS product 5 | |
| Prepaid/SS product id 5 | |
| Prepaid/SS price 5 | |
| Prepaid/SS product 6 | |
| Prepaid/SS product id 6 | |
| Prepaid/SS price 6 | |
| Prepaid/SS shipping id | |
| Prepaid/SS shipping price | |
| Image Primary | https://centralsitemanager.com/IMAGE_SETS/evermax_clinical_aesthetic/Evermax-CLEAN-102716.png |
| Image Secondary | |
| Insert Extra Text ( On Order Page ) | |
| Terms Abstract | |
| Terms Abstract ( Travel Pack ) | |

Ex. 18
FTC-000898

Terms Abstract (
Prepaid/SS )

notes

Save Entry

Copy Site

Delete Site

---

corp_name: Capstone Capital Solutions
Limited
corp_reg: ██████
address: Third Floor, 207 Regent Street
city: London
state:
zip: W1B 3HH, UK | Corp Reg: ████████
country: UK
signer_first_name: Daniel
signer_last_name: Moreno

return_address: 12924 Pierce Street
return_city: Pacoima
return_state: CA
return_zip: 91331
return_country: US

CS Email: contact@biogenicxrcs.com

Ex. 18
FTC-000899

Publish to https://biogenicxrcs.com/



Corps   |   Banks   |   Products   |   Sites   |   GhostCart ( Trial )   |   GhostCart ( SS )  |
GhostCart ( SS Continuity )   |   GhostCart ( Multi Product )   |   Logout

# Search Sites

Search

---

**http://ctlbioxr.com/**

Bank: Transact Pro
Product: Biogenic XR
Corp:
Country: US
Currency:
CS Phone: 877-479-5751
Descriptor: 8774795751ctlbioxr
status: dev

Update CSM Files

Update the Updater



Publish to http://ctlbioxr.com/

Update Default Images for Biogenic XR

Get Screenshot

Refresh

| | |
|---|---|
| sid | 924 |
| product | Biogenic XR |
| straight sale | ☐ |
| product ingredients | Same As Product |
| bank | Transact Pro |
| corp | Clik Trix Limited ( Regent ) |
| country | US |
| url | http://ctlbioxr.com/ |
| currency_type | USD |
| Initial Price | 4.95 |
| Recurring Price | 89.78 |
| Shipping Price | 0.00 |
| In Store Credit / VAP ( 0.00 = no order_specialoffer.php ) | 1.10 |
| status | dev |
| cs_phone | 877-479-5751 |
| descriptor | 8774795751ctlbioxr |

Site Edit Form

| | |
|---|---|
| tags | Tpro_16_US_170201 |
| Return Address | Rapid Fulfillment Pacoima |
| Campaign ID | 366 |
| Product ID | 444 |
| Shipping ID | 8 |
| Force Gateway ID | |
| Travel Pack Product ID | |
| Travel Pack Price | |
| Travel Pack Name | |
| Prepaid/SS campaign id | |
| Prepaid/SS product 1 | |
| Prepaid/SS product id 1 | |
| Prepaid/SS price 1 | |
| Prepaid/SS product 2 | |
| Prepaid/SS product id 2 | |
| Prepaid/SS price 2 | |
| Prepaid/SS product 3 | |
| Prepaid/SS product id 3 | |
| Prepaid/SS price 3 | |

Ex. 18
FTC-000903

Prepaid/SS product 4

Prepaid/SS product id
4

Prepaid/SS price 4

Prepaid/SS product 5

Prepaid/SS product id
5

Prepaid/SS price 5

Prepaid/SS product 6

Prepaid/SS product id
6

Prepaid/SS price 6

Prepaid/SS shipping
id

Prepaid/SS shipping
price

Image Primary

Image Secondary

Insert Extra Text ( On
Order Page )

Terms Abstract

Terms Abstract (
Travel Pack )

Ex. 18
FTC-000904

Terms Abstract (
Prepaid/SS )

notes

```
CID: 359 | PID: 444 | SID: 8
```

Save Entry

Copy Site

Delete Site

corp_name: Clik Trix Limited - Corp. Reg.
████████

corp_reg: ████████
address: ████████████████████
████

city: London
state:
zip: ██████
country: UK
signer_first_name: Julia
signer_last_name: Buenrostro

return_address: 12924 Pierce Street
return_city: Pacoima
return_state: CA
return_zip: 91331
return_country: US

CS Email: contact@ctlbioxr.com

Ex. 18
FTC-000905

Site Edit Form

Publish to http://cdiroxr com/

Ex. 18



[Corps](#)  |  [Banks](#)  |  [Products](#)  |  [Sites](#)  |  [GhostCart ( Trial )](#)  |  [GhostCart ( SS )](#) |
[GhostCart ( SS  Continuity )](#)  |  [GhostCart ( Multi Product )](#)  |  [Logout](#)

# Search Sites

[                                        ]      Search

---

**https://eliteproamg.com/**

Bank: Transact Pro
Product: Elite Pro
Corp:
Country: US
Currency:
CS Phone: 855-200-0660
Descriptor: eliteproamg.com
status: dev

Update CSM Files

Update the Updater



Publish to https://eliteproamg.com

Update Default Images for Elite Pro

Get Screenshot

Refresh

| | |
|---|---|
| sid | 696 |
| product | Elite Pro |
| straight sale | ☐ |
| product ingredients | Same As Product |
| bank | Transact Pro |
| corp | Empire Partners Limited |
| country | US |
| url | https://eliteproamg.com/ |
| currency_type | USD |
| Initial Price | 4.95 |
| Recurring Price | 89.78 |
| Shipping Price | 0.00 |
| In Store Credit / VAP ( 0.00 = no order_specialoffer.php ) | 1.10 |
| status | dev |
| cs_phone | 855-200-0660 |
| descriptor | eliteproamg.com |

FTC-000908
Ex. 18

Site Edit Form

| tags | TP_US_1612_12_sites |
|---|---|
| Return Address | Rapid Fulfillment Pacoima |
| Campaign ID | 360 |
| Product ID | 447 |
| Shipping ID | 8 |
| Force Gateway ID | |
| Travel Pack Product ID | |
| Travel Pack Price | |
| Travel Pack Name | |
| Prepaid/SS campaign id | |
| Prepaid/SS product 1 | |
| Prepaid/SS product id 1 | |
| Prepaid/SS price 1 | |
| Prepaid/SS product 2 | |
| Prepaid/SS product id 2 | |
| Prepaid/SS price 2 | |
| Prepaid/SS product 3 | |
| Prepaid/SS product id 3 | |
| Prepaid/SS price 3 | |

Ex. 18
FTC-000909

Prepaid/SS product 4

Prepaid/SS product id
4

Prepaid/SS price 4

Prepaid/SS product 5

Prepaid/SS product id
5

Prepaid/SS price 5

Prepaid/SS product 6

Prepaid/SS product id
6

Prepaid/SS price 6

Prepaid/SS shipping
id

Prepaid/SS shipping
price

Image Primary

Image Secondary

Insert Extra Text ( On
Order Page )

Terms Abstract

Terms Abstract (
Travel Pack )

Ex. 18
FTC-000910

Terms Abstract (
Prepaid/SS )

notes

Save Entry

Copy Site

Delete Site

corp_name: Empire Partners Limited
corp_reg:
address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮
city: London
state: Greater London
zip: ▮▮▮▮
country: UK
signer_first_name: Silvia
signer_last_name: Del Gadillo

return_address: 12924 Pierce Street
return_city: Pacoima
return_state: CA
return_zip: 91331
return_country: US

CS Email: contact@eliteproamg.com

Ex. 18
FTC-000911

Publish to https://eliteproamg.com/



# Search Sites

[                                        ]   Search

---

**https://amgbiogenicxr.com/**

Bank: Transact Pro
Product: Biogenic XR
Corp:
Country: US
Currency:
CS Phone: 855-299-1434
Descriptor: amgbiogenicxr.com
status: dev

Update CSM Files

Update the Updater



FTC-000913
Ex. 18
file:///trade.ftc.gov/...anager/Sites%20-%20captured%207-27-17%20by%20Sroth/centralsitemanager.com/site_edit_form.php@sid=699.htm[10/18/2018 9:57:30 AM]

Publish to https://amgbiogenicxr.com/

Update Default Images for Biogenic XR

Get Screenshot

Refresh

| | |
|---|---|
| sid | 699 |
| product | Biogenic XR |
| straight sale | ☐ |
| product ingredients | Same As Product |
| bank | Transact Pro |
| corp | Empire Partners Limited ████████ |
| country | US |
| url | https://amgbiogenicxr.com/ |
| currency_type | USD |
| Initial Price | 4.95 |
| Recurring Price | 89.78 |
| Shipping Price | 0.00 |
| In Store Credit / VAP ( 0.00 = no order_specialoffer.php ) | 1.10 |
| status | dev |
| cs_phone | 855-299-1434 |
| descriptor | amgbiogenicxr.com |

FTC-000914
Ex. 18

| tags | TP_US_1612_12_sites |
|---|---|

| Return Address | Rapid Fulfillment Pacoima |
|---|---|

| Campaign ID | 359 |
|---|---|

| Product ID | 444 |
|---|---|

| Shipping ID | 8 |
|---|---|

| Force Gateway ID | |
|---|---|

| Travel Pack Product ID | |
|---|---|

| Travel Pack Price | |
|---|---|

| Travel Pack Name | |
|---|---|

| Prepaid/SS campaign id | |
|---|---|

| Prepaid/SS product 1 | |
|---|---|

| Prepaid/SS product id 1 | |
|---|---|

| Prepaid/SS price 1 | |
|---|---|

| Prepaid/SS product 2 | |
|---|---|

| Prepaid/SS product id 2 | |
|---|---|

| Prepaid/SS price 2 | |
|---|---|

| Prepaid/SS product 3 | |
|---|---|

| Prepaid/SS product id 3 | |
|---|---|

| Prepaid/SS price 3 | |
|---|---|

Ex. 18
FTC-000915

Prepaid/SS product 4

Prepaid/SS product id 4

Prepaid/SS price 4

Prepaid/SS product 5

Prepaid/SS product id 5

Prepaid/SS price 5

Prepaid/SS product 6

Prepaid/SS product id 6

Prepaid/SS price 6

Prepaid/SS shipping id

Prepaid/SS shipping price

Image Primary

Image Secondary

Insert Extra Text ( On Order Page )

Terms Abstract

Terms Abstract ( Travel Pack )

Ex. 18
FTC-000916

Terms Abstract (
Prepaid/SS )

notes

Save Entry

Copy Site

Delete Site

corp_name: Empire Partners Limited
corp_reg:
address: ███████████████████
████
city: London
state: Greater London
zip: ██████
country: UK
signer_first_name: Silvia
signer_last_name: Del Gadillo

return_address: 12924 Pierce Street
return_city: Pacoima
return_state: CA
return_zip: 91331
return_country: US

CS Email: contact@amgbiogenicxr.com

Ex. 18
FTC-000917

file:///trade ftc.gov/...anager/Sites%20-%20captured%207-27-17%20by%20Sroth/centralsitemanager.com/site_edit_form.php@sid=699 htm[10/18/2018 9:57:30 AM]

Publish to https://angiogenicxr.com/



Corps  |  Banks  |  Products  |  Sites  |  GhostCart ( Trial )  |  GhostCart ( SS ) |
GhostCart ( SS  Continuity )  |  GhostCart ( Multi Product )  |  Logout

# Search Sites

[                                                    ]        Search

---

**https://eliteprosup.com/**

Bank: Transact Pro
Product: Elite Pro
Corp:
Country: US
Currency:
CS Phone: 844-688-6219
Descriptor: eliteprosup.com
status: dev

Update CSM Files

Update the Updater



Publish to https://eliteprosup.com

Update Default Images for Elite Pro

Get Screenshot

Refresh

| | |
|---|---|
| sid | 692 |
| product | Elite Pro |
| straight sale | ☐ |
| product ingredients | Same As Product |
| bank | Transact Pro |
| corp | Interzoom Capital Limited ▇▇▇▇▇ |
| country | US |
| url | https://eliteprosup.com/ |
| currency_type | USD |
| Initial Price | 4.95 |
| Recurring Price | 89.78 |
| Shipping Price | 0.00 |
| In Store Credit / VAP ( 0.00 = no order_specialoffer.php ) | 1.10 |
| status | dev |
| cs_phone | 844-688-6219 |
| descriptor | eliteprosup.com |

FTC-000920
Ex. 18

| | |
|---|---|
| tags | TP_US_1612_8_sites_II |
| Return Address | Rapid Fulfillment Pacoima |
| Campaign ID | 359 |
| Product ID | 444 |
| Shipping ID | 8 |
| Force Gateway ID | |
| Travel Pack Product ID | |
| Travel Pack Price | |
| Travel Pack Name | |
| Prepaid/SS campaign id | |
| Prepaid/SS product 1 | |
| Prepaid/SS product id 1 | |
| Prepaid/SS price 1 | |
| Prepaid/SS product 2 | |
| Prepaid/SS product id 2 | |
| Prepaid/SS price 2 | |
| Prepaid/SS product 3 | |
| Prepaid/SS product id 3 | |
| Prepaid/SS price 3 | |

Ex. 18
FTC-000921

Prepaid/SS product 4

Prepaid/SS product id
4

Prepaid/SS price 4

Prepaid/SS product 5

Prepaid/SS product id
5

Prepaid/SS price 5

Prepaid/SS product 6

Prepaid/SS product id
6

Prepaid/SS price 6

Prepaid/SS shipping
id

Prepaid/SS shipping
price

Image Primary

Image Secondary

Insert Extra Text ( On
Order Page )

Terms Abstract

Terms Abstract (
Travel Pack )

Ex. 18
FTC-000922

Terms Abstract (
Prepaid/SS )

notes

Save Entry

Copy Site

Delete Site

corp_name: Interzoom Capital Limited
corp_reg:
address:

city: London
state: United Kingdom
zip:
country: UK
signer_first_name: Arturo
signer_last_name: Oliveros

return_address: 12924 Pierce Street
return_city: Pacoima
return_state: CA
return_zip: 91331
return_country: US

CS Email: contact@eliteprosup.com

Ex. 18
FTC-000923

Publish to http://eliteprosup.com/

FTC-000924
Ex. 18



Corps   |   Banks   |   Products   |   Sites   |   GhostCart ( Trial )   |   GhostCart ( SS ) |
GhostCart ( SS  Continuity )   |   GhostCart ( Multi Product )   |   Logout

## Search Sites

[                                        ]          Search

---

**https://eliteprodirect.com/**

Bank: Transact Pro
Product: Elite Pro
Corp:
Country: US
Currency:
CS Phone: 844-242-7944
Descriptor: eliteprodirect.com
status: dev

Update CSM Files

Update the Updater



FTC-000925
Ex. 18

Publish to https://eliteprodirect.com

Update Default Images for Elite Pro

Get Screenshot

Refresh

| | |
|---|---|
| sid | 693 |
| product | Elite Pro |
| straight sale | ☐ |
| product ingredients | Same As Product |
| bank | Transact Pro |
| corp | Interzoom Capital Limited ████████ |
| country | US |
| url | https://eliteprodirect.com/ |
| currency_type | USD |
| Initial Price | 4.95 |
| Recurring Price | 89.78 |
| Shipping Price | 0.00 |
| In Store Credit / VAP ( 0.00 = no order_specialoffer.php ) | 1.10 |
| status | dev |
| cs_phone | 844-242-7944 |
| descriptor | eliteprodirect.com |

FTC-000926
Ex. 18

tags | TP_US_1612_8_sites_II

Return Address | Rapid Fulfillment Pacoima

Campaign ID | 359

Product ID | 444

Shipping ID | 8

Force Gateway ID |

Travel Pack Product ID |

Travel Pack Price |

Travel Pack Name |

Prepaid/SS campaign id |

Prepaid/SS product 1 |

Prepaid/SS product id 1 |

Prepaid/SS price 1 |

Prepaid/SS product 2 |

Prepaid/SS product id 2 |

Prepaid/SS price 2 |

Prepaid/SS product 3 |

Prepaid/SS product id 3 |

Prepaid/SS price 3 |

Ex. 18
FTC-000927

Site Edit Form

Prepaid/SS product 4

Prepaid/SS product id 4

Prepaid/SS price 4

Prepaid/SS product 5

Prepaid/SS product id 5

Prepaid/SS price 5

Prepaid/SS product 6

Prepaid/SS product id 6

Prepaid/SS price 6

Prepaid/SS shipping id

Prepaid/SS shipping price

Image Primary

Image Secondary

Insert Extra Text ( On Order Page )

Terms Abstract

Terms Abstract ( Travel Pack )

Ex. 18
FTC-000928

Terms Abstract (
Prepaid/SS )

notes

Save Entry

Copy Site

Delete Site

---

corp_name: Interzoom Capital Limited
corp_reg:
address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮
city: London
state: United Kingdom
zip: ▮▮▮▮
country: UK
signer_first_name: Arturo
signer_last_name: Oliveros

return_address: 12924 Pierce Street
return_city: Pacoima
return_state: CA
return_zip: 91331
return_country: US

CS Email: contact@eliteprodirect.com

Ex. 18
FTC-000929

Site Edit Form

Publish to https://eliteprodirect.com/

FTC-000930
Ex. 18



Corps | Banks | Products | Sites | GhostCart ( Trial ) | GhostCart ( SS ) | GhostCart ( SS Continuity ) | GhostCart ( Multi Product ) | Logout

# Search Sites

Search

---

**https://lblbiogenicxr.co.uk/**

Bank: Transact Pro
Product: Biogenic XR
Corp:
Country: UK
Currency:
CS Phone: 44-8000903369
Descriptor: 08000903369lblbiogenicxr
status: dev

Update CSM Files

Update the Updater



Publish to https://lblbiogenicxr.co.uk/

Update Default Images for Biogenic XR

Get Screenshot

Refresh

| | |
|---|---|
| sid | 929 |
| product | Biogenic XR |
| straight sale | ☐ |
| product ingredients | Same As Product |
| bank | Transact Pro |
| corp | Lead Blast Limited ( Regent ) |
| country | UK |
| url | https://lblbiogenicxr.co.uk/ |
| currency_type | GBP |
| Initial Price | 2.95 |
| Recurring Price | 69.83 |
| Shipping Price | 0.00 |
| In Store Credit / VAP ( 0.00 = no order_specialoffer.php ) | 1.10 |
| status | dev |
| cs_phone | 44-8000903369 |
| descriptor | 08000903369lblbiogenicxr |

FTC-000932
Ex. 18

| tags | 170221_Tpro_50 |
| Return Address | Milton Keynes ( Warren ) |
| Campaign ID | 423 |
| Product ID | 468 |
| Shipping ID | 8 |
| Force Gateway ID | |
| Travel Pack Product ID | |
| Travel Pack Price | |
| Travel Pack Name | |
| Prepaid/SS campaign id | |
| Prepaid/SS product 1 | |
| Prepaid/SS product id 1 | |
| Prepaid/SS price 1 | |
| Prepaid/SS product 2 | |
| Prepaid/SS product id 2 | |
| Prepaid/SS price 2 | |
| Prepaid/SS product 3 | |
| Prepaid/SS product id 3 | |
| Prepaid/SS price 3 | |

Ex. 18
FTC-000933

Prepaid/SS product 4

Prepaid/SS product id 4

Prepaid/SS price 4

Prepaid/SS product 5

Prepaid/SS product id 5

Prepaid/SS price 5

Prepaid/SS product 6

Prepaid/SS product id 6

Prepaid/SS price 6

Prepaid/SS shipping id

Prepaid/SS shipping price

Image Primary

Image Secondary

Insert Extra Text ( On Order Page )

Terms Abstract

Terms Abstract ( Travel Pack )

Ex. 18
FTC-000934

Terms Abstract (
Prepaid/SS )

notes

```
NeuroXR | CID: 355 | PID: 432
```

Save Entry

Copy Site

Delete Site

---

corp_name: Lead Blast Limited
corp_reg: ▮▮▮▮▮▮
address: Third Floor, 207 Regent Street
city: London
state:
zip: ▮▮▮▮▮▮
country: UK
signer_first_name: Juliane
signer_last_name: Pineda

return_address: PO Box 7598
return_city: Milton Keynes
return_state: Buckinghamshire
return_zip: MK11 9HW
return_country: UK

CS Email: contact@lblbiogenicxr.co.uk

Publish to https://lblbiogenicxr co uk/

Ex. 18
FTC-000935

Ex. 18
FTC-000936

Site Edit Form



Corps | Banks | Products | Sites | GhostCart ( Trial ) | GhostCart ( SS ) | GhostCart ( SS Continuity ) | GhostCart ( Multi Product ) | Logout

# Search Sites

[                              ]   Search

---

**http://leadblastelitepro.com/**

Bank: Transact Pro
Product: Elite Pro
Corp:
Country: US
Currency:
CS Phone: 844-688-6198
Descriptor: 8446886198eadblastelitepro
status: dev

Update CSM Files

Update the Updater



FTC-000937
Ex. 18

Publish to http://leadblastelitepro.com/

Update Default Images for Elite Pro

Get Screenshot

Refresh

| | |
|---|---|
| sid | 927 |
| product | Elite Pro |
| straight sale | ☐ |
| product ingredients | Same As Product |
| bank | Transact Pro |
| corp | Lead Blast Limited ( Regent ) |
| country | US |
| url | http://leadblastelitepro.com/ |
| currency_type | USD |
| Initial Price | 4.95 |
| Recurring Price | 89.78 |
| Shipping Price | 0.00 |
| In Store Credit / VAP ( 0.00 = no order_specialoffer.php ) | 1.10 |
| status | dev |
| cs_phone | 844-688-6198 |
| descriptor | 8446886198eadblastelitepro |

FTC-000938
Ex. 18

| | |
|---|---|
| tags | Tpro_16_US_170201 |
| Return Address | Rapid Fulfillment Pacoima |
| Campaign ID | 367 |
| Product ID | 447 |
| Shipping ID | 8 |
| Force Gateway ID | |
| Travel Pack Product ID | |
| Travel Pack Price | |
| Travel Pack Name | |
| Prepaid/SS campaign id | |
| Prepaid/SS product 1 | |
| Prepaid/SS product id 1 | |
| Prepaid/SS price 1 | |
| Prepaid/SS product 2 | |
| Prepaid/SS product id 2 | |
| Prepaid/SS price 2 | |
| Prepaid/SS product 3 | |
| Prepaid/SS product id 3 | |
| Prepaid/SS price 3 | |

Ex. 18
FTC-000939

| Prepaid/SS product 4 | |
| --- | --- |
| Prepaid/SS product id 4 | |
| Prepaid/SS price 4 | |
| Prepaid/SS product 5 | |
| Prepaid/SS product id 5 | |
| Prepaid/SS price 5 | |
| Prepaid/SS product 6 | |
| Prepaid/SS product id 6 | |
| Prepaid/SS price 6 | |
| Prepaid/SS shipping id | |
| Prepaid/SS shipping price | |
| Image Primary | |
| Image Secondary | |
| Insert Extra Text ( On Order Page ) | |
| Terms Abstract | |
| Terms Abstract ( Travel Pack ) | |

Ex. 18
FTC-000940

Terms Abstract (
Prepaid/SS )

notes

```
CID: 360 | PID: 447 | SID: 8
```

Save Entry

Copy Site

Delete Site

corp_name: Lead Blast Limited
corp_reg: ▮▮▮▮
address: Third Floor, 207 Regent Street
city: London
state:
zip: W1B 3HH
country: UK
signer_first_name: Juliane
signer_last_name: Pineda

return_address: 12924 Pierce Street
return_city: Pacoima
return_state: CA
return_zip: 91331
return_country: US

CS Email: contact@leadblastelitepro.com

Publish to http://leadblastelitepro.com/

Ex. 18
FTC-000941

Ex. 18
FTC-000942