Edward Chang (SBN 268204)
echang@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile: 619-269-0401

*Attorneys for Temporary Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:18-cv-09573-JFW (JPRx) |
| Plaintiff, | **APPENDIX TO PRELIMINARY REPORT OF TEMPORARY RECEIVER** |
| v. | |
| APEX CAPITAL GROUP, LLC, et al., | JUDGE: Hon. John F. Walter |
| Defendants. | CTRM: 7A |

# INDEX OF EXHIBITS

| Tab | Description | Page |
|---|---|---|
| 1 | Apex's Woodland Hills Office Inventory | 1 |
| 2 | Settlement Agreement between Peikos and Barnett (November 6, 2017) | 3 |
| 3 | Aware Ads Invoices | 8 |
| 4 | Sample Sales Webpage | 11 |
| 5 | Sample Sales Webpage | 12 |
| 6 | Terms and Conditions on Sales Webpage | 13 |
| 7 | Sales Webpage Pop-Up Ad | 14 |
| 8 | Sample Upsale Webpages | 15 |
| 9 | Ion Labs Invoice | 17 |
| 10 | Global Naturals Invoice | 18 |
| 11 | Rapid Fulfillment Agreement (June 19, 2015) | 20 |
| 12 | Raul Camacho Email Summarizing Business Operations (August 2, 2018) | 35 |
| 13 | Consumer Complaints | 39 |
| 14 | Call Scripts and Customer Service Response to Consumer Complaints | 43 |
| 15 | TransactPro Email Migrating Merchant Accounts to Decta (October, 2018) | 73 |
| 16 | Telegram Chat between Peikos and Raul Camacho re: New MIDs (August 15, 2018) | 89 |
| 17 | Telegram Chat between Peikos and Raul Camacho re: Merchant Account Reserves (July 31, 2018 and October 22, 2018) | 90 |
| 18 | List of Domains on Apex Server | 92 |
| 19 | Forensic Accountant's Initial Report | 139 |
| 20 | Loan Agreement between Bright Guard and Apex (May 14, 2015) | 179 |
| 21 | Bright Guard Stock Certificate Issued to Apex Capital Group International and List of Shareholders | 182 |

| Tab | Description | Page |
|---|---|---|
| 22 | Apex Capital Group Share Purchase Agreement of Highpost Holdings Shares (February 20, 2018)............................ | 185 |

Dated: November 28, 2018     By: /s/ Thomas W. McNamara
                                                      Thomas W. McNamara,
                                                      Temporary Receiver