EXHIBIT 1

*Federal Trade Commission v. Apex Capital Group, LLC*
Case No. 2:18-cv-09573-JFW-JPR
U.S. District Court for the Central District of California

Furniture and Equipment Inventory
21300 Victory Blvd. Suite 740
Woodland Hills, CA 91367

| Item | Quantity |
|---|---|
| Anviz C2 Pro – finger print card | 1 |
| Apple monitors | 15 |
| Apple mouse pads | 5 |
| Asus laptop (S/N FINOWU13333903H) | 1 |
| Cer-Tech digital postal scale | 1 |
| Decorative vases | 2 |
| Desk chairs | 11 |
| Dolly | 1 |
| Dyson vacuum | 1 |
| Electric water kettle | 1 |
| HP LaserJet Pro printer | 1 |
| HP OfficeJet Pro 8620 printer | 2 |
| Keurig coffee machine | 1 |
| Large desk with overhead cabinets and file drawers | 3 |
| Large metal (4 drawer) file cabinets | 2 |
| Large wooden conference table | 1 |
| Logitech cordless keyboards | 15 |
| Metal laptop stands | 13 |
| Neat document scanner | 1 |
| Panasonic telephones | 12 |
| Polycom conference phone systems | 2 |
| Polycom telephones | 4 |
| Rectangular wooden desks | 4 |
| Router | 1 |
| Samsung monitor | 1 |
| Samsung refrigerator | 1 |
| Sharp microwave | 1 |
| Shelving and file drawer unit | 2 |
| Sony 48" flat screen TV | 1 |
| Staples professional shredder | 1 |
| Tall file cabinet | 1 |
| Wall panels with outlets and cable hook-ups | 8 |
| White boards | 7 |

EXHIBIT 1
Page 1

| White leather chairs | 13 |
| Wooden file cabinets (2 drawer) | 8 |
| Zebra label printer | 1 |

EXHIBIT 1
Page 2

# EXHIBIT 2

# SETTLEMENT TERMS

**BY & BETWEEN**

DAVID MITCHELL BARNETT of 411 San Gorgonio Street, San Diego, California, 92106, United States of America ("**David**"),

                    **&**

PHILLIP PEIKOS of 740 Country Valley Road, Westlake Village, California, 91362-5628, United States of America ("**Phillip**"),

each, a "**Party**," and together the "**Parties**."

**EFFECTIVE DATE**: 06 November 2017 ("**Effective Date**").

**PREAMBLE**: David and Phillip have been in business together for at least the last five (5) years. The Parties jointly own several corporate entities, personal loans exist between the Parties and they both wish to settle all outstanding business ownership issues and debts amicably and part ways as soon as possible. Both Parties will continue to engage in various business ventures separately following final agreement upon these Settlement Terms ("**Terms**").

**STOCK ASSIGNMENT AGREEMENTS; INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENTS**: It is anticipated that the Parties will negotiate in good faith and enter into formal stock assignment agreements memorializing the transactions contemplated between the Parties in connection with each of the Jointly Owned Companies (as defined below), Apex Capital Group, LLC ("**Apex LLC**"), Brightguard Inc., respectively, pursuant to the terms set forth below (and any amendment thereof), as soon as practical following the Effective Date of these Terms (collectively, the "**Stock Assignment Agreements**"). It is anticipated that the Parties will negotiate in good faith and enter into formal intellectual property assignment agreements memorializing the transactions contemplated between the Parties in connection with the Native Wise IP (as defined below), Apex Code (as defined below), the JACI IP (as defined below) and the Domain Names (as defined below), respectively, pursuant to the terms set forth below (and any amendment thereof), as soon as practical following the Effective Date of these Terms (collectively, the "**IP Assignment Agreements**").

**AVAILABILITY**: On the understanding that it may take some time post execution of these Terms to negotiate, effectuate and execute all of the assignments, transfers, Intellectual Property Assignment Agreements and Stock Assignment Agreements anticipated and agreed to in connection with these Terms, both Parties will make themselves available, without compensation, and upon reasonable notice, to execute any stock assignment, governmental, registry, bank, or other paperwork necessary to give effect to these Terms, the Intellectual Property Assignment Agreements, Stock Assignment Agreements and the transactions contemplated hereby.

**LOAN REPAYMENT**: Phillip will repay the US$1,000,000.00 personal loan David made to Phillip to purchase shares in Cinsay, Inc on 23 September 2013 as follows:

{00128662;1}

EXHIBIT 2
Page 3

October 2017 - $100,000.00 (Already Paid)
[DATE AGREEMENT IS SIGNED] - $150,000.00
December 1st, 2017 - $50,000.00
December 15th 2017 - $50,000.00
December 29th 2018- $50,000.00
January 12th 2018 - $50,000.00
January 26th 2018 - $50,000.00
February 9th 2018 - $50,000.00
February 23rd 2018 - $50,000.00
March 9th 2018 - $50,000.00
March 23rd 2018 - $50,000.00
April 6th 2018 - $50,000.00
April 20th 2018 - $50,000.00
May 4th 2018 - $50,000.00
May 18th 2018 - $50,000.00
June 1st 2018 - $50,000.00
June 15th 2018 - $50,000.00

**APEX CAPITAL GROUP, LLC**: Phillip will buy-out David's interest in Apex LLC. The effective date of this buyout will be back-dated to 1 January 2017, and shall be undertaken pursuant to the following terms:

- Purchase price of US$100.00 to be structured as a redemption to be allocated as follows:
    a. Fifty percent (50%) for future consulting services to be provided by David, which will be treated as ordinary income and deductible to Phillip; and
    b. Fifty percent (50%) for his membership interest which will produce a capital gain for David.
- Prior to the redemption, Apex LLC shall admit NextG Payments LLC (or another entity of Phillip's choosing) as a member, and owner of one percent (1%) of Apex LLC's membership interest (with such one percent (1%) membership interest to be provided solely by Phillip) so that Apex LLC does not dissolve upon David ceasing to be a member.
- David's deficit capital account as of 31 December 2016 will be recaptured by David, and David will assume tax liability for same, if any.
- Phillip will assume one hundred percent (100%) of the member liability from 1 January 2017.

**JOINTLY OWNED COMPANIES**: Phillip will assume one hundred percent (100%) ownership of the following Jointly Owned Companies which are jointly owned by the Parties. David will transfer his shares of the Jointly Owned Companies to Phillip without charge. Phillip will assume all tax liabilities associated with the transfer of the shares, and will assume one hundred percent (100%) of the shareholder liability following the transfer:

**Omni Group Limited (England, United Kingdom)**
**Apex Capital Group International Sarl (Luxembourg)**
**2573265 Ontario Inc. (Ontario, Canada)**

**Together, the "Jointly Owned Companies."**

{00128662;1}

EXHIBIT 2
Page 4

**SUBSIDIARY COMPANIES**: All subsidiary companies owned by Apex LLC and the Jointly Owned Companies will remain owned by their respective parent entities, without any change resulting from these Terms.

**BANK ACCOUNTS**: All bank accounts linked to any existing merchant account IDs and/or their respective business entities will remain the property of each respective business entity.

**NATIVEWISE**: David will obtain sole and exclusive ownership, without charge, of the Native Wise code, the www.nativewise.com website, and the associated website domain name, as well as any and all intellectual property (whether registered or unregistered) associated with the Native Wise brand and/or website (collectively, "**Native Wise IP**").

**BRIGHTGUARD SHARES:** One half (1/2) of the 170,884.05 shares of Brightguard Inc. owned by Apex Capital International Sarl will be transferred to David (or a business entity of David's choice), without charge. David must make this transfer election within twelve (12) months following the Effective Date of these Terms.

**APEX TECHNINCAL CODE**: David will obtain joint ownership of all object and source code, without charge, that was developed for Apex LLC and/or any of the Jointly Owned Companies within ten (10) business days following the Effective Date of these Terms (collectively, "**Apex Code**").

**TRACKING PLATFORMS**: David will be removed from the Limelight & Cake tracking platforms used by the Jointly Owned Companies, and full control of same will be passed to Phillip, within ten (10) business days following the Effective Date of these Terms.

**MAIN SERVER**: David will provide Phillip with full control of, and passwords to, the main server used by Apex LLC and the Jointly Owned Companies. All code and repository produced by employees of Apex LLC and/or the Jointly Owned Companies currently in David's possession will be placed by David on the main server used by Apex LLC and/or the Jointly Owned Companies within ten (10) business days following the Effective Date of these Terms.

**DOMAIN NAMES**: The apexcapitalgrp.com & jaci.com domain names ("**Domain Names**") will be transferred by David to an account designated by Phillip within ten (10) business days following the Effective Date of these Terms.

**JACI INTELLECTUAL PROPERTY**: The JACI account handles for Twitter, Snapchat, and Facebook will be transferred to Phillip by David within ten (10) business days following the Effective Date of these Terms. All intellectual property (whether registered or unregistered) developed in connection with the JACI brand (collectively, the "**JACI IP**") will, thereafter, be solely owned by Phillip.

**EMAIL ADDRESSES**: David's email accounts with domains owned by Apex LLC and/or the Jointly Owned Companies will be provided to Phillip within ten (10) business days following the Effective Date of these Terms. For document retention purposes, no e-mails residing in such accounts will be deleted by David following full execution of these Terms

**TAX CONSIDERATIONS**: Phillip will assume all income tax liability for 2017 for all Jointly Owned Companies.  Tax liabilities associated with the transfer of shares anticipated by these Terms will be borne by the applicable transferee in each instance.

{00128662;1}

EXHIBIT 2
Page 5

**WORKING CAPITAL & ACCOUNTS RECEIVABLE**: All working capital and accounts payable in and for the Jointly Owned Companies and Apex LLC will remain the property of the Jointly Owned Companies and Apex LLC, respectively, as of the Effective Date of these Terms.

**LIABILITY**: Phillip will assume all liability as the sole shareholder of the Jointly Owned Companies as of the date of signature of each of the applicable Stock Assignment Agreements.

**GENERAL RELEASE FOR DAVID**: In each applicable Stock Assignment Agreement, Phillip will provide David with an unconditional general release for all actions taken while David was a director/shareholder/member, as applicable, of the Jointly Owned Companies and Apex LLC, as well as any liability that could arise in the future in connection with the Jointly Owned Companies and/or Apex LLC. David will resign as a director of all Jointly Owned Companies (and their respective subsidiaries, if any) as of the date of signature of each of the applicable Stock Assignment Agreements .

**FULL & FINAL SETTLEMENT**: These Terms, together with the Stock Assignment Agreements and IP Assignment Agreements, will serve as a full and final settlement of all issues between the Parties once all actions and transfers mentioned in and anticipated by these Terms, together with the Stock Assignment Agreements and IP Assignment Agreements, have been executed and completed.

**ADDITIONAL TERMS**:

- Both Parties confirm that no jointly held real estate is owned by the Parties.
- Each Party shall disclose information pertaining to the Terms, the Stock Assignment Agreements, IP Assignment Agreements,  and any other terms, conditions, agreements, and actions required under these Terms (collectively, "Confidential Information") only to those of that Party's employees, accountants, and attorneys who need access to such Confidential Information in connection with the transactions contemplated by these Terms, the Stock Assignment Agreements, and IP Assignment Agreements, as applicable, and to no one else; *provided, however,* either Party may disclose Confidential Information where such Confidential Information is required to be disclosed by that Party in order to comply with any applicable law, judicial order, or decree; *provided, further,* that that Party gives prior written notice of such disclosure to the other Party and takes reasonable and lawful action to avoid and/or minimize the extent of such disclosure.
- If required, the Parties will prepare and agree to a joint statement indicating that each Party will be involved in separate business ventures on a going forward basis, and that the Parties are no longer collaborating in connection with Apex LLC, Cinsay, Inc., or the Jointly Owned Companies.
- Each Party shall bear its own legal/accounting costs in connection with the negotiation and preparation of these Terms, the Stock Assignment Agreements, the IP Assignment Agreements, and any and all other agreements, documents, and actions required of each Party under these Terms.
- These Terms are subject to the laws of the State of California.
- Each Party has taken independent legal advice from an attorney of its choosing prior to signature.
- No waiver of any provision of these Terms, whether by conduct or otherwise, in any one or more instances, shall be deemed to be, or shall constitute, a waiver of any other provision hereof, nor shall such waiver constitute a waiver in any other instance.  No waiver shall be binding unless executed in writing by each Party.

EXHIBIT 2
Page 6

- These Terms may not be assigned in whole or in part by either Party without the prior written consent of the other Party.
- Nothing in these Terms shall be deemed to create, either express or implied, the power in any Party to bind any other Party.
- These Terms, together with the Stock Assignment Agreements and IP Assignment Agreements, contain the entire agreement between the Parties with respect to the subject matter contained herein and supersedes any previous understanding, commitments or agreements, oral or written. All additions or modifications to these Terms must be made in writing and must be signed by each Party and must refer to these Terms by its complete name.
- If any provision of these Terms is declared invalid by any court of competent jurisdiction, applicable statute or rule of law, then such provision shall be deemed automatically adjusted to the minimum extent necessary to conform to the requirements for validity as declared at such time and, as so adjusted, shall be deemed a provision of these Terms as though originally included herein. In the event that the provision invalidated is of such a nature that it cannot be so adjusted, the provision shall be deemed deleted from these Terms as though such provision had never been included herein. In any event, the remaining provisions of these Terms shall be interpreted so as to best reasonably effect the original intent of the Parties.
- OTHER THAN FOR WILLFUL MISCONDUCT, IN NO EVENT WILL EITHER PARTY BE LIABLE FOR ANY CONSEQUENTIAL, INDIRECT, INCIDENTAL, PUNITIVE, SPECIAL OR EXEMPLARY DAMAGES WHATSOEVER INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF PROFITS, BUSINESS INTERRRUPTION, LOSS OF INFORMATION AND THE LIKE, INCURRED BY EITHER PARTY ARISING OUT OF THESE TERMS, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

*The Parties agree that the aforementioned Terms represent a fair and reasonable settlement between the Parties, and agree that formal Stock Assignment Agreements, IP Assignment Agreements, and other documents referenced herein need to be drafted to accurately reflect the aforementioned Terms.*

Read & Agreed: David Mitchell Barnett _____

Read & Agreed: Phillip Peikos _____

EXHIBIT 2
Page 7

EXHIBIT 3

Aware Ads Inc.

2323 Yonge Street, Suite 203
Toronto, ON
M4P 2C9
Canada

# Invoice

| Invoice # | Date |
|-----------|------|
| 15287 | 11/8/2018 |

| Invoice To |
|------------|
| Nutra First Limited/ Apex Capital Group,<br>3, Talbot Road<br>Bedford MK40 3EE |

| Due Date |
|----------|
| **11/12/2018** |

| Terms |
|-------|
| Weekly, Net 4 |

| Rep |
|-----|
| BL |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Testro X Ultra Clinical ME Trial 2 - US (October 29 - November 4, 2018) | 207 | 36.00 | 7,452.00 |
| Testro X Ultra Clinical ME Trial 2 - US Upsell (October 29 - November 4, 2018) | 169 | 36.00 | 6,084.00 |

| Payable to: Aware Ads Inc.<br>Beneficiary Bank Name and Address:<br>TD Canada Trust<br>3140 Dufferin St. Toronto, ON M6A 2T1<br><br>Beneficiary Swift Code:  TDOMCATTTOR<br>Transit Number # 19932<br>USD Institution Number: 004<br>USD account number: 7310247<br><br>All dollar values are in U.S. Currency. |
|---|

| Subtotal | USD 13,536.00 |
|----------|---------------|
|  |  |
| **Total** | **USD 13,536.00** |
| Payments/Credits | USD 0.00 |
| **Balance Due** | **USD 13,536.00** |

| GST/HST No. | 806114310 |
|-------------|-----------|

EXHIBIT 3
Page 8

Aware Ads Inc.

2323 Yonge Street, Suite 203
Toronto, ON
M4P 2C9
Canada

# Invoice

| Invoice # | Date |
|---|---|
| 15392 | 11/15/2018 |

| Invoice To |
|---|
| Nutra First Limited/ Apex Capital Group,<br>3, Talbot Road<br>Bedford MK40 3EE |

| Due Date |
|---|
| **11/19/2018** |

| Terms |
|---|
| Weekly, Net 4 |

| Rep |
|---|
| BL |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Testro X Ultra Muscle Trial 2 - US (COPY) (November 5 - 11, 2018) | 19 | 36.00 | 684.00 |
| Testro X Ultra Muscle Trial 2 - US (COPY) Upsell (November 5 - 11, 2018) | 14 | 36.00 | 504.00 |
| Testro X Ultra Clinical ME Trial 2 - US (November 5 - 11, 2018) | 108 | 36.00 | 3,888.00 |
| Testro X Ultra Clinical ME Trial 2 - US Upsell (November 5 - 11, 2018) | 100 | 36.00 | 3,600.00 |

Payable to: Aware Ads Inc.
Beneficiary Bank Name and Address:
TD Canada Trust
3140 Dufferin St. Toronto, ON M6A 2T1

Beneficiary Swift Code:  TDOMCATTTOR
Transit Number # 19932
USD Institution Number: 004
USD account number: 7310247

All dollar values are in U.S. Currency.

| | |
|---|---|
| Subtotal | USD 8,676.00 |
| | |
| **Total** | **USD 8,676.00** |
| Payments/Credits | USD 0.00 |
| **Balance Due** | **USD 8,676.00** |

| GST/HST No. | 806114310 |
|---|---|

EXHIBIT 3
Page 9

Aware Ads Inc.

2323 Yonge Street, Suite 203
Toronto, ON
M4P 2C9
Canada

# Invoice

| Invoice # | Date |
|-----------|------|
| 15424 | 11/20/2018 |

| Invoice To |
|------------|
| Nutra First Limited/ Apex Capital Group,<br>3, Talbot Road<br>Bedford MK40 3EE |

| Due Date |
|----------|
| **11/24/2018** |

| Terms |
|-------|
| Weekly, Net 4 |

| Rep |
|-----|
| BL |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Testro X Ultra Muscle Trial 2 - US (COPY) (November 12 - 18, 2018) | 2 | 36.00 | 72.00 |
| Testro X Ultra Muscle Trial 2 - US (COPY) Upsell (November 12 - 18, 2018) | 2 | 36.00 | 72.00 |
| Testro X Ultra Clinical ME Trial 2 - US (November 12 - 18, 2018) | 580 | 36.00 | 20,880.00 |
| Testro X Ultra Clinical ME Trial 2 - US Upsell (November 12 - 18, 2018) | 442 | 36.00 | 15,912.00 |
| Focus Brain (November 12 - 18, 2018) | 2 | 45.00 | 90.00 |

Payable to: Aware Ads Inc.
Beneficiary Bank Name and Address:
TD Canada Trust
3140 Dufferin St. Toronto, ON M6A 2T1

Beneficiary Swift Code:  TDOMCATTTOR
Transit Number # 19932
USD Institution Number: 004
USD account number: 7310247

All dollar values are in U.S. Currency.

| Subtotal | USD 37,026.00 |
|----------|---------------|
| | |
| **Total** | **USD 37,026.00** |
| Payments/Credits | USD 0.00 |
| **Balance Due** | **USD 37,026.00** |

| GST/HST No. | 806114310 |
|-------------|-----------|

EXHIBIT 3
Page 10

EXHIBIT 4



EXHIBIT 4
Page 11

EXHIBIT 5



EXHIBIT 5
Page 12

EXHIBIT 6



## TERMS AND CONDITIONS

By using, accessing or ordering products from this Website, you hereby agree to all of the following terms.

By placing my order, I agree to the Terms of Offer, which state you must pay $4.95 for us to send you a full 30 day supply of Focus ZX1. We ship the product the day after you place your order (except that orders Saturday-Sunday will be shipped the following Monday). You will have 14 days from the time you place your order in the mail to see if is right for you. If you are unhappy with the product at any time during those 14 days, you must call us at 844-893-4640 and cancel your order toavoid being billed for the full cost of the product. If you are satisfied with our product, then do nothing and we will bill you $89.78 for your initial order, and every 30 days thereafter we will send you a new 30 day supply of our product, and automatically bill you the low price of $89.78.

EXHIBIT 6
Page 13

EXHIBIT 7



EXHIBIT 7
Page 14

EXHIBIT 8

 



## WAIT! YOUR ORDER IS NOT COMPLETE

Customers that purchased **TestroX Ultra™ Testosterone** also purchased **Virility T3X™**



☐ Secure 256 Bit Encrypted Connection

**COMPLETE CHECKOUT**

MasterCard. SecureCode.    Verified by VISA

⊗ No Thanks, I decline this offer



EXHIBIT 8
Page 15



EXHIBIT 8
Page 16

EXHIBIT 9



# Invoice

8031 114th Ave - Suite 4000
Largo, FL  33773
US

| Date | Invoice No |
|------|-----------|
| 11/13/18 | 117887A |

| **Bill To** | **Ship To** |
|------|------|
| Apec Capital Group LLC<br>ATTN: Accounts Payable<br>31280 Oak Crest Drive Suite # 5<br>West Lake Village, CA 91361<br>US | Rapid Fulfillment<br>Attn Receiving<br>12924 Pierce Street<br>Pacoima, CA 91331<br>US |

| BOL# | Incoterms | Dlvy Date | Payment Terms | Due Date | Purchase Order # |
|------|-----------|-----------|---------------|----------|------------------|
| 4120532323 | FOB Origin | TBD | 50% Ship, 50% N30 | 11/13/108 | None |

| Item Code | Item Qty | Item Description | Lot # | Price | Total Amount |
|-----------|----------|------------------|-------|-------|--------------|
| APEX-S-EC-F6547-WP150-60-VTX-TBO-L01 | 15,071 | Virility T3X Testosterone | 180243 | 2.10 | 31,649.10 |
| APEX-S-EC-F6005-WP150-60-ARX-NO2-L01 | 14,863 | Anodrolrx NO2 Muscle | 180318 | 2.00 | 29,726.00 |
| FREIGHT | 1 | Freight | N/A | 1,274.66 | 1,274.66 |

| | |
|------|------|
| **Total** | 62,649.76 |
| **Payments/Credits** | - |
| **Balance Due** | EXHIBIT $  31,324.88 |

EXHIBIT 10



# Invoice

| Date | Invoice No. |
|------|-------------|
| 06-11-2017 | 36704 |

Global Naturals (Cyprus) Ltd
Sovereign Court
230 Upper Fifth Street
Central Milton Keynes
MK9 2HR
VAT: 222 7845 08

| Name/Address | Ship To |
|--------------|---------|
| Omni Group Limited<br>Third Floor, 207 Regent Street<br>LONDON, W1B 3HH<br>GB | C/O: C/O: RAPID FULFILLMENT SERVICES<br>UNIT 40 TANNERS DRIVE BALKELANDS<br>MILTON KEYNES, MK14 5BN<br>GB |

| | Terms |
|---|---|
| | 50% down + 50% completion |

| Description | Qty Ordered | Rate | Amount |
|-------------|-------------|------|--------|
| BioGenic | 6000 | €1.96 | €11,760.00 |
| Elite Pro | 8000 | €2.06 | €16,480.00 |
| Testro T3 | 20000 | €1.96 | €39,200.00 |
| Virility T3X | 17000 | €2.06 | €35,020.00 |
| | | Sub Total : | €102,460.00 |
| | | Vat : | €20,492.00 |
| | | Total : | €122,952.00 |
| | | Amount Paid : | €61,476.00 |
| | | Amount Due : | €61,476.00 |

**Bank account details for payment:**

**GN Global Naturals (CYPRUS) Ltd**

Bank of Cyprus
International Business Unit
P.O. Box 40093, CY-6300
Larnaca, Cyprus
Account number : 357020094252
IBAN Number : CY17002001950000357020094252
SWIFT/BIC : BCYPCY2N

**GN Global Naturals (CYPRUS) Ltd**

Alpha Bank Cyprus Ltd
P.O. Box 21661,
1596 Nicosia,
Cyprus
Account Number : 2021060565606
Iban: CY77009002020002021060565606
Swift / BIC : ABKLCY2N

*Thank you for your order!*

EXHIBIT 10
Page 18

| Description | Qty Ordered | Qty Sent | Rate | Amount |
|---|---|---|---|---|

***Please note: Clients are responsible for all bank charges***

*Thank you for your order!*

EXHIBIT 10
Page 19