**DENIED**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE
1/2/19

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **APEX CAPITAL GROUP, LLC, et al.**, <br><br> Defendants. | Case No. 2:18-cv-9573-JFW(JPR) <br><br> **[PROPOSED] ORDER RE APPLICATION FOR A TEMPORARY STAY OF ALL CONFERENCES AND DEADLINES IN LIGHT OF UNITED STATES GOVERNMENT CESSATION** <br><br> **[LODGED]** |

Upon consideration of Plaintiff Federal Trade Commission's Application for a Temporary Stay, for good cause shown, it is hereby **ORDERED** that the Application is **GRANTED**;

**IT IS FURTHER ORDERED** that:

1) All conferences and deadlines in the above-captioned matter are stayed until Congress has appropriated funds for the Commission;
2) The current deadlines in the above-captioned matter are extended commensurate with the length of the stay; and

3) The preliminary injunctions previously entered by the Court against Defendants (ECF Nos. 40 and 41) remain in full force and effect during the stay.

IT IS SO ORDERED.

DATED: _____, 201_

**DENIED**
BY ORDER OF THE COURT

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE