EXHIBIT A

**Apex Capital Group Receivership**
**Receipts and Disbursements Summary**
**November 16, 2018 through March 29, 2019**

| | | | |
|---|---|---|---:|
| Receipts | | | |
| | Assets Transferred | | $ 1,296,655.44 |
| | (Proceeds collected from payment processors, | | |
| | and frozen Receivership Entities' bank accounts) | | |
| | Sale of Furniture & Equipment | | $ 500.00 |
| | Tax Refund (NextG Payments overpayment) | | $ 1,700.00 |
| Total Receipts | | | $ 1,298,855.44 |
| | | | |
| Disbursements | | | |
| | Professional Fees | | $ (114,279.00) |
| |    Receiver's Fees and Costs | $ (61,229.54) | |
| |    Legal Fees and Costs | $ (47,807.46) | |
| |    Forensic IT Consultant | $ (5,242.00) | |
| | Barnett's Atty's Fees per Court Order [45] | | $ (10,000.00) |
| | Namecheap Data Hosting | | $ (2,484.00) |
| | Document Production | | $ (78.36) |
| | Investigative Services | | $ (600.00) |
| | Storage Fees | | $ (308.00) |
| Total Disbursements | | | $ (127,749.36) |
| | | | |
| Net Cash at 03/29/2019 | | | $ 1,171,106.08 |