Hernán D. Vera – State Bar No. 175149
   hvera@birdmarella.com
Peter A. Goldschmidt – State Bar No. 307647
   pgoldschmidt@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Specially appearing for Defendants Mark
Moskvins and SIA Transact Pro

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>APEX CAPITAL GROUP, LLC, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:18-cv-09573-JFW-JPR<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING DEFENDANT SIA TRANSACT PRO'S MOTION TO DISMISS**<br><br>Date:　September 9, 2019<br>Time:　1:30 P.M.<br>Crtrm.:　7A<br><br>Assigned to Hon. John F. Walter, Courtroom 7A |

3596442.1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** that Defendant SIA Transact Pro ("Transact Pro") hereby lodges the [Proposed] Order Granting Transact Pro's Motion to Dismiss.

DATED: August 5, 2019

Hernán D. Vera
Peter A. Goldschmidt
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____*/s/ Hernán D. Vera*_____
Hernán D. Vera
Attorneys for

3596442.1

2

NOTICE OF LODGING OF [PROPOSED] ORDER
GRANTING DEFENDANT SIA TRANSACT PRO'S MOTION TO DISMISS