Edward Chang (SBN 268204)
echang@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>APEX CAPITAL GROUP, LLC, et al.,<br><br>Defendants. | Case No. 2:18-cv-09573-JFW (JPRx)<br><br>**RECEIVER'S NOTICE OF MOTION AND MOTION TO EXTEND COMPLETION DEADLINE FOR RECEIVER**<br><br>JUDGE:  Hon. John F. Walter<br>CTRM:   7A<br>DATE:   March 9, 2020<br>TIME:   1:30 p.m. |
|---|---|

TO THE HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 9, 2020 at 1:30 p.m. in Courtroom 7A of the United States District Court for the Central District of California, located at 350 W. First Street, Los Angeles, California, Thomas W. McNamara, the Court-appointed receiver of the Receivership Entities, will present his Motion to Extend Receivership Deadline.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 27, 2020.  Counsel for the Federal Trade Commission does not object to this motion.  Although William I. Rothbard

remains counsel of record for Defendants Phillip Peikos, Apex Capital Group, LLC, Capstone Capital Solutions Limited, Clik Trix Limited, Empire Partners Limited, Interzoom Capital Limited, Lead Blast Limited, Mountain Venture Solutions Limited, Nutra Global Limited, Omni Group Limited, Rendezvous IT Limited, Sky Blue Media Limited, and Tactic Solutions Limited, Mr. Rothbard stated that he no longer represents Mr. Peikos or the Corporate Defendants.  Both Mr. Rothbard and the undersigned counsel informed Mr. Peikos of the motion, but Mr. Peikos did not respond.  DuFord Law, counsel of record for Defendant David Barnett, did not state a position on the motion.  Since Kelly DuFord of DuFord Law previously stated that her firm no longer represents Mr. Barnett, the undersigned counsel informed Mr. Barnett of the motion, but Mr. Barnett did not respond.

     This motion is supported by this notice of motion and motion, the concurrently filed memorandum of points and authorities, all pleadings and records on file, and any argument heard hereon.

Dated:  February 4, 2020       MCNAMARA SMITH LLP

                By: /s/ Edward Chang
                     Edward Chang
                     *Attorneys for Receiver,*
                     *Thomas W. McNamara*

# CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Edward Chang
Edward Chang
*Attorney for Receiver,*
*Thomas W. McNamara*