UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APEX CAPITAL GROUP, LLC, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-09573-JFW (JPRx)<br><br>**ORDER APPROVING RECEIVER'S *EX PARTE* APPLICATION TO FILE RECEIVER'S DECLARATION IN SUPPORT OF RECEIVER'S MOTION FOR AUTHORIZATION TO ENGAGE CONTINGENT FEE COUNSEL UNDER SEAL** |

The Court having reviewed and considered the Receiver's *Ex Parte* Application to File Receiver's Declaration in Support of Receiver's Motion for Authorization to Engage Contingent Fee Counsel Under Seal, Memorandum of Points and Authorities, the Declaration of Edward Chang, and Defendants' opposition, if any, and good cause shown,

**IT IS THEREFORE ORDERED** that:

1. The Receiver's *Ex Parte* Application to File Receiver's Declaration in Support of Receiver's Motion for Authorization to Engage Contingent Fee Counsel Under Seal is GRANTED. The Receiver may file the Declaration of Thomas W. McNamara in Support of Receiver's Motion for Authorization to Engage Contingent Fee Counsel under seal.

**IT IS SO ORDERED.**

DATED this 2nd day of March, 2020.

_____
Hon. John F. Walter
United States District Judge