UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 18-9573-JFW(JPRx)**                               Dated: **March 9, 2020**

Title:      Federal Trade Commission -v- Apex Capital Group, et al.

---

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                      Miranda Algorri
Courtroom Deputy                    Court Reporter

---

**PROCEEDINGS:   RECEIVER'S MOTION TO EXTEND COMPLETION DEADLINE FOR RECEIVER [143] Filed 2/4/20**

**RECEIVER'S MOTION FOR AUTHORIZATION TO ENGAGE CONTINGENT FEE COUNSEL [144] Filed 2/4/20**

Case called.  Receiver, Thomas W. McNamara is present with counsel Logan D. Smith.

The Court signs the Receiver's Motion to Extend Completion Deadline for Receiver [143].

The Court hears from the Receiver and for the reasons stated on the record.  The Court grants the Receiver's Motion for Authorization to Engage Contingent Fee Counsel, Jonathan M. Rotter [144] and signs the proposed order.

Initials of Deputy Clerk    sr

0/25