UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APEX CAPITAL GROUP, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-09573-JFW (JPRx)<br><br>**ORDER GRANTING RECEIVER'S MOTION TO EXTEND COMPLETION DEADLINE FOR RECEIVER** |

　　The Court having reviewed and considered the Receiver's Motion to Extend Completion Deadline, Memorandum of Points and Authorities, and Defendants' opposition, if any, and good cause shown,

　　**IT IS THEREFORE ORDERED** that:

　　Section XIII of the Stipulated Order for Permanent Injunction and Monetary Judgment (ECF No. 120) shall be modified to provide that the deadline for the Receiver to complete his duties shall be March 11, 2021.

　　**IT IS SO ORDERED.**

DATED this 9th day of March, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ John F. Walter*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge