UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. 2:18-cv-09573-JFW (JPRx) |
|---|---|
| Plaintiff, | **ORDER APPROVING RECEIVER'S MOTION FOR AUTHORIZATION TO ENGAGE CONTINGENT FEE COUNSEL** |
| v. | |
| APEX CAPITAL GROUP, LLC, et al., | |
| Defendants. | |

The Court having reviewed and considered the Receiver's Motion for Authorization to Engage Contingent Fee Counsel, Memorandum of Points and Authorities, and Defendants' opposition, if any, and good cause shown,

**IT IS THEREFORE ORDERED** that:

1. The Receiver's Motion for Authorization to Engage Contingent Fee Counsel is GRANTED. The Receiver is authorized to enter a contingency fee arrangement in the Receiver's litigation against Wells Fargo and Company.

**IT IS SO ORDERED.**

DATED this 9TH day of March, 2020.

_____
Hon. John F. Walter
United States District Judge