Logan D. Smith (SBN 212041)
lsmith@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br>    v.<br><br>APEX CAPITAL GROUP, LLC, et al.,<br><br>         Defendants. | Case No. 2:18-cv-09573-JFW (JPRx)<br><br>***EX PARTE* APPLICATION TO FILE THE DECLARATION OF THOMAS W. MCNAMARA IN SUPPORT OF THE RECEIVER'S UNOPPOSED MOTION TO EXTEND COMPLETION DEADLINE FOR RECEIVERSHIP UNDER SEAL**<br><br>JUDGE:   Hon. John F. Walter<br>CTRM:    7A |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Thomas W. McNamara, in his capacity as the Court-appointed receiver (the "Receiver"), hereby applies *ex parte* for an Order allowing him to file his Declaration in Support of the Receiver's Unopposed Motion to Extend Completion Deadline for Receivership (the "Declaration") under seal. This Application is being made pursuant to Local Rule 79-5.2.2 and for good cause shown.

This application is based upon this *Ex Parte* Application, the accompanying Memorandum of Points and Authorities, Declaration of Logan D. Smith in support of the Receiver's *Ex Parte* Application, and proposed order, all of the Court's files and records in this action, and such other and further argument as may be presented to the Court.

Dated:  March 5, 2021                         MCNAMARA SMITH LLP

By:   /s/ Logan D. Smith
Logan D. Smith
*Attorneys for Receiver,*
*Thomas W. McNamara*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

 /s/ Logan D. Smith
Logan D. Smith
*Attorney for Receiver,*
*Thomas W. McNamara*