Logan D. Smith (SBN 212041)
lsmith@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>APEX CAPITAL GROUP, LLC, et al.,<br><br>Defendants. | Case No. 2:18-cv-09573-JFW (JPRx)<br><br>**RECEIVER'S NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION TO EXTEND COMPLETION DEADLINE FOR RECEIVERSHIP AND INTERIM STATUS REPORT**<br><br>JUDGE: Hon. John F. Walter<br>CTRM: 7A<br>DATE: August 23, 2021<br>TIME: 1:30 p.m. |

TO THE HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 23, 2021 at 1:30 p.m. in Courtroom 7A of the United States District Court for the Central District of California, located at 350 W. First Street, Los Angeles, California, Thomas W. McNamara, the Court-appointed receiver of the Receivership Entities, will present his Unopposed Motion to Extend Completion Deadline for Receivership.  Counsel for the Federal Trade Commission does not object to this motion.

1  This motion is supported by this notice of motion and motion, the
2  concurrently filed memorandum of points and authorities, all pleadings and records
3  on file, and any argument heard hereon.

5  Dated:  July 23, 2021                    MCNAMARA SMITH LLP

7                                           By:   /s/ Logan D. Smith
                                                  Logan D. Smith
8                                                 *Attorneys for Receiver,*
                                                  *Thomas W. McNamara*

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

 /s/ Logan D. Smith
Logan D. Smith
*Attorney for Receiver,*
*Thomas W. McNamara*