**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 18-9573-JFW(JPRx)** | Date: August 12, 2021 |
| Title: | Federal Trade Commission -v- Apex Capital Group, et al. | |

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    Shannon Reilly                                             None Present
    **Courtroom Deputy**                               **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                              None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER GRANTING RECEIVER'S UNOPPOSED MOTION TO EXTEND COMPLETION DEADLINE FOR RECEIVERSHIP AND INTERIM STATUS REPORT [filed 7/23/21; Docket No. 186]**

      On July 23, 2021, Receiver Thomas W. McNamara ("Receiver") filed an Unopposed Motion to Extend Completion Deadline for Receivership and Interim Status Report ("Motion"). Plaintiff and Defendants did not file Oppositions.[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for August 23, 2021 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

      Pursuant to Local Rule 7-9, Plaintiff and Defendants were required to file and serve their Oppositions or Notices of Non-Opposition "not later than twenty-one (21) days before the date designated for the hearing of the motion." *See* Local Rule 7-9. Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion." *See* Local Rule 7-12. Plaintiff and Defendants have failed to file a timely Opposition. Pursuant to Local Rule 7-12, the Court deems Plaintiff's and Defendants' failure to file an Opposition or to otherwise comply with Local Rule 7-9 as consent to the granting of the Receiver's Motion.

      Accordingly, the Receiver's Motion is **GRANTED**. Section XIII of the Stipulated Order for Permanent Injunction and Monetary Judgment (Docket No. 120) is hereby modified to provide that

---

      [1] In his Motion, the Receiver states that counsel for the Federal Trade Commission does not oppose to this Motion.

the deadline for the Receiver to complete his duties shall be September 12, 2022.

IT IS SO ORDERED.