**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 18-9573-JFW(JPRx)** | Date: December 10, 2021 |
| Title: | Federal Trade Commission -v- Apex Capital Group, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER GRANTING JOINT MOTION TO UNSEAL COURT FILINGS [ECF NOS. 16, 148, 171] [filed 11/18/21; Docket No.212]

On November 18, 2021, Plaintiff Federal Trade Commission ("FTC") and Receiver Thomas W. McNamara (the "Receiver") jointly filed a Motion to Unseal Court Filings [ECF Nos. 16, 148, 171] ("Motion").  No Opposition was filed.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for December 20, 2021 is hereby vacated and the matter taken off calendar. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

The FTC's and Receiver's Motion is **GRANTED**.  The Clerk shall unseal and make public: (1) the *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of a Temporary Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue, filed November 16, 2018 (Docket No. 16); (2) the Declaration of Thomas W. McNamara in Support of Receiver's Motion for Authorization to Engage Contingent Fee Counsel, filed March 30, 2020 (Docket No. 148); and (3) the Declaration of Thomas W. McNamara in Support of Receiver's Unopposed Motion to Extend Completion of Deadline for Receivership, filed March 9, 2021 (Docket No. 171).

IT IS SO ORDERED.