**MCGUIREWOODS LLP**
DAVID C. POWELL (SBN 129781)
dpowell@mcguirewoods.com
ALICIA A. BAIARDO (SBN 254228)
abaiardo@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

**MCGUIREWOODS LLP**
KEVIN M. LALLY (SBN 226402)
klally@mcguirewoods.com
355 South Grand Avenue, Suite 4200
Los Angeles, CA 90071
Telephone: 213.627.2268
Facsimile: 213.627.2579

Attorneys for Proposed Intervenors
Wells Fargo & Company and
Wells Fargo Bank N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No.: 18-cv-9573-JFW(JPRx) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE FOR WELLS FARGO'S MOTION TO INTERVENE; [PROPOSED] ORDER** |
| APEX CAPITAL GROUP, LLC, *et al.*, | |
| Defendants. | Current Hearing Date: Feb. 7, 2022<br>Proposed Hearing Date: Feb. 28, 2022<br>Time: 1:30 p.m.<br>Ctrm: 7A |

1
STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE FOR WELLS FARGO'S MOTION TO INTERVENE

Pursuant to Local Rules 6.1, 7.1 and 7.4, and this Court's standing order, Plaintiff Federal Trade Commission ("FTC"), Receiver Thomas W. McNamara ("Receiver"), and Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective counsel of record[1], hereby submit this stipulation to modify the briefing schedule as follows:

1.  On January 10, 2022, Wells Fargo filed a Motion to Intervene in the above-captioned case.

2.  The motions hearing date for this motion was set using Local Rule 6.1's default date of 28 days and currently is scheduled to occur on February 7, 2022. Under Local Rule 7-9, any opposition briefs to this motion would be due on January 17, 2022. Likewise, under Local Rule 7-10, Wells Fargo's reply brief in support of its Motion to Intervene would be due on January 24, 2022.

3.  Government counsel's schedule is extremely busy this month. In addition to responding to Wells Fargo's motion here, and handling oral argument on Wells Fargo's similarly-styled intervention motion in the Southern District of California, counsel will, in other cases, be opposing modifications to a preliminary injunction and litigating summary judgment, among other tasks.

4.  To provide counsel with the time necessary to prepare the government's opposition brief and to provide greater balance in the briefing periods, counsel for Wells Fargo, the FTC, and the Receiver have met and conferred and agreed to stipulate to the following modified briefing schedule and new hearing date:

---

[1] Mark Rothbard, counsel for defendants Moskvins and SIA Transact Pro, does not expect to join in the underlying briefing and takes no position as to the requested briefing schedule and hearing date. Defendant Peikos does not oppose Wells Fargo's intervention motion and does not intend to file any briefing on this issue. Defendant Barnett could not be reached but it is not expected that he will participate in the Wells Fargo intervention-related briefing.

| Document | Deadline |
|---|---|
| Oppositions to Wells Fargo's Motion to Intervene | January 31, 2022 |
| Wells Fargo's reply brief in support of its Motion to Intervene | February 14, 2022 |

Having so stipulated, the Parties respectfully request that this Court enter the proposed order setting forth the requested modified briefing schedule and a new motions hearing date of February 28, 2022.

**IT IS SO STIPULATED.**

DATED: January 10, 2022                     Respectfully submitted,

**MCGUIREWOODS LLP**

_____
David C. Powell, Esq.
Kevin M. Lally, Esq.
Alicia A. Baiardo, Esq.

*Counsel for Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank, N.A.*

DATED: January 10, 2022                     **Federal Trade Commission**

*Jonathan W. Ware /s/*
_____
Jonathan W. Ware, Esq. (per authorization)

*Counsel for the Federal Trade Commission*

DATED: January 10, 2022                     **McNamara Smith LLP**

*Logan D. Smith /s/*
_____
Logan D. Smith, Esq. (per authorization)

*Counsel for Receiver Thomas W. McNamara*

3

STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE FOR WELLS FARGO'S MOTION TO INTERVENE

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2022, I electronically filed the foregoing document entitled Stipulation to Modify Briefing Schedule and Hearing Date for Wells Fargo's Motion to Intervene and accompanying [Proposed] Order with Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system. Any counsel of record who has not consented to or registered for electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile, and/or overnight delivery.

Dated: January 10, 2022         By: */s/ Alicia A. Baiardo*