UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 18-9573-JFW(JPRx)**                                Date:  January 11, 2022

Title:   Federal Trade Commission -v- Apex Capital Group, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                                                                 None Present
Courtroom Deputy                                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:                    ATTORNEYS PRESENT FOR DEFENDANTS:
None                                                                                    None

PROCEEDINGS (IN CHAMBERS):       ORDER STRIKING PROPOSED INTERVENORS WELLS FARGO & COMPANY AND WELLS FARGO BANK N.A.'S MOTION TO INTERVENE [filed 1/10/22; Docket No. 214]; and

ORDER RE: EXHIBITS

Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank N.A.'s Motion to Intervene, filed January 10, 2022 (Docket No. 214), is **STRICKEN** for violating paragraph 5(b) of the Court's Standing Order, filed November 14, 2018 (Docket No. 17).

In all future filings, counsel shall meaningfully describe all exhibits, including those attached to the Request for Judicial Notice, on the docket.  For example:

| Attachment | Description | No. of Pages |
|---|---|---|
| 1 | Exh. A - Receiver's Complaint in Case No. 3:21-cv-01245-AJB-JLB (S.D. Cal.) | 89 |

IT IS SO ORDERED.