# DENIED
## BY ORDER OF THE COURT

As Moot.

3/4/22

*/s/ John F. Walter*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                              Plaintiff,<br>     v.<br><br>APEX CAPITAL GROUP, LLC, et al.<br><br>                              Defendants. | Case No. 2:18-cv-9573-JFW(JPR)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO PERMIT FTC COUNSEL TO APPEAR REMOTELY AT THE HEARING ON WELLS FARGO'S MOTION TO INTERVENE**<br><br>Date: March 7, 2022<br>Time: 1:30 P.M.<br>Courtroom: 7A<br>Judge: Hon. John F. Walter |

Plaintiff Federal Trade Commission ("FTC"), Court Appointed Receiver Thomas M. McNamara, and Proposed Intervenors Wells Fargo & Company and Wells Fargo Bank, N.A., jointly agreed and stipulated to request an order authorizing the FTC's counsel to appear remotely at the Court's hearing on the pending motion to intervene (Doc. 219), presently scheduled for March 7, 2022. The Court hereby ORDERS:

    1. The stipulation is GRANTED.

    2. The FTC's counsel is permitted to appear remotely at the Court's hearing on the motion to intervene (Doc. 219), without prejudice to the other parties appearing in person. The Court will notify the parties of the method for remote appearance in advance of the hearing.

    IT IS SO ORDERED.

Dated: _____     _____
                                                Hon. John F. Walter
                                                United States District Judge