**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 18-9573-JFW(JPRx)** | Date:  June 16, 2022 |
| Title: | Federal Trade Commission -v- Apex Capital Group, et al. | |

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER DENYING RECEIVER'S MOTION TO APPROVE SETTLEMENT WITH C.D.L. DEVELOPING LTD  [filed 5/18/22; Docket No. 243]

   On May 18, 2022, Receiver Thomas W. McNamara (the "Receiver") filed a Motion to Approve Settlement with C.D.L. Developing Ltd. ("Motion").  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for June 27, 2022 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

   In his Motion, the Receiver seeks to have the Court approve his proposed settlement with non-party C.D.L. Developing Ltd. ("CDL").[1]  Although the Receiver's counsel has discussed the purported terms of the proposed settlement between the Receiver and CDL in the Motion, the Court has not been provided with a copy of any settlement agreement or even a declaration from the Receiver stating and explaining the terms of the proposed settlement.  As a result, the Court cannot determine if the proposed settlement should be approved.

   Accordingly, the Receiver's Motion is **DENIED without prejudice**.

   IT IS SO ORDERED.

---

   [1] CDL is a Cypriot company and the Receiver commenced litigation against CDL in Cyprus in June 2020.